UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY OLIVER, II,

    Plaintiff,

    vs.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

No. C 07-2460 JL

ORDER THAT CASES ARE NOT RELATED

C-07-2941 PJH, Maestrini v CCSF
C-07-2718 WDB, Hwang v CCSF, et al.

The Court received Plaintiff's Administrative Motion to relate Cases pursuant to Civil Local Rule 3-12 and Defendants' opposition to the motion. All parties in the *Oliver* case have consented to this Court's jurisdiction as provided by 28 U.S.C. §636(c) and Civil Local Rule 73.

Civil Local Rule 3-12(a) provides the following definition of related cases:

An action is related to another when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

1   The Court reviewed the moving and opposing papers and concludes that the cases should not be related. They involve different plaintiffs. They involve different groups of defendants. They involve entirely distinct incidents occurring over a period of nine months. They involve different legal theories. One case involves allegations of false arrest and use of a baton. Another involves allegations of an unlawful detention, but not an arrest, and the use of physical force. Yet another involves allegations against two named officers, one who is not alleged to have been involved in any other incident.

No judicial resources would be conserved by relating these cases. There would be no undue burden on the parties or the Court if they are not related.

Accordingly, the motion to relate cases is denied.

IT IS SO ORDERED.

DATED: August 14, 2007

_____
James Larson
Chief Magistrate Judge

**United States District Court**
For the Northern District of California