```
1  JOHN L. BURRIS, ESQ. SB #69888
2  BENJAMIN NISENBAUM, ESQ. SB #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA  94621
   (510) 839-5200
5  (510) 839-3882 fax
6
   Attorneys for Plaintiffs
7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ESTHER HWANG, | ) | Case No.: 07-2718 WDB |
|---|---|---|
| Plaintiffs, | ) | SUMMONS RETURNED EXECUTED |
| v. | ) | SERVED: MAYOR'S OFFICE FOR THE |
|  | ) | CITY & COUNTY OF SAN FRANCISCO |
| CITY & COUNTY OF SAN FRANCISCO, et al. | ) |  |
| Defendants. | ) | PROOF OF SERVICE |

AO 440 (Rev. 8/01) Summons in a Civil Action

E. Hwang v. City and County of San Francisco

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹

DATE: August 24, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

[✓] Served Personally upon the Defendant. Place where served: Office of the Mayor, City Hall, Room 200, 1 Dr. Carlton B. Goodlett Pl. San Francisco, CA 94102

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $6 | $55 | $61 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/24/07
Date

Signature of Server

Address of Server: 842 46th St., Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure