1  JOHN L. BURRIS, ESQ. SB #69888
2  BENJAMIN NISENBAUM, ESQ. SB #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA 94621
   (510) 839-5200
5  (510) 839-3882 *fax*
6
   Attorneys for Plaintiffs
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 ESTHER HWANG,                    )   Case No.: 07-2718 WDB
12                                  )
            Plaintiffs,             )   SUMMONS RETURNED EXECUTED
13      v.                          )   SERVED: HEATHER FONG, CHIEF OF
                                    )   POLICE FOR THE CITY & COUNTY
14 CITY & COUNTY OF SAN FRANCISCO, et al. )   OF SAN FRANCISCO
                                    )
15          Defendants.             )
                                    )   PROOF OF SERVICE
16 _____ )

17
18
19
20
21
22
23
24
25
26
27
28

E. Hwang v. City and County of San Francisco
C07-2718

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 8/27/07 |
| Name of SERVER: Ted Thrower | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Accepted by Sgt. Woodland #999  Legal Department 850 Bryant San Francisco, CA 94103

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4 | $55 | $59 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/27/07
Date

Signature of Server

Address of Server: 842 46th St, Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.