1  JOHN L. BURRIS, ESQ. SB #69888
2  BENJAMIN NISENBAUM, ESQ. SB #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA 94621
   (510) 839-5200
5  (510) 839-3882 fax

6
   Attorneys for Plaintiffs
7

8
                    UNITED STATES DISTRICT COURT
9

10                 NORTHERN DISTRICT OF CALIFORNIA

11 ESTHER HWANG,                    )    Case No.: 07-2718 WDB
                                    )
12                                  )
               Plaintiffs,          )    SUMMONS RETURNED EXECUTED
13                                  )    SERVED: NELSON ARTIGA, POLICE
          v.                        )    OFFICER FOR THE CITY &
14                                  )    COUNTY OF SAN FRANCISCO
   CITY & COUNTY OF SAN FRANCISCO, et al.  )
15                                  )
               Defendants.          )    PROOF OF SERVICE
16 _____ )

17

18

19

20

21

22

23

24

25

26

27

28

Officer Nelson Artiga   Huang v. City & County of San Francisco

O 440 (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | August 29, 2007 |

| Name of SERVER | TITLE |
|---|---|
| Ted Thrower | Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:  Sgt. Catanzaro #773
Central Police Station
766 Vallejo St.
San Francisco, CA 94133

☐ Returned unexecuted:

☐ Other (specify):  Served: Nelson Artiga Police Officer

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ 4 | $ 55 | $ 59 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/29/07
Date

Signature of Server

842 46th Street, Oakland, CA 94608
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.