```
 1  JOHN L. BURRIS, ESQ. SB #69888
 2  BENJAMIN NISENBAUM, ESQ. SB #222173
    LAW OFFICES OF JOHN L. BURRIS
 3  Airport Corporate Centre
    7677 Oakport St., Suite 1120
 4  Oakland, CA 94621
    (510) 839-5200
 5  (510) 839-3882 fax
 6
    Attorneys for Plaintiffs
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11  ESTHER HWANG,                    )   Case No.: 07-2718 WDB
12                                   )
                Plaintiffs,          )   SUMMONS RETURNED EXECUTED
13         v.                        )   SERVED: JESSE SERNA, POLICE
                                     )   OFFICER FOR THE CITY &
14  CITY & COUNTY OF SAN FRANCISCO,  )   COUNTY OF SAN FRANCISCO
       et al.                        )
15                                   )
                Defendants.          )   PROOF OF SERVICE
16  _____  )
17
18
...
28
```

E. Huang v City and County of San Francisco

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me  
DATE: 8/29/07

Name of SERVER: Ted Thrower  
TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Served: Jesse Serna

Lt. Sharon Ferrigno #290
Homeland Security Unit
Building 606
Hunters Point Naval Shipyard
San Francisco, CA

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $40 | $40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/29/07  
Date

Signature of Server

842 46th St., Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure