DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863
Facsimile:    (415) 554-3837
E-Mail:        sean.connolly@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER HWANG,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>            Defendants. | Case No. C07-02718 WDB<br><br>**DEFENDANTS' DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE**<br><br>**AND**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**TO: ALL PARTIES, THEIR COUNSEL FO RECORD AND TO THIS COURT**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 11, 2007

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                SEAN F. CONNOLLY
                Deputy City Attorney

By:    s/*Sean F. Connolly*
       SEAN F. CONNOLLY
       Attorneys for Defendant
       CITY AND COUNTY OF SAN FRANCISCO