UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTHER HWANG,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

Defendants.

_______________________________________/

No. C 07-2718 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for October 25, 2007, at 4:00 p.m. is vacated.

Dated: October 12, 2007

Richard W. Wieking, Clerk
United States District Court

Sarah Weinstein

By: SarahWeinstein
Law Clerk

Copies to:
All parties
WDB
Stats