1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-3863
6 | Facsimile:    (415) 554-3837
E-Mail:        sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTHER HWANG, | Case No. C07-02718 WDB |
|---|---|
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL. | |
| Defendants. | |

1   PLEASE TAKE NOTICE that counsel for defendants City and County of San Francisco, et
2   al., Deputy City Attorney Sean F. Connolly, will be unavailable for depositions, motions, court
3   appearances, filing oppositions to motions and responding to discovery requests and similar matters
4   that require his immediate attention from the following dates listed below:

**November 19 through November 26;**

**and December 26 through December 28, 2007**.

Further, Mr. Connolly is the sole attorney responsible for this matter; therefore, scheduling matters during the above period may subject the offending party or counsel to sanctions.

Dated:  November 9, 2007

>                     DENNIS J. HERRERA
>                     City Attorney
>                     JOANNE HOEPER
>                     Chief Trial Deputy
>                     SEAN F. CONNOLLY
>                     Deputy City Attorney
>
>
>                     By:   s/*Sean F. Connolly*
>                     SEAN F. CONNOLLY
>                     Attorneys for Defendants
>                     CITY AND COUNTY OF SAN FRANCISCO, et al.