UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*HON. MAXINE CHESNEY*

**CIVIL MINUTE ORDER**

**DATE:** November 30, 2007
**TITLE:** Hwang -v- City & Co. of S.F.                    **CASE #:** C-07-2718 MMC

**APPEARANCES:**

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| John Burris | Sean F. Connolly |

**Deputy Clerk:** Brenda Tolbert                    **Reporter:**

**PROCEEDINGS:**

 **X**   Initial Case Management
 ___   Further Case Management
 ___   Further Status Conference
 ___   Pretrial Conference
 ___   Settlement Conference (Length:  Hr/s.)
 ___   Evidentiary Hearing
 ___   Examination of Judgment Debtor
 ___   Motions
 ___   Other:

**ORDER/RESULTS:**

Jury Trial: 5-10 days: 10/27/08. Non-Expert Discovery Cut-off: 5/16/08; Expert Disclosure: 6/6/08; Rebuttal Expert Disclosure: 6/20/08; Expert Discovery Cut-off: 7/11/-08; Dispositive Motion Filing Cut-off: 7/25/08; Pretrial Conf: 10/14/08; Meet & Confer Deadline: 9/8/08. Court orders ADR phone conference vacated. Matter referred to Magistrate Judge James for settlement conf. Joint Status Conference Statements due by: 7/3/08

**Case Continued To:**  7-11-08 at 10:30 a.m.          **For:**  Status Conference
**Case Referred To:**                                  **For:**

**ORDER TO BE PREPARED BY:**

cc:  Brenda, Tracy, Wings, ADR