DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:     (415) 554-3837
E-Mail:          sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

BENJAMIN NISENBAUM, State Bar # 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Telephone:     (510) 839-5200
Facsimile:     (510) 839-3882

Attorneys for Plaintiff
ESTHER HWANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTHER HWANG, | Case No. C07-02718 MMC |
|---|---|
| Plaintiff, | **STIPULATION TO CONDUCT DEPOSITIONS AFTER DISCOVERY CUT-OFF; [PROPOSED] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL. | |
| Defendants. | |

Whereas the City attempted numerous times to meet and confer with plaintiff regarding the dates for deposition of third party witnesses, as required by local rule;

Whereas, having not heard back from plaintiff, City timely noticed depositions of five third party witnesses to be completed by May 16, 2008, the discovery cut-off set by this Court;

Whereas plaintiff's counsel has informed the City that he/they cannot attend the dates noticed for deposition;

Whereas, the parties have met and conferred on the issue;

Whereas, plaintiff has stipulated to allow the City to conduct these depositions on a mutually convenient date after the discovery cut-off;

IT IS SO STIPUTED BY THE PARTIES.

Dated: May 12, 2008

          DENNIS J. HERRERA
          City Attorney
          SEAN F. CONNOLLY
          Deputy City Attorney

By:  s/Sean F. Connolly
          SEAN F. CONNOLLY
          Attorneys for Defendants
          CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: May 12, 2008

          BENJAMIN NISENBAUM, ESQ.
          JOHN BURRIS, ESQ.
          Law Officers of John Burris

By:  s/John Burris
          JOHN BURRIS
          Attorney for Plaintiff
          ESTHER HWANG

PURSUANT TO STIPULATION,

IT IS SO ORDERED

_____
JUDGE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT