1  Whereas plaintiff's counsel has informed the City that he/they cannot attend the dates noticed
2  for deposition;
3  Whereas, the parties have met and conferred on the issue;
4  Whereas, plaintiff has stipulated to allow the City to conduct these depositions on a mutually
5  convenient date after the discovery cut-off:
6  IT IS SO STIPUTED BY THE PARTIES.
7
8  Dated: May 12, 2008
9
10  DENNIS J. HERRERA
   City Attorney
11  SEAN F. CONNOLLY
   Deputy City Attorney
12
13  By: s/Sean F. Connolly
   SEAN F. CONNOLLY
14  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.
15
   Dated: May 12, 2008
16
17
   BENJAMIN NISENBAUM, ESQ.
18  JOHN BURRIS, ESQ.
   Law Officers of John Burris
19
20  By: [signature]
   JOHN BURRIS
21  Attorney for Plaintiff
   ESTHER HWANG
22
23  PURSUANT TO STIPULATION,
24
25  IT IS SO ORDERED
26
27
   _____
28  JUDGE MAXINE M. CHESNEY
   UNITED STATES DISTRICT COURT

Stipulation re Depositions
NO. C07-02718 MMC                            2                    n:\litu\li2007\071511\00484120.doc