DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863
Facsimile:    (415) 554-3837
E-Mail:       sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

BENJAMIN NISENBAUM, State Bar # 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882

Attorneys for Plaintiff
ESTHER HWANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTHER HWANG, | Case No. C07-02718 MMC |
|---|---|
| Plaintiff, | **STIPULATION TO CONDUCT DEPOSITIONS AFTER DISCOVERY CUT-OFF; [PROPOSED] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL. | |
| Defendants. | |

Whereas the City attempted numerous times to meet and confer with plaintiff regarding the dates for deposition of third party witnesses, as required by local rule;

Whereas, having not heard back from plaintiff, City timely noticed depositions of five third party witnesses to be completed by May 16, 2008, the discovery cut-off set by this Court;

1  Whereas plaintiff's counsel has informed the City that he/they cannot attend the dates noticed
2  for deposition;

3  Whereas, the parties have met and conferred on the issue;

4  Whereas, plaintiff has stipulated to allow the City to conduct these depositions on a mutually
5  convenient date after the discovery cut-off;

6  IT IS SO STIPUTED BY THE PARTIES.

8  Dated: May 12, 2008

                    DENNIS J. HERRERA
                    City Attorney
                    SEAN F. CONNOLLY
                    Deputy City Attorney

By:  s/Sean F. Connolly_____
      SEAN F. CONNOLLY
      Attorneys for Defendants
      CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: May 12, 2008

                    BENJAMIN NISENBAUM, ESQ.
                    JOHN BURRIS, ESQ.
                    Law Officers of John Burris

By:  s/John Burris_____
      JOHN BURRIS
      Attorney for Plaintiff
      ESTHER HWANG

PURSUANT TO STIPULATION,

    IT IS SO ORDERED

_____
JUDGE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT

1      Whereas plaintiff's counsel has informed the City that he/they cannot attend the dates noticed
2 for deposition;
3      Whereas, the parties have met and conferred on the issue;
4      Whereas, plaintiff has stipulated to allow the City to conduct these depositions on a mutually
5 convenient date after the discovery cut-off:
6      IT IS SO STIPUTED BY THE PARTIES.

8 Dated: May 12, 2008

10                                   DENNIS J. HERRERA
                                   City Attorney
11                                    SEAN F. CONNOLLY
                                   Deputy City Attorney

13                              By: __s/Sean F. Connolly__
                                   SEAN F. CONNOLLY
14                                    Attorneys for Defendants
                                   CITY AND COUNTY OF SAN FRANCISCO, et al.
15
  Dated: May 12, 2008
16

17                                    BENJAMIN NISENBAUM, ESQ.
                                   JOHN BURRIS, ESQ.
18                                    Law Officers of John Burris

20                              By: _____
                                   JOHN BURRIS
21                                    Attorney for Plaintiff
                                   ESTHER HWANG
22

23 PURSUANT TO STIPULATION,
24
     IT IS SO ORDERED, and the deadline to conduct such depositions is extended from May 16, 2008 to
25 May 30, 2008. Further, the instant stipulation shall not, by itself, constitute good cause to extend the remaining
  deadlines and dates.
26

27 Dated: May 15, 2008                      _Maxine M. Chesney_
                                   JUDGE MAXINE M. CHESNEY
28                                    UNITED STATES DISTRICT COURT