1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
5
6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ESTHER HWANG,                    Case No. C 07 02718 MMC
12           Plaintiff,             STIPULATION TO CONDUCT
                                    DEPOSITIONS OF DEFENDANT
13      vs.                         OFFICERS AFTER DISCOVERY CUT-OFF
                                    AND (PROPOSED) ORDER
14 CITY AND COUNTY OF SAN FRANCISCO,
15 et al.,
16           Defendants.
17 _____/

18      The parties to the above-entitled action have met and conferred regarding Plaintiff taking the
19 depositions of Defendant Officers SERNA and ARTIGA in the above-entitled action. Plaintiff has
20 previously noticed the deposition of Defendant Officer SERNA, who was unavailable at the time for
21 deposition. The parties hereby stipulate that Defendants will allow Plaintiff to conduct the
22 depositions of Defendant Officers SERNA and ARTIGA on a mutually convenient date after the
23 discovery cut-off.
24
25      IT IS SO STIPULATED.
26
27 ///
28 ///

Stipulation and (proposed) order on Depositions of Defendant Officers
Case No. C 07 02718 MMC

Law Offices of John L. Burris

Dated: May 12, 2008

_____
Ben Nisenbaum
Attorney for Plaintiffs

DENNIS J. HERRERA, City Attorney
SEAN F. CONNOLLY, Deputy City Attorney

Dated: May 12, 2008

_____
Sean F. Connolly
Attorney for Defendants

<del>(proposed)</del> ORDER

Pursuant to the parties' stipulation, Plaintiff may take the depositions of Defendant Officers SERNA and ARTIGA at a mutually convenient date after the discovery cut-off date. Specifically, the deadline to conduct such depositions is extended from May 16, 2008 to May 30, 2008. Further, the instant stipulation shall not, by itself, constitute good cause to extend the remaining deadlines and dates.

**IT IS SO ORDERED.**

Dated: May 15, 2008

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

Stipulation and (proposed) order on Depositions of Defendant Officers
Case No. C 07 02718 MMC

2

TOTAL P.03