1  Whereas certain impediments outside the parties control have prevented plaintiff from
2  obtaining records essential to completing discovery and depositions of the defendant police officers;
3  Whereas certain impediments outside the parties control have prevented defendants from
4  obtaining essential medical and psychiatric records of plaintiff, without which defendants cannot
5  complete expert discovery;
6  Whereas the parties agree that receipt of these respective records is essential to completing
7  both fact and expert discovery;
8  Whereas, the parties have met and conferred and agree that the deadline to complete factual
9  discovery should be extended to until June 27, 2008;
10  Whereas the parties have met and conferred and agree that the deadline to make expert
11  disclosures should be extended to July 25, 2008;
12  Whereas the parties have met and conferred and agree that the deadline to complete expert
13  discovery should be extended to until October 10, 2008;
14  Whereas, this proposed modified discovery schedule will not change or upset the dates set by
15  the court for jury trial in this matter.
16  IT IS SO STIPULATED BY THE PARTIES:
17  Dated: June 5, 2008  DENNIS J. HERRERA
   City Attorney
18  SEAN F. CONNOLLY
   Deputy City Attorney
19

20
   By:_____
21  SEAN F. CONNOLLY
   Attorneys for Defendants
22  CITY AND COUNTY OF SAN FRANCISCO, et al.

23  Dated: June 5, 2008  BENJAMIN NISENBAUM, ESQ.
   JOHN BURRIS, ESQ.
24  Law Officers of John Burris

25
   By:_____
26  JOHN BURRIS
   Attorney for Plaintiff
27  ESTHER HWANG

28

Stipulation to Enlarge time to complete  2  n:\lit\li2007\071511\00438923.doc
discovery/proposed order
NO. C07-02718 MMC