1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar # 152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3863
6  Facsimile:     (415) 554-3837
   E-Mail:        sean.connolly@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO, ET AL.

9  BENJAMIN NISENBAUM, State Bar # 222173
   LAW OFFICES OF JOHN L. BURRIS
10 Airport Corporate Centre
   7677 Oakport Street, Suite 1120
11 Telephone:    (510) 839-5200
   Facsimile:    (510) 839-3882
12
   Attorneys for Plaintiff
13 ESTHER HWANG

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 | ESTHER HWANG,              | Case No. C07-02718 MMC
18 |         Plaintiff,         | **STIPULATION TO ENLARGE TIME TO COMPLETE DISCOVERY;**
19 |    vs.                     | [PROPOSED] **ORDER**
20 | CITY AND COUNTY OF SAN
   | FRANCISCO, ET AL.
21
22 |         Defendants.

23
         Whereas the parties have been continuing in good faith to complete discovery;
24
         Whereas the parties have successfully completed a significant amount of necessary discovery;
25
         Whereas the City has completed no fewer than eight depositions, and written discovery;
26
         Whereas the parties have continued to meet and confer regarding any outstanding issues of
27
   discovery;
28
   Stipulation to Enlarge time to complete                    1                    n:\lit\li2007\071511\00488923.doc
   discovery/proposed order
   NO. C07-02718 MMC

1    Whereas certain impediments outside the parties control have prevented plaintiff from
2 obtaining records essential to completing discovery and depositions of the defendant police officers;
3    Whereas certain impediments outside the parties control have prevented defendants from
4 obtaining essential medical and psychiatric records of plaintiff, without which defendants cannot
5 complete expert discovery;
6    Whereas the parties agree that receipt of these respective records is essential to completing
7 both fact and expert discovery;
8    Whereas, the parties have met and conferred and agree that the deadline to complete factual
9 discovery should be extended to until June 27, 2008;
10    Whereas the parties have met and conferred and agree that the deadline to make expert
11 disclosures should be extended to July 25, 2008;
12    Whereas the parties have met and conferred and agree that the deadline to complete expert
13 discovery should be extended to until October 10, 2008;
14    Whereas, this proposed modified discovery schedule will not change or upset the dates set by
15 the court for jury trial in this matter.
16    IT IS SO STIPULATED BY THE PARTIES:

17 Dated:  June 5, 2008                DENNIS J. HERRERA
                                       City Attorney
18                                     SEAN F. CONNOLLY
                                       Deputy City Attorney
19

20
                                       By:   s/Sean F. Connolly
21                                     SEAN F. CONNOLLY
                                       Attorneys for Defendants
22                                     CITY AND COUNTY OF SAN FRANCISCO, et al.

23 Dated:  June 5, 2008                BENJAMIN NISENBAUM, ESQ.
                                       JOHN BURRIS, ESQ.
24                                     Law Officers of John Burris

25
                                       By:  s/John Burris
26                                     JOHN BURRIS
                                       Attorney for Plaintiff
27                                     ESTHER HWANG

28

Stipulation to Enlarge time to complete         2         n:\lit\li2007\071511\00488923.doc
discovery/proposed order
NO.  C07-02718 MMC

1  PURSUANT TO STIPULATION,

3      IT IS SO ORDERED, with the exception that the expert discovery cutoff is continued to September 10, 2008. Further, the parties' stipulation shall not, by itself, constitute good cause to continue any other remaining date, including the July 25, 2008 deadline to file dispositive motions.

5  DATED:  June 6, 2008                    JUDGE MAXINE M. CHESNEY
6                                             UNITED STATES DISTRICT COURT

Stipulation to Enlarge time to complete discovery/proposed order
NO.  C07-02718 MMC
3
n:\lit\li2007\071511\00488923.doc