DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863
Facsimile:    (415) 554-3837
E-Mail:       sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive,<br><br>    Defendants. | Case No. C07-02460 JL<br><br>**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S JOINDER IN OPPOSITION TO MOTION TO RELATE CASES (FILED IN *OLIVER v. CCSF, ET AL.*, USDC, ND CASE NO. C07-2460)** |
| ESTHER HWANG,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>    Defendants. | Case No. C07-02718 MMC<br><br>**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S JOINDER IN OPPOSITION TO MOTION TO RELATE CASES (FILED IN *OLIVER v. CCSF, ET AL.*, USDC, ND CASE NO. C07-2460)**<br><br>Trial Date:        N/A |

Defendants City and County of San Francisco, et al. (collectively, "Defendants") in the instant matter entitled *Hwang v. City and County of San Francisco*, USDC Case No. C07-02718 hereby join in the Opposition to Motion to Relate Cases filed in *Gregory Oliver II v. City and County of San Francisco, et al.*, United States District Court Case No. C07-02460 and joins in the Opposition to Motion to Relate Cases filed in *Shawn Myers, et al. v. City and County of San Francisco, et al.*, United States District Court Case No. C08-1163.

Date: June 25, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SEAN F. CONNOLLY
Deputy City Attorney

By: s/Sean F. Connolly
SEAN F. CONNOLLY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.