DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:     (415) 554-3837
E-Mail:          sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

BENJAMIN NISENBAUM, State Bar # 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Telephone:     (510) 839-5200
Facsimile:     (510) 839-3882

Attorneys for Plaintiff
ESTHER HWANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER HWANG,<br><br>       Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>       Defendants. | Case No. C07-02718 MMC<br><br>**SECOND JOINT CASE MANAGEMENT CONFERENCE STATEMENT (FURTHER CASE MANAGEMENT CONFERENCE)**<br><br>Hearing Date:    July 11, 2008<br>Time:                10:30 A.M.<br>Place:             Court No. 7 |

The parties submit the following updated case management statement pursuant to the Court's Case Management Conference Order, Feb. 27, 2007, and *The Standing Order for All Judges of the Northern District of California*, and by Order of the Court after the November 30, 2007, hearing.

### A.     FACT DISCOVERY:

The parties have completed nearly all the fact discovery. Defendants have completed eight witness depositions, and written discovery. Defendants have supplemented their initial disclosures. Defendants anticipate filing a motion for summary judgment, or in the alternative, a motion for partial summary judgment. There have been only a few glitches preventing the completion of discovery by defendants. Defendants have sought third party discovery from Dr. Miran Choi, MD, a treater disclosed by plaintiff, who has until now failed to respond or cooperate in the production of relative treatment records. The records and discovery related to this treatment are critical to defendants' expert discovery and defense against plaintiff's damages and claimed emotional injuries. Defendants anticipate requesting an Order to Show Cause why this witness should not be held in contempt, or otherwise sanctioned, for failing to produce records. Additionally, defendants are awaiting records subpoenaed from another third party witness, plaintiff's brother, who has indicated he will produce such records, but to date has not.

Plaintiff has not supplemented her disclosures, but does not anticipate the need to do so. Plaintiff has completed discovery except for the deposition the defendant police officers. The reason for the delay is because the parties had informally agreed to use an anticipated ruling in another unrelated case (*Oliver v. City and County of San Francisco* C07-2460 (JL)*)* involving Officer Serna's personnel records as a basis for guidance on the personnel records that the parties would stipulate to produce in the present case. The parties reached this agreement in an attempt to avoid unnecessary expenditure of resources, rancor, and court time, regarding the issue of production of personnel records in the present case. Regrettably, the court in the other case has yet to issue a ruling. Plaintiff has indicated her preference to wait for the production of those records before conducting the depositions.

**B.    EXPERT DISCOVERY**

The parties have not yet commenced expert discovery.  Expert disclosures are due July 25, 2008.

The parties have continued to meet and confer in good faith regarding any outstanding issues of discovery; and have generally had a cordial and productive relationship.

Although the parties desire to maintain the present trial date, they may require the court to further extend deadlines related to expert discovery and dispositive motions.

Dated: July 9, 2008

                Respectfully submitted,

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                SEAN F. CONNOLLY
                Deputy City Attorney


              By:    s/Sean F. Connolly
                SEAN F. CONNOLLY
                Attorneys for Defendants
                CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:  July 9, 2008

                BENJAMIN NISENBAUM, ESQ.
                JOHN BURRIS, ESQ.
                Law Officers of John Burris


              By:   s/Ben Nisenbaum
                BENJAMIN NISENBAUM
                Attorney for Plaintiff
                ESTHER HWANG