**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

Date: JUL 11 2008

**E-filing**

C-07-2718-MMC

Esther Hwang v City & County of San Francisco

Attorneys: Benjamin Nisenbaum    Sean Connolly

Deputy Clerk: **TRACY LUCERO**   Reporter: Not Reported

**PROCEEDINGS:**  **RULING:**

1. _____

2. _____

3. _____

4. _____

(✓) Further Status Conference   ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**

_____

( ) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court____

(✓) Re-Referred to Magistrate For: Settlement Conference before Mag. James.
   (✓) By Court

( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date 10/14/08 @ 3:00  Trial Date 10/27/08 @ 9:00  Set for 5-10 days
Type of Trial: (✓)Jury  ( )Court

Notes: _____

cc: Brenda (20 min)