DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:     (415) 554-3837
E-Mail:          sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTHER HWANG, | Case No. C07-02718 WDB |
|---|---|
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL. | |
| Defendants. | |

PLEASE TAKE NOTICE that counsel for defendants City and County of San Francisco, et al., Deputy City Attorney Sean F. Connolly, will be unavailable for depositions, motions, court appearances, filing oppositions to motions and responding to discovery requests and similar matters that require his immediate attention from the following dates listed below:

**August 1, 2008 through August 20, 2008.**

Further, Mr. Connolly is the sole attorney responsible for this matter; therefore, scheduling matters during the above period may subject the offending party or counsel to sanctions.

Dated: July 16, 2008

>
> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> SEAN F. CONNOLLY
> Deputy City Attorney
>
> By:  s/*Sean F. Connolly*
> SEAN F. CONNOLLY
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, et al.