DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863
Facsimile:     (415) 554-3837
E-Mail:         sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER HWANG,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>       Defendants. | Case No. C07-02718 WDB<br><br>**DECLARATION OF OFFICER NELSON ARTIGA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:  September 12, 2008<br>Time:              9:00 a.m.<br>Place:             Judge Maxine M. Chesney, Courtroom 7, 19th Floor, San Francisco, CA<br><br>Trial Date:     October 27, 2008 |

I, Officer Nelson Artiga, declare as follows:

1. I am a police officer in the San Francisco Police Department. I have personal knowledge of the contents of this declaration, and, if called upon to testify, I could and would testify competently to the contents of this declaration.

2. On May 12, 2007, I was assigned to patrol the Broadway corridor in the North Beach section of San Francisco, along with Officer Serna and other San Francisco Police Officers. The objectives of our patrol include keeping the peace, preventing injury due to drunkenness, and enforcing laws against drunk and disorderly behavior.

3. Plaintiff, Esther Hwang, was arrested on May 12, 2007, at approximately 11:20 p.m. in San Francisco, for being drunk and disorderly, resisting arrest, and battery on a police officer.

4. While on patrol on Broadway Street I noticed plaintiff involved in a verbal argument with her male companion on the sidewalk outside Dolce nightclub, which is on Broadway Street.

5. Plaintiff appeared extremely intoxicated. Her eyes were bloodshot, her pupils were dilated, and her skin was flushed and red. She was also unsteady on her feet.

6. Plaintiff then approached me and a group of officers and asked if she could cross Broadway Street illegally. Another Officer in my presence informed plaintiff not to jaywalk as it would be dangerous, especially given that she was intoxicated. Plaintiff then responded that she dated the Mayor.

7. While plaintiff was speaking to me I noticed her speech was slurred and that she had a strong smell of alcohol emanating from her.

8. I feared that due to her obvious signs of intoxication, and threat to jaywalk, that she posed a danger to herself or others.

9. Based on my observations, I believed I had probable cause that plaintiff was drunk in public and unable to care for herself, and arrested her.

10. As I attempted to place her in custody, plaintiff resisted arrest, and forcibly stomped on my foot.

11. Neither myself nor any police officer in my presence made any derogatory or vulgar remark to plaintiff and at all times acted professionally.

12. This declaration was prepared in support of the City's Motion for Summary Judgment. Although it is entirely accurate, it is limited in its scope. There are many more observations I made that evening regarding plaintiff and the facts of that evening that are not included here, as I have been informed by my attorney that they are not relevant to this particular motion.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 25, 2008, at San Francisco, California.

s/*Officer Nelson Artiga*
OFFICER NELSON ARTIGA