12. This declaration was prepared in support of the City's Motion for Summary Judgment. Although it is entirely accurate, it is limited in its scope. There are many more observations I made that evening regarding plaintiff and the facts of that evening that are not included here, as I have been informed by my attorney that they are not relevant to this particular motion.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 25, 2008, at San Francisco, California.

_____
OFFICER NELSON ARTIGA