1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar # 152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3863
6  Facsimile:    (415) 554-3837
   E-Mail:       sean.connolly@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTHER HWANG, | Case No. C07-02718 MMC |
|---|---|
| Plaintiff, | **DECLARATION OF SEAN F. CONNOLLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL. | |
| Defendants. | Hearing Date: September 12, 2008<br>Time: 9:00 a.m.<br>Place: Judge Maxine M. Chesney, Courtroom 7, 19th Floor, San Francisco, CA |
| | Trial Date: October 27, 2008 |

I, Sean F. Connolly, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney, counsel of record to Defendants in this action. I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the First Amended Complaint in this matter.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the deposition of Esther Hwang.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition of Nathan Flores.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the deposition of Eugene Ainsworth.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 25, 2008, at San Francisco, California.

                                                  s/*Sean F. Connolly*
                                                  Sean F. Connolly