# EXHIBIT D

## TO

**DECLARATION OF SEAN F. CONNOLLY IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO, CHIEF OF POLICE HEATHER FONG, OFFICER SERNA AND OFFICER ARTIGA'S NOTICE AND MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

ESTHER HWANG,

        Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

        Defendants.

Case No. C07-02718 MMC

**CERTIFIED COPY**

Deposition of

EUGENE AINSWORTH

Tuesday, May 20, 2008

REPORTED BY: LESLIE CASTRO, CSR #8876

BONNIE L. WAGNER & ASSOCIATES
Court Reporting Services
41 Sutter Street, Suite 1605
San Francisco, California 94104
(415) 982-4849

1

```
 1  towards the East Bay?
 2       A.   Right.  It would be the east.
 3       Q.   Very good.
 4            And you said there were three police officers
 5  to your left and one other further out towards the curb;
 6  correct?
 7       A.   Right.
 8       Q.   You saw a woman who you later learned was
 9  Ms. Hwang?
10       A.   Right.
11       Q.   Approach one of the officers near the building
12  line?
13       A.   The furthest to my left, right.
14       Q.   One of the officers near the building line as
15  opposed to the one out near the curb?
16       A.   Right.
17       Q.   And you heard a conversation, you heard words
18  being exchanged but you couldn't hear the words until
19  the heard the officer's reply; is that correct?
20       A.   I heard -- all I heard was the officer's
21  reply.
22       Q.   And it was if you would state it again,
23  please.
24       A.   "If I let you -- if I let you go and you get
25  hurt, then I'm at fault."
```

1  Q. What happened next after you heard that?

2  A. She then asked the officer that was
3  immediately -- right to my immediate left, the first
4  officer -- the officer closest to me, which I believe
5  was Artiga. And he says -- asked if she could cross the
6  street there. He said, "No, if my boss sees you, then
7  I'm going to be in trouble."

8  Q. First of all, can you describe Ms. Hwang or
9  what you remember her looking like at that point when
10  you first saw her?

11 A. At that particular moment, I just thought she
12 was just another -- another one of the crowd walking up
13 and down the street. I didn't notice anything peculiar
14 about it at that moment.

15 Q. Do you remember what she was wearing, for
16 instance?

17 A. She was wearing a, kind of, a stretch top that
18 was sleeveless and, If I remember, shoulderless.

19 Q. Do you recall its color?

20 A. Maybe a blue or a green.

21 Q. And do you remember what she looked like?
22 Whether she was old, young, had long hair, short hair?

23 A. She looked fairly young. At my age anybody
24 looks young. She -- yeah, she looked young to me, yes.

25 Q. Was she with anyone when she first approached

1   closest to the doorway.

2   Q. So to recap here just on this point: She came
3   up and approached one officer who was standing near the
4   doorway close to the building line. Said something to
5   him. He said words to the affect "I can't let you do
6   that."

7   She then went to a second officer, said
8   something else and you heard that officer reply that he
9   would get in trouble by his boss if she were to do
10  something?

11  A. Correct.

12  Q. What happened at that point?

13  A. Her male companion had said, "Let's go to the
14  corner, use the crosswalk." And her reply was "I don't
15  want to go to the fucking corner."

