CITY AND COUNTY OF SAN FRANCISCO  OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

Sean F. Connolly
Deputy City Attorney

DIRECT DIAL:  (415) 554-3863
E-MAIL:  sean.connolly@sfgov.org



July 17, 2008

The Honorable M.M. Chesney
United States District Court
450 Golden Gate Avenue
Courtroom 7, 19th Floor
San Francisco, CA 94102

Magistrate Judge Maria-Elena James
United States District Court
450 Golden Gate Avenue
Courtroom B, 15th Floor
San Francisco, CA 94102

    Re:    *Esther Hwang v. City and County of San Francisco, et al.*
            United States District Court Case No. C07-02718 MMC

Dear Sir/Madam:

    This will confirm that a Settlement Conference has been set for October 3, 2008 at 10:00 a.m. in Courtroom B, 15th Floor of the United States District Court, 450 Golden Gate Avenue, San Francisco, Magistrate Judge James presiding. Settlement Conference Statements are due in accordance with Judge James' standing order.

    Thank you.

DENNIS J. HERRERA
City Attorney

Sean F. Connolly
Deputy City Attorney

cc:    Via Facsimile and Mail

       John L. Burris, Esq.
       Benjamin Nisenbaum, Esq.
       Law Offices of John L. Burris
       7677 Oakport Street, Suite 1120
       Oakland, CA 94621
       Facsimile:    510-839-3882