UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

ESTHER HWANG,

    Plaintiff,

vs.        Case No. C07-02718 MMC

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

    Defendants.

_____/

Deposition of

DANIEL HWANG

Tuesday, June 3, 2008

REPORTED BY: LESLIE CASTRO, CSR #8876

BONNIE L. WAGNER & ASSOCIATES
Court Reporting Services
41 Sutter Street, Suite 1605
San Francisco, California 94104
(415) 982-4849

1

---

I N D E X

Deposition of DANIEL HWANG

Tuesday, June 3, 2008

                Page

EXAMINATION BY MR. CONNOLLY     5

Certified Questions:

      Page   Line

---

E X H I B I T S

Deposition of DANIEL HWANG

Tuesday, June 3, 2008

(No exhibits were offered.)

---

BE IT REMEMBERED THAT, pursuant to Notice, and on Tuesday, June 3, 2008, commencing at the hour of 9:31 o'clock a.m. thereof, at the OFFICE OF THE CITY ATTORNEY, Fox Plaza, Seventh Floor, 1390 Market Street, San Francisco, California 94102, before me, LESLIE CASTRO, a Certified Shorthand Reporter in and for the State of California, personally appeared

DANIEL HWANG

called as a witness by the Defendant, who, being by me first duly sworn, was thereupon examined and testified as hereinafter set forth.

APPEARANCES:

    LAW OFFICES OF JOHN L. BURRIS, 7677 Oakport Street, Suite 1120, Oakland, California 94621, represented by BENJAMIN NISENBAUM, Attorneys at Law, appeared as counsel on behalf of the Plaintiff.

    OFFICE OF THE CITY ATTORNEY, Fox Plaza, Sixth Floor, 1390 Market Street, San Francisco, California 94102, represented by SEAN F. CONNOLLY, Deputy City Attorney, appeared as counsel on behalf of the Defendant.

---oOo---

**Page 5**

DANIEL HWANG

being first duly sworn, testified as follows:

EXAMINATION BY MR. CONNOLLY:

MR. CONNOLLY: Q   Good morning.

Do you want to state your name for the record, please.

A.   Daniel Hwang.

Q.   Do you want to spell it.

A.   D-A-N-I-E-L. Last name, H-W-A-N-G.

Q.   Good morning, Mr. Hwang. I briefly introduced myself this morning, and again for the record, my name is Sean Connolly. I'm a deputy city attorney. I represent the City and some of the other named defendants in this action in a federal lawsuit brought by, I believe, your sister, Esther Hwang.

Present in the room is the court reporter and Mr. Nisenbaum from Mr. Burris' office representing Plaintiff's interests.

I had asked you before we went on the record whether you had ever sat for a deposition before. You indicated you had not. So at this point I'm going to spend a little time in explaining what we call the rules of the road for a deposition. It -- typically, lawyers

**Page 6**

will explain this just to help move the process along and facilitate the main objective here today.

So a couple of things: You understand that before we went on the record you took an oath administered by the court reporter?

A.   Yes.

Q.   And you understand that that oath is the same oath that is given in a court of law?

A.   Yes.

Q.   And you're under the same penalty of perjury.

Do you understand that?

A.   Yes.

Q.   And today what we want is the truth to the extent you know it. If you don't know an answer to a question, just let me know. If you are guessing or speculating or you could make an educated guess, just explain that's what you're doing.

A.   Okay.

Q.   There are a couple of things -- a couple of rules that I want to make sure I articulate and explain to you. I know the court reporter would appreciate it.

One is, as you can see, she is taking down everything that is said here in exchange between us. As a result, it's very -- we must both be careful to speak slower and not speak on top of each other.

**Page 7**

And what that means is in a normal conversation, I can see you and you can see me and I can see gestures and I can see your head nodding up and down like you're doing now. The court reporter can't pick any of that up. So it's important that you explain your answers.

If you're nodding, for instance say "yes" or "no." From time to time I will say "Is that a "yes" or "Is that a "no" because I can see you nodding. And I'm not trying to be rude, I'm just trying to point out that you need to articulate your response for the record so it can be recorded.

You need to let me finish asking my question although you may know what my question is before I finish asking it. And likewise, I'll let you finish your answer before I start asking the next question. In normal conversation it happens all the time. But here again, the court reporter can't take down two voices at once.

A.   I understand.

The other thing is, although I do not anticipate we'll be here long, if you need to take a break for any reason, use the restroom, get a glass of water, whatever it is, food, there's a cafe downstairs and a Starbucks downstairs, just let me know and there

**Page 8**

will be no problem.

