# San Francisco Police Department
## INCIDENT REPORT

**070486866**

Report Type: Initial

### INCIDENT

| Incident Number | Occurrence from Date/Time | Occurrence to Date/Time | Reported Date/Time | CAD Number |
|---|---|---|---|---|
| 070-486-866 | 05/12/07 23:15 | 05/12/07 23:20 | 05/12/07 23:20 | 071324223 |

**Type of Incident:** Resisting, Delaying, or Obstructing Peace Officer Duties -27170, Battery, Of A Police Officer -04154, Alcohol, Under Influence Of In Public Place -19090

**Location of Occurrence:** 460 BROADWAY St
**At Intersection with/Premise type:** Sidewalk

Confidential Report? ☐  Arrest Made? ☑  Suspect Known? ☑  Suspect Unknown? ☑  Non-Suspect Incident? ☐  Domestic Violence? ☐  (Type of Weapon Used)  Reporting Unit: 3A11D

**Location Sent:** 460 BROADWAY St

**How Cleared?** 6

### OFFICER DECLARATION

I declare under penalty of perjury, this report of **5** pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED  5 YEAR/POST  Signature: [signed]

| Reporting Officer | Star | Station | Watch | Date |
|---|---|---|---|---|
| Artiga, Nelson A | 1417 | Central Station | 1600-0200 | 05/13/07 03:07:02 |
| Reviewing Officer: SGT. VANDERBLT | 1976 | A | 3 | 5/13/07 |
| OIC: Sgt. Linda S. Wittcop #1306 | | Central Station | | MAY 13 2007 |

**Assigned to:** 5G200  **Assigned by:** NA/1417
**Copies to:** 5G200  5G200 District  **Add'l Copies:** 2-DA, 1-OR

### R/VICTIM

**Code:** R/V  **Name:** ARTIGA, NELSON #1417

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (415) 315-2400 | Work | 766 VALLEJO ST | SAN FRANCISCO | CA | 94133- |

Follow-up Form YES ☑  Statement YES ☑

**Injury/Treatment:** COMPLAINT OF PAIN TO RIGHT TOE

### BOOKED

**Code:** B  **Name:** HWANG, ESTHER HYUNJIN

| Day Phone | Type | Home Address | City | State |
|---|---|---|---|---|
| (415) 710-5507 | Cell | 511 N. EL CAMINO REAL APT 8 | SAN MATEO | CA |

| Date of Birth | Age | Race | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|
| 01/10/74 | 33 | A | F | 5'08 | 120 | BRO | BRO |

**ID Type/Jurisdiction/Number:** DL CA [redacted]

**CWB Check:** CANIDO  **Star:** 49

**Citation #:** 003080442  **Violation(s):** 148(a)(1) PC, 243(b)PC

**Appear Date/Time:** 06/27/07 08:00  **Location of Appearance:** 850 BRYANT

**Book/Cite Approval:** SGT RISKIN  **Star:** 1915

**Other Information:** DESC: BLUE SHOULDERLESS TOP, BLUE SKIRT, TAN AND WHITE HIGH HEEL SHOES

CCSF 0001

# San Francisco Police Department
## ADDITIONAL REPORTEE

**070486866**

RP CODES: F -FOUND; N -NOTIFY; P -PARENT; R -REPORTEE; V -VICTIM; W -WITNESS

### R/Witness 1

- **Code:** R/W 1
- **Name (Last, First Middle):** AINSWORTH, EUGENE
- **Alias:**
- **Day Phone:** (415) 398-3484
- **Type:** Work
- **Home Address:** 328 TEHAMA ST #904
- **City:** SAN FRANCISCO
- **State:** CA
- **Zip Code:** 94103-
- **Night Phone:**
- **Type:**
- **Work Address:** 460 BROADWAY ST
- **City:** SAN FRANCISCO
- **State:** CA
- **Zip Code:** 94108-
- **DOB:** 07/02/35
- **Age:** 71
- **DOB Unk:** ☐
- **Race:** W
- **Sex:** M
- **Height:**
- **Weight:**
- **Hair Color:**
- **Eye Color:**
- **ID No.:**
- **Confidential Person:** ☐
- **Violent Crime Notification:** ☐
- **293 PC Notification:** ☐
- **Star:**
- **F/U Form YES:** ☐
- **Statement YES:** ☑
- **Relationship to Subject:** Stranger/None
- **School (if Juvenile):**
- **Injury/Treatment:**
- **Other Information/If Interpreter Needed Specify Language:**