16  Q. Okay. I want to ask you a couple of follow-up
17  questions here.

18  You heard the male companion say something
19  about going to the crosswalk?

20  A. Right.

21  Q. Do you have a specific recollection of hearing
22  the word "crosswalk"?

23  A. No. Because she had made a reply in three
24  different instances. And twice I think she used the
25  corner and once she used crosswalk. So it was --

```
 1      Q.   And how long was she in the store?
 2      A.   Maybe not more than two, three minutes.
 3      Q.   Did she -- did she appear to you as though she
 4  had been drinking or that she was intoxicated?
 5      A.   Yes.
 6      Q.   And why is that?
 7      A.   Just her manner, her leaning on the counter
 8  opening the cigarettes.  The way she was supporting
 9  herself using the counter.
10      Q.   How about the way she was talking to her male
11  companion or the person behind the counter?
12      A.   Well, she -- I didn't hear her say -- other
13  than words that I've told you, I didn't hear really what
14  she was saying before.  When she asked for the
15  cigarettes, that was just, you know, a pack of Marlboro
16  reds.
17           I couldn't -- you know, but her features or
18  her looks to me from all that I had seen on Broadway,
19  she had been drinking.  I mean, there was no doubt about
20  that.
21      Q.   And you've seen a lot of people drunk on
22  Broadway?
23      A.   Oh, have I ever.
24      Q.   Did do you know who was working the counter,
25  by the way?
```

```
 1      Q.   -- facing the store?
 2      A.   He was facing the store.
 3      Q.   Okay.  Go ahead.
 4      A.   And I didn't hear any conversations or
 5 anything, she was too far away at the curb there.  And I
 6 just figured they were just talking.  I had glanced down
 7 the street, and then looked around as I normally do to
 8 see if there was anything else, you know, what else was
 9 going on.
10           When I looked back, she was standing right
11 directly in front of the officer.  And it looked to me
12 from my vantage point that she was right up against him
13 looking up and saying something to him right in his
14 face.
15      Q.   Did this strike you as a normal conversation
16 or was she yelling at him or --
17      A.   No.  It did not strike me as a normal
18 conversation.  She was right up into his face.  I
19 couldn't tell whether they were saying anything.  All I
20 know is she was right up against him.
21      Q.   Was she moving?  Did she look like she was in
22 an excited and agitated state?
23      A.   He was standing so that his chest was out and
24 his arms, kind of, back away from -- to, kind of, keep
25 away from her (indicating).
```

1  A.  Only on Fridays and Saturdays.

2  Q.  So what happened when she was up against him,
3 kind of, leaning toward him?

4  A.  Then I saw Officer Artiga walk up behind her
5 and take her by the shoulders and pull her back away
6 from him (indicating).

7  Q.  And when he -- when Officer Artiga pulled
8 Ms. Hwang away from Officer Serna, did he do so
9 violently or did he do so gently. I'm watching your
10 hand gestures and it looks like it was with a slow
11 motion. Was it slow or was it fast?

12  A.  It's like he was trying to take all of her and
13 just bring her back away. You know, just get her away
14 from the other officer (indicating).

15  Q.  It appears that he was trying to separate her
16 from Officer Serna?

17  A.  Right.

18  Q.  And then what happened?

19  A.  And then she began to kick backwards at him.

20  Q.  Kick backwards is that what you said?

21  A.  Right.

22  Q.  What do you mean by that?

23  A.  Well, she was trying to kick back at him to
24 get him away from her.

25  Q.  With her feet?

```
 1        A.    Right.
 2        Q.    Do you recall what type of shoes she was
 3   wearing?
 4        A.    She was wearing high-heels.
 5        Q.    And do you recall seeing the high-heels going
 6   back?
 7        A.    Oh, yeah.
 8        Q.    When you say kick at, you mean she was
 9   kicking --
10        A.    She was trying to stomp him or she was either
11   trying to kick him or stomp him, stomp his feet.
12        Q.    And it was apparent to you that she was
13   intentionally doing it?
14        A.    Yes.
15        Q.    Would you call it intentional?  Those are my
16   words.
17        A.    Oh, yes.
18        Q.    Could it have been an accident?
19        A.    No.  She was trying to kick.
20        Q.    Did she do it more than once?
21        A.    Yes.
22        Q.    How many times did she do it?
23        A.    That, I don't know.  I couldn't tell you.
24   Because I did notice her kicking back at him, how many
25   times....
```

```
 1        Q.   But it appeared to you that it was intentional
 2   rather an accidental or incidental?
 3        A.   Yes.  It appeared to me definitely
 4   intentional.
 5        Q.   Did she kick him?
 6        A.   That -- I was told yes.  But I did not
 7   actually see.  I know she hit his leg.
 8        Q.   I just want --
 9        A.   I was told her -- her heel hit his foot.
10        Q.   I just want you to tell me about what you know
11   and we can talk about what you heard later.  But right
12   now I want to know what you saw, but right now I want to
13   know what you saw.
14             Is it fair to say that you saw when she was
15   kicking backwards at Officer Artiga is it fair to say
16   that you saw her leg or foot make contact with his leg?
17        A.   Yes.
18        Q.   Did you see any other contact she made with
19   Artiga when she was kicking backwards?
20        A.   You mean with her feet?
21        Q.   Correct.
22        A.   Other than hitting her leg, she -- I wasn't
23   paying that much attention to her feet other than the
24   fact that I knew she was kick back at him.
25        Q.   Did she do anything else of a physical nature?
```