And there are a few other admonitions that I could state at this time. But I'll wait until the end or if they come up because they're only relevant when they become an issue.

All right. Having said that, let's move along.

You had stated your name is Daniel Hwang. And am I pronouncing it correctly?

A.   Yes.

Q.   First of all, where do you live, presently?

A.   In 1165 66th Street, Emeryville, California.

Q.   And do you have -- how long have you lived there?

A.   A little over a year.

Q.   And do you own or rent that place?

A.   Own.

Q.   Do you anticipate being there for some time?

A.   No plans of selling right now.

Q.   And the reason we typically ask witnesses for that information is to the extent we might need them later at a later point in time, for whatever purpose, trial, we need to know how to contact that person.

Do you have a phone or cell phone that's your primary --

1  glass.

2      Q.     And did you say you had a few glasses of wine

3  while you were waiting?

4      A.     I'm trying to remember if it was -- if we

5  ordered a bottle there or if it was a few glasses. I

6  know we ordered a bottle. I don't remember if it was at

7  the table or at the bar and we took it over there.

8      Q.     But in any case, you had at least one glass of

9  wine while you were waiting?

10     A.     Yes.

11     Q.     At some point you were seated. In other

12  words, again, I'm making an assumption but I'm trying to

13  leap through this so we get through the preliminaries.

14          But at some point I'm assuming your sister

15  Esther Hwang and her boyfriend Nathan Flores showed up

16  and you were -- what do they call it you were taken to

17  your table?

18     A.     Yes.

19     Q.     Do you recall how long you were at the

20  restaurant overall?

21     A.     I would say a few hours.

22     Q.     And do you recall what you ordered?

23     A.     I usually get the king size, the extra --

24     Q.     The King Henry?

25     A.     Yes.

---

1      Q.     Do you recall what Esther Hwang and Nathan

2  Flores ordered to eat?

3      A.     Not specifically. But one fish, maybe one

4  meat. That's all I remember.

5      Q.     Now, when Ms. Hwang, I'm referring to your

6  sister -- and let me -- let's make a -- digress for a

7  moment to make some clarifications.

8          Your mother, she was at dinner that night?

9      A.     Yes.

10     Q.     And what is her full name?

11     A.     Hyn Ho.

12     Q.     But her last name is Hwang?

13     A.     Yes.

14     Q.     And your sister's last name is Hwang?

15     A.     Yes.

16     Q.     Your wife does not go by Hwang --

17     A.     No.

18     Q.     -- is that correct?

19     A.     Lim. No, it's not Hwang. Lim, L-I-M.

20     Q.     Lauren?

21     A.     Lauren is not her legal name. Her legal name

22  is Sung, S-U-N-G. Lauren --

23     Q.     You said her last name is Lim?

24     A.     Yes. She kept her maiden name.

25     Q.     So when I refer to Ms. Hwang, I'm referring to

---

1  plaintiff Esther Hwang. And if there's -- if it's not

2  clear, just let me know and I'll clarify.

3      A.     Okay.

4      Q.     I probably won't have many questions about

5  your mother.

6          When Ms. Hwang and Mr. Flores arrived at the

7  restaurant, did they have -- did they stop before being

8  seated to have anything to drink at the bar or in the

9  waiting area with you?

10     A.     No. To the best of my knowledge or

11  remembering, they came in, they were hungry because it

12  was a little late. So we asked to be seated right away.

13          They came over and we hugged and stuff,

14  greetings.

15     Q.     Right.

16          And I'm interested right now just in the

17  drinking pattern at the restaurant.

18     A.     Okay.

19     Q.     So now, let's move to when you had been seated

20  at the table.

21     A.     Okay.

22     Q.     And I don't want to put words in your mouth.

23  But you mentioned that you thought maybe you had ordered

24  wine, maybe in the form of a bottle at some point and

25  maybe at the table.

---

1          Do you recall drinking alcohol at the table?

2      A.     Yes.

3      Q.     Do you recall what you, Daniel Hwang, drank?

4      A.     Yes.

5      Q.     What did you drink?

6      A.     Red wine, Merlot.

7      Q.     And did you order more than one bottle -- did

8  you order a bottle of wine?

9      A.     Yes. Again, I'm not sure if it was at the

10  table or at the bar and brought it over. But I know we

11  still had enough to bring at the table.

12     Q.     Did you order another bottle subsequent to

13  that first bottle?