### Reportee

- **Code:** R
- **Name (Last, First Middle):** FLORES, NATHAN ANTHONY
- **Alias:**
- **Day Phone:**
- **Type:** Refused
- **Home Address:** 3734 FAIRFAX WAY
- **City:** SSF
- **State:** CA
- **Zip Code:** 94080-
- **Night Phone:**
- **Type:** Refused
- **Work Address:** REFUSED
- **City:**
- **State:**
- **Zip Code:**
- **DOB:** 12/04/75
- **Age:** 31
- **DOB Unk:** ☐
- **Race:** A
- **Sex:** M
- **Height:**
- **Weight:**
- **Hair Color:**
- **Eye Color:**
- **ID No.:**
- **Confidential Person:** ☐
- **Violent Crime Notification:** ☐
- **293 PC Notification:** ☐
- **Star:**
- **F/U Form YES:** ☐
- **Statement YES:** ☐
- **Relationship to Subject:** Boyfriend
- **School (if Juvenile):**
- **Injury/Treatment:**
- **Other Information/If Interpreter Needed Specify Language:**

SFPD377 B (03/03)

# San Francisco Police Department
## PROPERTY LISTINGS

**070486866**

| E 1 | Code/No | Item Description | | | | Brand | Model | |
|---|---|---|---|---|---|---|---|---|
| | EVD 1 | SHOES | | | | | | |
| | Serial No. | Gun Make | Caliber | Color TAN | Narcotics Lab No. | Quantity TWO(2) | Value TBD | |
| | Seized by (Star) 1895 | From Where CENTRAL STATION | | | | | | |
| | Additional Description/Identifying Numbers: BOOKED BY OFFICER SERNA #1895 AT CENTRAL STATION | | | | | | | |

| E 2 | Code/No | Item Description | | | | Brand | Model | |
|---|---|---|---|---|---|---|---|---|
| | EVD 2 | DISKETTE | | | | | | |
| | Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity ONE(1) | Value | |
| | Seized by (Star) 1895 | From Where CENTRAL STATION | | | | | | |
| | Additional Description/Identifying Numbers: 2 DIGITAL PHOTOS OF (E1)SHOES, 2 DIGITAL PHOTOS OF (B) HWANG. BOOKED BY OFF. SERNA CO. A. | | | | | | | |

| E 3 | Code/No | Item Description | | | | Brand | Model | |
|---|---|---|---|---|---|---|---|---|
| | EVD 3 | STATEMENT | | | | | | |
| | Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity ONE(1) | Value | |
| | Seized by (Star) 1895 | From Where CENTRAL STATION | | | | | | |
| | Additional Description/Identifying Numbers: BOOKED BY OFF. SERNA CO A. | | | | | | | |

[Three additional blank property entry blocks follow, each with fields: Code/No, Item Description, Brand, Model, Serial No., Gun Make, Caliber, Color, Narcotics Lab No., Quantity, Value, Seized by (Star), From Where, Additional Description/Identifying Numbers]

# San Francisco Police Department
## NARRATIVE

**070486866**

On 5-12-07, Officer SooHoo #2201 and I were assigned to the Broadway Detail. Officers Serna #1894 and Moriyama #1791(3A14D) were also assigned to the detail. At approximately 2315 hrs., Officer SooHoo and I were approached by an unknown female subject, later identified as (B)Hwang, and an unknown male subject, later identified as Hwang's boyfriend, (R)Flores. As Hwang stood three feet away from Officer SooHoo and me, we both noticed that she had bloodshot eyes, dilated pupils, and flushed red skin. Hwang swayed as she stood in front of us and we smelled a strong odor, consistent with that of an alcoholic beverage, emanating from her person. Hwang argued with Flores about jaywalking across Broadway Street, then she grabbed money from him, and he walked away from the scene. Hwang lit a cigarette and continued to talk to Officer SooHoo and me. We noticed that she slurred her speech as she talked to us. Hwang said to Officer SooHoo, "Can I just jaywalk across Broadway?" Officer SooHoo responded, "No, that would be a traffic violation, and dangerous to you." Hwang then belligerently yelled at Officer SooHoo, "Do you know who I am? I used to date the mayor," while she pointed her right finger at his chest.

Hwang then stepped back from Officer SooHoo and me, and approached Officer Serna. Hwang stood within one foot of Officer Serna and belligerently yelled at Officer Serna and me, "Are you going to stop me from jaywalking!" Hwang attempted to brush past Officer Serna, and walk towards Broadway Street from the sidewalk. Based on Hwang's obvious signs of being under the influence of alcohol in a public place and unable to care for herself, we attempted to arrest her. Officer Serna said in loud voice to Hwang, "Okay, you are too drunk, turn around you are under arrest." Hwang yelled at Officer Serna and me, "You can't arrest me, do you know who I am," and refused to comply with Officer Serna's loud, verbal order.