1  A.  She was then trying to pull away.

2  Q.  Pull away from Artiga?

3  A.  Pull away from Artiga.

4  Q.  Then what happened?

5  A.  Then that's when Officer Serna got a hold of her other arm. And Officer Artiga had one side, Serna had the other side, and she kept trying to struggle with him. That's when they decided to put handcuffs on her. They put handcuffs on her, and she was still fighting.

10     And then they took and walked backwards -- like she was walking backwards until she was off balance and then they lowered her down to the sidewalk.

13  Q.  When you say she was "still fighting" --

14  A.  She was struggling, trying to get away.

15  Q.  And this is while they were trying to get control of her or handcuff her?

17  A.  Right. And even after they handcuffed her.

18  Q.  You said that they lowered her to the ground --

20  A.  Right.

21  Q.  -- you said something to that effect?

22  A.  Right.

23  Q.  Did they actually lower her or did they throw her to the ground?

25  A.  No, they lowered her to the ground.

```
 1       Q.   Why do you say that?
 2       A.   Because I've seen them arrest other people,
 3  and I've never seen them lower someone as easy as they
 4  lowered her.
 5       Q.   Did you see them actually handcuffing her?
 6  Actually, putting handcuffs on her (indicating)?
 7       A.   Yeah.  Yeah, for the most part she was around
 8  one way and she was struggling, yeah, you seen her try
 9  to put the handcuffs on is her.
10       Q.   And you're clear she was trying to resist
11  handcuffing her?
12       A.   Absolutely.
13       Q.   And she was doing that how?
14       A.   Literally trying to pull away.
15       Q.   Pull away?
16       A.   Right.
17       Q.   Did you see the officers grab her remember as
18  and put them behind her?
19       A.   Yes; one officer had one arm one officer had
20  the other arm.
21       Q.   Can you describe how they did it, the action
22  they used to do it or how slow or fast they did this
23  aren't is it?
24       A.   No to me it was a normal -- the normal way.
25  They were just holding her arm back and, of course, they
```

```
1    STATE OF CALIFORNIA                    )
2                                           ) Ss.
3    COUNTY OF CONTRA COSTA                 )
4
5         I hereby certify that the witness in the
6    foregoing deposition, named EUGENE AINSWORTH, was by
7    me duly sworn to testify the truth, the whole truth,
8    and nothing but the truth in the within-entitled
9    cause; that said deposition was taken at the time and
10   place therein stated; that the testimony of said
11   witness was reported by me,
12                    LESLIE CASTRO,
13   A Certified Shorthand Reporter and disinterested
14   person, and was thereafter transcribed into
15   typewriting; and that the pertinent provisions of the
16   applicable code or rules of civil procedure relating
17   to the notification of the witness and counsel for the
18   parties hereto of the availability of the original
19   transcript of deposition for reading, correcting and
20   signing have been complied with.
21        And I further certify that I am not of
22   counsel or attorney for either or any of the parties
23   to said deposition, nor in any way interested in the
24   outcome of the cause named in said caption.
25        IN WITNESS WHEREOF, I have hereunto set my
```

1 | hand and affixed my seal of office the 1st day of
2 | June, 2008.

*[signature]*

LESLIE CASTRO
C.S.R. No. 8876