14     A.     Not to my knowledge.

15     Q.     Did you order anything else of an alcoholic

16  nature before -- other than the bottle of wine that

17  you've mentioned?

18     A.     Not that I remember.

19     Q.     Did you ever have any mixed drinks, gin and

20  tonic, martinis?

21     A.     For myself?

22     Q.     Correct.

23     A.     No.

24     Q.     Did you order a bottle of white wine?

25     A.     No. My recollection is red wine because we

**Page 25**

1 always drink Merlot.

2    Q.    Now, I'm going to ask you the same series of

3 questions but from a little bit more broader

4 perspective.

5        Did anyone while seated order additional

6 alcohol, wine, mixes drinks or other forms of alcohol?

7    A.    I don't think so.

8    Q.    Do you know?

9    A.    I don't know 100 percent.

10    Q.    Do you know if your sister Esther Hwang

11 ordered anything to drink besides wine --

12    A.    No.

13    Q.    -- do you recall?

14    A.    I do recall she did not.

15    Q.    Did Nathan Flores?

16    A.    I remember how I was seated. So I'm trying to

17 recollect.

18    Q.    Sure.

19    A.    I don't remember, to be honest.

20    Q.    Now, is it -- let me just -- let's back up a

21 little bit. You're certain that one -- you are certain

22 that someone ordered one bottle of wine?

23    A.    Yes.

24    Q.    Is that "yes"?

25    A.    Yes.

**Page 26**

1    Q.    Was that person you or was it someone else,

2 who ordered it?

3    A.    I ordered it.

4    Q.    Is it possible more than one bottle was

5 ordered, but you don't recall for sure?

6    A.    I don't think so, but I'm not 100 percent

7 sure.

8    Q.    Is it possible that more than one bottle was

9 ordered? Let me rephrase the question: Is it possible

10 that more than one bottle ever wine was ordered for the

11 table?

12    A.    I don't think so. Just because -- the table

13 was small. We complained about the table because it

14 wasn't in a good location in the restaurant. There were

15 so many dishes and the glasses for the water, the wine

16 glasses. So there was a little bit of getting bumped

17 when people were walking by. So I don't think so.

18 But --

19    Q.    Is it possible?

20    A.    I don't know.

21    Q.    But I'm saying -- if you don't know, I'm

22 asking the other end of that --

23    A.    Okay.

24    Q.    -- is it possible that there was more than one

25 bottle of wine ordered?

**Page 27**

1    A.    I don't think so.

2    Q.    So are you saying that you're certain that

3 only one bottle of wine was ordered?

4    A.    Pretty sure. I don't know if that's an answer

5 or not.

6    Q.    Okay. That's good enough.

7        Do you recall seeing your sister Esther Hwang

8 drink wine from a wine glass?

9    A.    I know I remember at least one time because we

10 toasted. It was for a combination of my Mother's Day --

11 happy Mother's Day and also for my wife's birthday. So

12 we did toast the glasses.

13    Q.    Do you recall seeing your sister Esther Hwang

14 drink wine during dinner?

15    A.    No. Not that much at all.

16    Q.    Listen very closely to my question.

17    A.    Okay.

18    Q.    Do you recall seeing your sister Esther Hwang

19 drink wine at dinner?

20    A.    Only at the toast. She took a sip, I know

21 (indicating).

22    Q.    Do you know who poured her that glass of wine

23 that she toasted?

24    MR. NISENBAUM:    Objection. Misstates his testimony

25 that she had a glass of wine.

**Page 28**

1    MR. CONNOLLY: Q    Did she drink directly from

2 the bottle?

3    A.    No.

4    Q.    The glass of wine -- the wine that she drank,

5 was it taken from a wine glass?

6    A.    Can you repeat that?

7    Q.    How did she drink the wine that you saw her

8 drink?

9    A.    From a wine glass, the normal (indicating).

10    Q.    The wine glass?

11    A.    Yeah.

12    Q.    We call them wine glasses.

13    A.    Yeah, yeah.

14    Q.    So when you saw her sip pursuant to the toast,

15 it was from a wine glass?

16    A.    Yes.

17    Q.    I didn't get the sense that your sister drank

18 from the bottle directly. But for Mr. Nisenbaum, I want

19 to make sure the clarification was made.

20    MR. NISENBAUM:    I would not want it to be inferred

21 that it was a full huge glass of wine for the toast.

22    MR. CONNOLLY:    I haven't asked that question.

23 Let's do this: Let me ask my questions and then you can

24 ask follow-up to clarify.