Officer Serna grabbed Hwang's left wrist and executed a bent wrist control hold, while I grabbed Hwang's right wrist and attempted to handcuff her right wrist. Officer Serna and I both loudly yelled at Hwang, "Stop resisting, you are under arrest." Hwang pulled her right wrist away from my grasp, then she looked down at the ground, sharply raised her right foot, and forcibly stomped on my right foot, two times, while she wore (E1) spiked heel shoes. I felt pain on my right toe area. Based on Hwang's violent and belligerent behavior, Officer Serna executed a hair pull takedown on Hwang to prevent Hwang's assaultive behavior, while I secured both of her wrists in handcuffs and controlled her right wrist with a rear wrist lock. Hwang did not claim that she was injured as a result of our control holds, nor did we see any visible injuries on her as a result of her struggle.

Sgt. Riskin #1915 (3A108) and Officer Johnson #603 (3A31) responded to our location, and I advised Sgt. Riskin of the situation. Sgt. Riskin located (RW)Ainsworth, an employee of Broadway Liquors, who witnessed our struggle with Hwang. Ainsworth stated to me, "Yeah I heard you tell her to stop, but she just kept fighting." Sgt. Riskin approved the arrest of Hwang. Prior to transporting Hwang, Flores returned back to our location and asked, "Is there anything I can do." Hwang responded, "take my jacket and pearls." Sgt. Riskin approved this, and Officer Johnson removed Hwang's pearls and handed Hwang's pearls and jacket to Flores. Sgt. Riskin was present while Flores was given Hwang's property.

Officer Johnson transported Hwang to Central Station. Officer Serna seized Hwang's (E1) shoes and issued her a property receipt. Officer Serna took (E2) digital photos of Hwang's shoes and Hwang as she appeared at the time of her arrest. Officer Serna prepared (E3) written statement of the incident, and booked all the listed property, in my presence, at Central Station. Officer McGrath #375 (3A30) transported Hwang to CJ 9, to be booked.

At approximately 0245 hrs, Sgt. Cheung informed me that Hwang was a medical refusal from CJ 9, due to the fact that she suffers from anxiety attacks and takes psychiatric medications for this

condition. CJ9 was unable to care for Hwang's condition. It should be noted, Officer McGrath witnessed Hwang's triage at CJ 9. Sgt. Cheung #960 directed us to respond to CJ9 and assess the situation. On arrival, we noticed that Hwang's condition had substantially improved from the time of the initial incident. She appeared lucid and alert. We determined that she was now able to care for herself, and per Sgt. Cheung's direction, I cited Hwang from CJ 9 for the listed charges. Officer McGrath stood by with Hwang, until her friend, Derrick Lee, arrived at CJ 9 and indicated that he would safely return Hwang to her residence.

I prepared the DA's Misdemeanor booking packet, and forwarded it accordingly.

# SAN FRANCISCO POLICE DEPARTMENT — INCIDENT REPORT STATEMENT

page 1 of ___

| INCIDENT NO. | 07 0 48 68 66 |
|---|---|
| NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT | SERNA, J. |
| DOB/AGE | |
| RESIDENCE PHONE (DAY / NIGHT) | ( ) |
| BUSINESS PHONE (DAY/NIGHT) | (415) 315-2400 |
| RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO | |
| ZIP CODE | |
| BUSINESS ADDRESS / CITY IF NOT SAN FRANCISCO | 766 VALLEJO ST. |
| ZIP CODE | 94133 |
| DATE OF STATEMENT | 5/12/07 |
| TIME STARTED | 1145 HRS |
| TIME COMPLETED | 1155 HRS |
| LOCATION WHERE STATEMENT TAKEN | AT SCENE ☐   OTHER: Co. A |
| STATEMENT TAKEN BY (NAME / STAR) | |
| IN PRESENCE OF | |

I was assisting Officer Artiga # 1417 in handcuffing an intoxicated Prisoner, (B) Hwang. While doing so I saw Hwang look down towards Officer Artiga legs in an apparent attempt to locate a target. She then raised her right leg and stomped Officers Artiga's right foot twice with the heel of her shoe. I then used physical control and Hwang was sat down on sidewalk to prevent her from assaulting any other officers at the scene.

CCSF 0006

I DECLARE, UNDER PENALTY OF PURJURY, THIS STATEMENT OF _____ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT _____

SFPD 377 G (06/93)

PAGE 6 OF 6