25    MR. NISENBAUM:    That's the basis of the objection.

**Page 29**

MR. CONNOLLY:  Q.  You say, Mr. Hwang, that you only saw your sister drink from the glass once during the course of the evening while you were at The House of Prime Rib?

A.  I'm pretty sure.

Q.  So are you saying that you had no opportunity to see her drink — let me rephrase.

Were you watching her the entire time?

A.  No.

Q.  Were there times during the course -- I think you said you were there two, two and a half hours.

Were there times during that two, two and a half hours that your attention was directed towards other people at the table?

A.  Yes.  We had just conversations back and forth.  So, you know, my eyes or my head.

Q.  Did anyone order champagne?

A.  Not that I remember.

Q.  Do you recall Mr. Flores drinking wine?

A.  Yes.  I know for the toast, everyone toasted.  So it was a toast.  And again, I don't know, but -- how -- everyone took a sip at least.

Q.  Do you recall how many glasses of wine you had during the course of the evening?

A.  I had two glasses.

**Page 30**

Q.  Two?

A.  I remember because that's usually what I drink.

Q.  Do you recall how many glasses of wine your wife had to drink?

A.  Not sure.  But she does like wine.

Q.  Do you recall if your mother or father drank wine that evening?

A.  They took a few sips.  I know because we always order diet Coke and wine because they got upset that we ordered so many refills of diet Coke.

Q.  And you don't know how much wine your sister Ms. Hwang drank; correct?

A.  Correct.

Q.  And you don't know how much wine Mr. Flores drank; correct?

A.  Correct.

Q.  And do you recall if the bottle of wine that you ordered was finished?  In other words, exhausted, completed?

A.  I don't remember if it was completely finished.  But I'm sure because we -- they had poured it into everyone's glass because we told her it was for a toast.  So I don't know how much was left.  But I'm not sure.

**Page 31**

Q.  Was it one of those situations that you commonly find in restaurants where the waiter will basically come around from time to time and --

A.  Fill it.

Q.  -- fill up the glasses at the table?

A.  I believe so.

Q.  Is that what happened here?

A.  Yes.  But we told him specifically because I know, like, my parents don't drink that much.  Just give it as a toast.  We remember that.  I don't remember how much they put in.  But they didn't put in a, like, a full, half or anything (indicating).

Q.  Did the waiter or waitress come back from time to time and top off the wine glasses?  When I say "top off," I don't mean filled to the brim.

A.  No, because I don't like my wine actually at a certain level because it tastes better so I can have more.  So they come back from time to time.  That's the answer.

Q.  Now, do you recall someone taking a camera out and taking photographs of your table, people at your table?

A.  Yes.

Q.  Who was that?

A.  I think Nathan might have taken some pictures.

**Page 32**

I think we had about two digital cameras.  I'm not sure, but I believe so.  And then they took -- the restaurant took I think a Polaroid when we were doing.  I'm not sure it was during the candle blowing or throughout the night.

Q.  Did the restaurant give you the Polaroid or give someone at the table the Polaroid?

A.  I didn't receive it, but maybe they did.  I'm not sure.

Q.  And who besides Nathan -- who had -- who do you believe had the other camera?

A.  Maybe my dad.

Q.  And do you have -- can you estimate how many photos were taken?

A.  Maybe about -- I can estimate maybe six or seven throughout the night.

Q.  That's an estimate?

A.  That's an estimate.

Q.  And were you able ever at any point after that to see any of these photographs?

A.  No, I have not.

Q.  Do you recall looking at the Polaroid photograph that night taken by the restaurant?  In other words, was it passed around?

A.  I believe it was passed around.  I think I saw

1  the Polaroid, but I wouldn't remember which picture it
2  was.
3      Does that make sense?
4      Q.  No.
5      A.  How we were set or if it was the whole table.
6  If it was just during the candle blowing.  That's what I
7  mean.
8      Q.  So you remember seeing a Polaroid photograph,
9  but you're not sure what it depicted at this point?
10     A.  Yes, that's correct.
11     Q.  Do you recall ever receiving -- do you recall
12  ever seeing a hard copy of one of those photographs
13  taken by a digital camera provided by Nathan --
14     A.  No.
15     Q.  -- to your wife?
16     A.  No.
17         I'm sorry, could I ask the clarification?
18     Q.  Yes.
19     A.  So you asked if I saw any pictures that Nathan
20  gave to my wife.
21         Is that what you are asking?
22     Q.  Generally, yes.
23     A.  No, I did not.
24     Q.  Is there something else that might fit that
25  description that you would respond differently?

1      A.  No.  We haven't seen any pictures from that
2  night.  No, there isn't any pictures that I know of and
3  that I've seen even once after.  But I do remember the
4  Polaroid.  But I don't remember exactly what was on the
5  picture.
6      Q.  And I'll ask you again --
7      A.  Okay.
8      Q.  -- in case it's not clear:  Do you know where
9  that Polaroid photograph is right now?
10     A.  No, I don't.
11     Q.  Do you remember leaving the restaurant?
12     A.  Fairly well.
13     Q.  And did you all leave together, did the group
14  leave together or did you leave at different times?
15     A.  No, we all left together, came out of the
16  restaurant together.
17     Q.  Do you recall -- first of all, do you recall
18  whether you were feeling intoxicated at any level, tipsy
19  or drunk or any?
20     A.  No.  Because --
21     Q.  No, you don't recall?  Let me ask you first:
22  Do you recall whether or not you were intoxicated at any
23  level after dinner?
24     A.  No, I was not.
25     Q.  We have to be real clear here for the record.

1  I'm asking if you recall your state of sobriety or
2  intoxication which is just a "yes" or "no" question.
3      A.  No.  Maybe --
4      Q.  Listen carefully to my question.
5      MR. CONNOLLY:  Settle down.
6      Q.  Listen closely to the question.  I'm going to
7  ask you the question that you're answering.  But there's
8  a preliminary question that we have to ask to confirm
9  that you actually have a recollection one way or the
10  other.
11         Do you understand what I'm saying?
12     A.  Yes, I do.
13     Q.  Do you recall your state of sobriety at the
14  point in time that you left the restaurant?
15     A.  Yes.
16     Q.  What was your state of sobriety at the time
17  you left the restaurant?
18     A.  I was fine.
19     Q.  You felt fine?
20     A.  Not intoxicated.  Full meal.  I was full.
21     Q.  And you testified you only had two glasses of
22  wine?
23     A.  At the most.
24     Q.  Now, do you recall whether or not your sister
25  Esther looked like she was intoxicated?

1      A.  Can you repeat the question?
2      Q.  Do you recall having -- I'll try to make it
3  even more clear.
4         Did you see your sister as you left the
5  restaurant?
6      A.  Yes.
7      Q.  Do you recall whether or not she was
8  intoxicated?
9      A.  Yes.  I --
10     Q.  Was she intoxicated?
11     A.  No.
12     Q.  Did she look as though she had been drinking?
13     A.  No.
14     Q.  Was her face red?
15     A.  That, I don't remember.
16     Q.  Okay.
17         We lawyers tend to -- we start splitting hairs
18  in some of these questions.  But it's because it's being
19  taken down in transcript form.  And although you and I
20  know what we're talking about when we sit across the
21  table from each other, later when it's read, it has to
22  be clear what we're talking about --
23     A.  I understand.
24     Q.  -- is your answer is to the question that I'm
25  asking and not the question I'm next going to ask.  We

**Page 37**

1  do that all time in normal conversation. But that's why
2  there's certain questions in between the question I need
3  to ask first.
4          Have you seen your sister drunk before?
5      A.  I want to say when she was younger.
6      Q.  And was that a matter of years before?
7      A.  We're talking when she was maybe in college.
8      Q.  Everyone seems younger to me these days.
9      A.  In college, I've seen her drunk. We don't go
10  out, like, at night together, that kind of thing, kind
11  of, big brother, kind of, thing. It's, kind of, weird.
12     Q.  And you're the older brother?
13     A.  I'm the older brother.
14     Q.  Do you have other siblings?
15     A.  No. Just the two of us that I know of.
16     Q.  I'm sorry. I missed that one.
17     A.  That I know of.
18     Q.  I'm going to go back one more time and ask
19  about your conversations with Ms. Hwang before this
20  deposition about the deposition.
21          Did she discuss with you anything having to do
22  with the drinking pattern of the evening?
23     A.  No. I know she -- she was stressed about it.
24  Not just about -- I don't know if it was about the
25  deposition, but just the whole incident, the whole thing

**Page 38**

1  and she was studying for the bar and this and that. I
2  didn't want to ask her any specifics because I wasn't
3  there.
4      Q.  Let me ask you again. This is one of these
5  situations that I want you to listen closely to what I'm
6  asking.
7          Earlier in the deposition, I asked you about
8  conversations you had with your sister Esther in
9  connection with this deposition. In other words, I had
10  asked you things you had done to prepare for this
11  deposition, people you had spoken to.
12          And you mentioned you had spoken to your
13  sister Esther approximately -- at least once 30 days
14  before the deposition. We're approximating the days.
15  But I believe you said approximately a month before
16  today's deposition?
17     A.  Yes.
18     Q.  And you had referenced the fact that your
19  mother had received a subpoena and she had called --
20  she, Esther, had called in connection with that.
21          My question is: During those discussions at
22  that point in time, did Esther mention to you anything
23  about the drinking of alcohol on the evening of the
24  incident?
25     A.  No.

**Page 39**

1      Q.  Did she remind you what you had had? Did she
2  talk to you about what -- what she had had to drink?
3      A.  No.
4      Q.  Do you understand my question?
5      A.  I do understand the question.
6      Q.  Did you -- when you left the restaurant, when
7  was the next time you heard from Esther after you left
8  the restaurant? So let me ask that whole question all
9  over again.
10          When is the next time you heard from your
11  sister Esther after you left the restaurant that
12  evening?
13     A.  I think a few days later, two or three days
14  maybe. I know -- I'm just trying to think if it was a
15  few days later. I don't remember exactly which day.
16     Q.  Okay.
17          And how was it that you heard from her?
18     A.  She -- we found out -- my parents found out
19  that that incident happened. And so I was worried. So
20  I called. She said she's been to the doctors. She was
21  upset, she was scared. She was telling me about the
22  incident.
23     Q.  Let me go back to the restaurant for a moment.
24          Do you recall how much the bill was?
25     A.  Oh, I paid for it, actually. I would probably

**Page 40**

1  say 200- something dollars. 250-, around there.
2      Q.  And you said you paid for dinner?
3      A.  Yes.
4      Q.  The entire dinner?
5      A.  Yes.
6      Q.  And in what form did you pay for it?
7      A.  I believe -- I know it was credit card. I'm
8  just trying to think which credit card it was. I think
9  it was my American Express.
10     Q.  How many credit cards do you have or did you
11  have at the time of the incident?
12     A.  Usually I have my AMEX, my ATM Visa debit card
13  and another Visa normally.
14     Q.  And why is it that you think you paid with
15  your AMEX?
16     A.  Mostly, I use it for restaurants, the AMEX.
17  That's a good question.
18     Q.  And you paid for the drinks at the bar, also?
19     A.  I had everything come to the table.
20     Q.  So it was combined --
21     A.  Yes.
22     Q.  -- into one bill?
23          Did anyone else offer to pay?
24     A.  They just assumed, the husband of the birthday
25  and the oldest son. So it's, kind of, traditional, I

**Page 53**

1   don't know if Mr. Nisenbaum has any follow-up questions,

2   but he's entitled, also.

3         MR. NISENBAUM:   I don't.

4         MR. CONNOLLY:   Thank-you.

5         COURT REPORTER:   For the record, who would like a

6   copy?

7         MR. NISENBAUM:   Yes, I would.

8         (Whereupon, the deposition adjourned.

9         At 10:28 a.m.)

10

11

12

13         DANIEL HWANG

14

15

...

**Page 54**

1   STATE OF CALIFORNIA       )

2                         ) Ss.

3   COUNTY OF CONTRA COSTA       )

4

5         I hereby certify that the witness in the

6   foregoing deposition, named DANIEL HWANG, was by me

7   duly sworn to testify the truth, the whole truth, and

8   nothing but the truth in the within-entitled cause;

9   that said deposition was taken at the time and place

10   therein stated; that the testimony of said witness was

11   reported by me,

12         LESLIE CASTRO,

13   A Certified Shorthand Reporter and disinterested

14   person, and was thereafter transcribed into

15   typewriting; and that the pertinent provisions of the

16   applicable code or rules of civil procedure relating

17   to the notification of the witness and counsel for the

18   parties hereto of the availability of the original

19   transcript of deposition for reading, correcting and

20   signing have been complied with.

21         And I further certify that I am not of

22   counsel or attorney for either or any of the parties

23   to said deposition, nor in any way interested in the

24   outcome of the cause named in said caption.

25         IN WITNESS WHEREOF, I have hereunto set my

**Page 55**

1   hand and affixed my seal of office the 14th day of

2   June, 2008.

3

4

5

6         LESLIE CASTRO

7         C.S.R. No. 8876

8

...

**Page 56**

ERRATA SHEET

PAGE   LINE   CHANGE

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____

___   ___   _____