UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

ESTHER HWANG,

    Plaintiff,

vs.

Case No. C07-02718 MMC

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

    Defendants.

_____/

**CERTIFIED COPY**

Deposition of

EUGENE AINSWORTH

Tuesday, May 20, 2008

REPORTED BY:  LESLIE CASTRO, CSR #8876

BONNIE L. WAGNER & ASSOCIATES
Court Reporting Services
41 Sutter Street, Suite 1605
San Francisco, California 94104
(415) 982-4849

1

```
 1                          I N D E X

 2

 3   Deposition of EUGENE AINSWORTH

 4   Tuesday, May 20, 2008

 5

 6                                                    Page

 7   EXAMINATION BY MR. CONNOLLY                   6, 63, 65

 8   EXAMINATION BY MR. NISENBAUM                    40, 64

 9

10

11

12
     Certified Questions:
13
              Page            Line
14
```

Case 3:07-cv-02718-MMC   Document 46   Filed 08/22/2008   Page 3 of 18

```
 1                    E X H I B I T S

 2

 3   Deposition of EUGENE AINSWORTH

 4   Tuesday, May 20, 2008

 5

 6   (No exhibits were offered.)
```

BONNIE L. WAGNER & ASSOCIATES
(415) 982-4849

3

```
 1      BE IT REMEMBERED THAT, pursuant to Notice, and on
 2  Tuesday, May 20, 2008, commencing at the hour of
 3  3:26 o'clock p.m. thereof, at the OFFICE OF THE CITY
 4  ATTORNEY, Fox Plaza, Seventh Floor, 1390 Market
 5  Street, San Francisco, California 94102, before me,
 6  LESLIE CASTRO, a Certified Shorthand Reporter in and
 7  for the State of California, personally appeared
 8                     EUGENE AINSWORTH
 9  Called as a witness by the Defendant, who, being by me
10  first duly sworn, was thereupon examined and testified
11  as hereinafter set forth.
12
13  APPEARANCES:
14     LAW OFFICES OF JOHN L. BURRIS, 7677 Oakport
15  Street, Suite 1120, Oakland, California 94621,
16  represented by BENJAMIN NISENBAUM, Attorneys at Law,
17  appeared as counsel on behalf of the Plaintiff.
18
19     OFFICE OF THE CITY ATTORNEY, Fox Plaza, Sixth
20  Floor, 1390 Market Street, San Francisco, California
21  94102, represented by SEAN F. CONNOLLY, Deputy City
22  Attorney, appeared as counsel on behalf of the
23  Defendant.
24  Also present: Ashley Morrow, Videographer
25                     ---oOo---
```

```
                            P-R-O-C-E-E-D-I-N-G-S
                                   ---oOo---
```

03:26:23    THE VIDEOGRAPHER:  Here begins disk 1, volume 1 in
03:26:27  the deposition of Eugene Ainsworth in the case of
03:26:31  Esther Hwang versus the City and County of
03:26:33  San Francisco.  In the United States District Court, the
03:26:36  Northern District of California.  The case number of
03:26:38  which is C07-02718 MMC.
03:26:45           Today is May 20th, 2008.  The time is
03:26:47  3:26 p.m.
03:26:50           This deposition is being taken at
26:52  1390 Market Street in San Francisco, California, and was
03:26:57  made at the request of the defendant represented by the
03:27:00  city attorney of San Francisco.
03:27:02           The court reporter producing the official
03:27:04  transcript of today's testimony is Leslie Castro.  The
3:27:08  videographer is Ashley Morrow of Legal Digital
3:27:11  Technologies.
3:27:12           Would Counsel please identify yourselves and
3:27:16  state whom you represent.
3:27:18           MR. CONNOLLY:  My name is Sean Connolly, Deputy
3:27:20  City Attorney, representing the city and Officers Jesse
3:27:23  Serna and Nelson Artiga.
3:27:27           MR. NISENBAUM:  Ben Nisenbaum of the Law Offices of

```
03:27:30   1   John Burris.  I'm one of the attorneys for Esther Hwang
03:27:34   2   the plaintiff in this case.
03:27:36   3          THE VIDEOGRAPHER:  And would the court reporter
03:27:36   4   please swear in the witness.
03:27:38   5                      EUGENE AINSWORTH
03:27:38   6     being first duly sworn, testified as follows:
03:27:38
03:27:38   7          THE WITNESS:  I do.
03:27:38   8
03:27:38       EXAMINATION BY MR. CONNOLLY:
03:27:47   9
03:27:49  10   MR. CONNOLLY:  Q  Okay.  Good afternoon,
 3:27:52  11   Mr. Ainsworth.  My name is Sean Connolly.  I'm first
 3:27:55  12   going to give you a glass of water if you want a
   7:57   13   glass of water.
 3:27:58  14      A.   Thank-you.
 3:27:58  15      Q.   You've heard all those present in the room and
 3:28:01  16   I think we've made the introductions up to this point.
 3:28:05  17          First of all, I thank-you for coming in this
 3:28:07  18   afternoon.  I appreciate your time.  I think you've
 3:28:12  19   indicated that you know what a deposition is, and in
 3:28:16  20   that case I'm going to go over very briefly what this
 3:28:20  21   particular deposition is and some of the rules that
 3:28:24  22   lawyers let govern them in these conversations.
 3:28:28  23          This is a tool that is allowed in a lawsuit to
 3:28:32  24   allow the parties to basically do discovery or conduct
 3:28:37  25   investigation to help find out what the facts are of the
```

| | | |
|---|---|---|
| 4:09:38 | 1 | Q.   Were her words slurred? |
| 4:09:42 | 2 | A.   Not necessarily.  There wasn't enough said to |
| 4:09:45 | 3 | tell whether -- it wasn't like she was trying to carry |
| 4:09:49 | 4 | on a conversation. |
| 4:09:50 | 5 | Q.   So you couldn't tell if she was slurring her |
| 4:09:52 | 6 | words? |
| 4:09:53 | 7 | A.   No. |
| 4:09:57 | 8 | Q.   Did you have a sense when you heard her voice |
| 4:10:01 | 9 | that she sounded intoxicated? |
| 4:10:04 | 10 | A.   No.  Her looks and her actions inside the |
| 4:10:06 | 11 | store led me to believe that she was intoxicated. |
| 4:10:09 | 12 | Q.   Nothing about her voice led you to believe |
| 4:10:13 | 13 | that she was intoxicated? |
| 4:10:14 | 14 | A.   No.  Just her looks, the way she was handling |
| 4:10:17 | 15 | herself. |
| 4:10:25 | 16 | Q.   I see you wear glasses. |
| 4:10:28 | 17 | A.   Uh-huh. |
| 4:10:28 | 18 | Q.   And I take it you wore glasses on the night of |
| 4:10:32 | 19 | the incident? |
| 4:10:34 | 20 | A.   Uh-huh. |
| 4:10:34 | 21 | Q.   What is your vision? |
| 4:10:35 | 22 | A.   My vision in the left eye is 20/20 with the |
| 4:10:39 | 23 | glasses.  And in the right eye, I'm totally blind. |
| 4:10:44 | 24 | Q.   With or without glasses? |
| 4:10:46 | 25 | A.   With or without glasses.  The left eye without |

| | | |
|---|---|---|
| 4:10:50 | 1 | the glasses, I can still see because I had an operation |
| 4:10:56 | 2 | and I had a lens in. |
| 4:10:59 | 3 | Q. I have Lasix. I'm now a 20/15 in my left eye, |
| 4:11:02 | 4 | I was about 20/80 so that's much improved, especially my |
| 4:11:08 | 5 | driving. |
| 4:11:08 | 6 | By the way, have you had any contact with any |
| 4:11:11 | 7 | representative of the San Francisco City Attorney's |
| 4:11:14 | 8 | Office outside of today? |
| 4:11:16 | 9 | A. Yes, I have. |
| 4:11:18 | 10 | Q. Okay. And do you recall who you've had |
| 4:11:21 | 11 | contact with? |
| 4:11:21 | 12 | A. Ms. Blackman -- is it Blackman? |
| 4:11:25 | 13 | Q. And do you recall when that was? |
| 4:11:29 | 14 | A. That was shortly after this incident, almost a |
| 4:11:33 | 15 | year ago. |
| 4:11:36 | 16 | Q. And on how many occasions did you have contact |
| 4:11:38 | 17 | with Ms. Blackman? |
| 4:11:40 | 18 | A. Once. |
| 4:11:40 | 19 | Q. And did you -- |
| 4:11:41 | 20 | A. Once personally, and then she called me just |
| 4:11:43 | 21 | shortly to let me know this was coming up. |
| 4:11:46 | 22 | Q. You mean she called you again recently? |
| 4:11:49 | 23 | A. Yeah. |
| 4:11:49 | 24 | Q. About how long ago was that? |
| 4:11:50 | 25 | A. This is last week -- this week -- the first -- |

```
4:11:55   1    yeah, last week.  To let me know that this was coming up
4:12:00   2    and that was it.  So those are the only two occasions
4:12:03   3    that I had.
4:12:04   4         Q.   On the first occasion when you spoke to
4:12:06   5    Ms. Blackman, what was -- what did you talk to her
4:12:09   6    about?
4:12:10   7         A.   The incident and what I saw.
4:12:12   8         Q.   And do you have a sense of about how long
4:12:15   9    after the incident you had that contact with
4:12:17  10    Ms. Blackman?
4:12:20  11         A.   Gosh, I don't know.  It might have been -- you
4:12:26  12    know, I really don't know, maybe a month.
4:12:33  13         Q.   And do you know if she -- did she tape record
4:12:36  14    your conversation?
4:12:44  15         A.   I don't remember.  I don't think so.  Although
4:12:49  16    she might have but I don't know.
4:12:51  17         Q.   And what did she ask you specifically?
4:12:56  18         A.   Just what did I see.  And she just wanted to
4:13:00  19    see -- get my side of it.
4:13:02  20         Q.   And did she ever ask you -- did she ever ask
4:13:10  21    you specific questions that suggested certain responses?
4:13:22  22         A.   Would you repeat that again now.
4:13:24  23         Q.   Sure.
4:13:25  24              Did she ask you any questions that suggested
4:13:28  25    certain responses from you?
```

```
4:13:31   1        MR. CONNOLLY:  I'm going to object to the form of
4:13:33   2   the question as argumentative and vague.
4:13:35   3        THE WITNESS:  I --
4:13:36   4        MR. CONNOLLY:  Hold on, Mr. Ainsworth, let me just
4:13:38   5   make the objection.
4:13:39   6             I'm going to object to the form of the
4:13:41   7   question as argumentative, vague and confusing.  I'd ask
4:13:48   8   Counsel to restate it or reformulate.
4:14:06   9        MR. NISENBAUM:  Sure.
4:14:08  10        Q.   About how long did you speak with Ms. Blackman
4:14:11  11   during that first time you talked to her?
4:14:17  12        A.   It might have been 20 minutes.  I don't
4:14:19  13   remember if it was that long.
4:14:24  14        Q.   And where did that conversation take place?
4:14:26  15        A.   In this building.
4:14:27  16        Q.   So you were asked to come to the City
4:14:28  17   Attorney's office?
4:14:29  18        A.   Yes.
4:14:39  19        Q.   Were you asked if you knew -- if you had seen
4:14:42  20   Officer Serna out in the streets before?
4:14:50  21        A.   I don't remember whether she had.  No, I don't
4:14:53  22   think she asked me that.
4:14:55  23        Q.   Were you asked whether you saw Ms. Hwang kick
4:15:02  24   any officer?
4:15:08  25        A.   No.  She asked me what I saw, and I think I
```

```
4:15:11   1    was the one that come up with that.  And she may have --
4:15:14   2    after I had said it, she may have asked me again, that I
4:15:19   3    can't....
4:15:26   4        Q.   If I understood your testimony correctly, it
4:15:29   5    sounds like you've seen officers take other people into
4:15:32   6    custody out on Broadway at night; is that right?
4:15:35   7        A.   Oh, yes, absolutely.
4:15:37   8        Q.   And do you have a sense of how many times
4:15:39   9    you've seen that?
4:15:47  10        A.   At least -- at least two, three times a month.
4:15:51  11        Q.   And out of the officers who you observed
4:15:55  12    during this incident with Esther Hwang, had you seen any
4:15:59  13    of those specific officers arrest anyone before?
4:16:12  14        A.   Gosh, that I cannot say for sure.  Bear in
4:16:21  15    mind, I lived on Broadway for 20 years, and during that
4:16:25  16    time, I may have seen one of those officers arrest three
4:16:28  17    or four people, but I don't remember.
4:16:32  18        Q.   Have you ever had occasion to call the police
4:16:36  19    when you were -- let me ask --
4:16:39  20        A.   Yes, at the store, yes, I have.
4:16:41  21        Q.   That's what I was going to ask you.
4:16:42  22             While working at the store, you've had
4:16:44  23    occasion to call the police?
4:16:45  24        A.   Yes.
4:16:45  25        Q.   And on how many occasion would you say?
```

```
16:49   1        A.   Maybe in the six-year period that I've worked
4:16:52  2   with the owner there, I think maybe twice.
4:16:58  3        Q.   And what was the first -- when was the first
4:16:59  4   time that you recall?
4:17:01  5        A.   The first time was when we had two individuals
4:17:08  6   in.  One of them was threatening to destroy the store,
4:17:11  7   and the other one said he was going to get the car and
4:17:14  8   pick him up.  And I had placed a call to the police
4:17:17  9   because I was off to the side, and they didn't really
4:17:21 10   notice me, and I had my cell phone.  They were both
4:17:24 11   taken into custody just shortly after they left the
4:17:27 12   store.
4:17:28 13             The other time we had a couple of individuals
4:17:31 14   that stole a bottle of champagne.
4:17:33 15        Q.   On the first time, do you recall which
4:17:35 16   officers responded?
4:17:38 17        A.   Yes.  The first time it was one of the
4:17:43 18   old-time officers up there, his name is Alverez.  He's
4:17:48 19   the actual beat officer for that Broadway.
4:17:53 20        Q.   And do you recall when that was, the first
4:17:56 21   time, what year?
4:18:01 22        A.   No, I don't.  That was -- that was probably --
4:18:10 23   I have to guess 2003, 2004, somewhere around there.
4:18:18 24        Q.   And the second time, do you recall
4:18:22 25   approximately when that was?
```

```
4:18:23   1        A.   The second time was probably around the same
4:18:25   2   time.  And the officer then that responded I think was
4:18:35   3   one of the Asian officers.  And I don't remember -- I
4:18:41   4   don't remember his name right offhand.
4:18:45   5        Q.   When you say "one of the Asian officers," do
4:18:47   6   you mean an Asian officer?
4:18:49   7        A.   Yeah.  They have two or three Asian officers
4:18:51   8   that I know of up there.  And it was one of those two or
4:18:54   9   three, I don't remember which one.
4:18:58  10        Q.   On the night of this incident with
4:19:00  11   Esther Hwang, were there Asian officers who were
4:19:03  12   involved in that -- in her arrest?
4:19:17  13        A.   Not that I can recall.  The only two main
4:19:24  14   officers involved in her arrest were the Officer Serna
4:19:27  15   and Officer Artiga that -- there may have been -- now
4:19:31  16   one of the officers that was standing against the
4:19:34  17   building I believe was an Asian officer.  The one that
4:19:38  18   maybe walked away, maybe.  Again, I don't remember for
4:19:40  19   sure.  But I think one of them might have been of Asian
4:19:46  20   descent.
4:19:47  21        Q.   Was he involved in responding to the second
4:19:49  22   call --
4:19:50  23        A.   No.  No.  He had already left.  He had moved
4:19:52  24   earlier and moved down the block a little bit.
4:19:56  25        Q.   I'm sorry.  I think you misunderstood my
```

```
4:19:58   1    question.
4:19:58   2              Was he involved in the response the second
4:20:03   3    time you called the police back in 2003, 2004?
4:20:08   4         A.   No.  No.  He -- he was -- I think he was a new
4:20:11   5    one.  They changed officers around.  I don't think he
4:20:16   6    was around at that time.
4:20:22   7         Q.   When you've been -- have you been a witness
4:20:24   8    for the police in any other incidents?
4:20:26   9         A.   No.
4:20:28  10         Q.   Have the police after asked you to be a
4:20:30  11    witness in any other incident?
4:20:32  12         A.   No.
4:20:32  13         Q.   Now, it sounds like you have observed --
4:20:34  14    strike that.
4:20:38  15              In the times when you've observed other people
4:20:40  16    arrested out on Broadway, it sounds like you've observed
4:20:47  17    police use more force than they've used with Ms. Hwang;
4:20:51  18    is that correct?
4:20:51  19         A.   Oh, absolutely, yes.
4:20:53  20         Q.   And in those instances, did you ever offer to
4:20:58  21    be a witness for the police?
4:21:00  22         A.   No.  I didn't offer to be a witness in this
4:21:04  23    case.
4:21:11  24         Q.   Your prior contacts with Officer Artiga, can
4:21:14  25    you describe them?
```

| | | | |
|---|---|---|---|
| 4:21:15 | 1 | A. | Prior contacts? |
| 4:21:16 | 2 | Q. | Yes. |
| 4:21:17 | 3 | A. | Just "Hi. How are you?" And that's it. They |

would -- Officer Artiga and Serna were only on Broadway, like I say, basically Friday and Saturday nights. And not all Friday and Saturday nights. It depends on what shift they happened to be on whether they were on Broadway. And I would see them enough to say hi and that's it.

    Q. Bearing in mind that this incident occurred approximately May 12th, 2007, when was the first time that you recall Officer Artiga patrolling Broadway before that, the first time you saw him on Broadway?

    A. I probably seen them a couple of years prior to that.

    Q. Is it fair to say that you saw him regularly patrolling Broadway from the point when you first saw him up to the --

    A. From time to time I would see him on Broadway. Not regularly, no. I don't think any of them were regularly patrol Broadway.

    The only officers that regularly patrolled Broadway were an Officer Alverez and an Officer Kangra [phonetic]. Recently, prior to that, it was an Officer Brandt were the basic neighborhood officers that

```
4:22:51   1   were assigned to the Broadway beat.
4:22:54   2           These officers were on Broadway only because
4:22:57   3   Broadway had gotten so out of hand at times that they
4:23:00   4   needed extra officers out there.
4:23:03   5       Q.  Okay.  About how many times did you see
4:23:06   6   Officer Artiga before this incident when Officer Artiga
4:23:13   7   appeared to be patrolling Broadway?
4:23:20   8       A.  Over how many -- how long a period of time?
4:23:23   9       Q.  Well, from the time that you first noticed --
4:23:26  10   the first time you noticed him on patrol on Broadway up
4:23:29  11   to the time when this occurred in May, 2007,
4:23:32  12   approximately.
4:23:42  13       A.  I don't know.  Maybe over a period of a couple
4:23:46  14   of years.  I really don't remember when I first noticed
4:23:49  15   him out there.  And I didn't see him that often.  It was
4:23:53  16   maybe -- maybe prior to the Broadway beat he was out
4:24:02  17   there.  I might have seen him maybe once every three or
4:24:07  18   four months.  It wasn't a regular thing.
4:24:10  19       Q.  And did you speak to him at all during any of
4:24:12  20   those prior --
4:24:13  21       A.  I may have spoken to him once or twice, yes.
4:24:17  22       Q.  And do you recall what the content of those
4:24:20  23   conversations?
4:24:22  24       A.  No, nothing other than "How was your night?
4:24:24  25   How you doing?"  Nothing -- nothing personal.  I had no
```

```
1  STATE OF CALIFORNIA                          )
2                                               ) Ss.
3  COUNTY OF CONTRA COSTA                       )
4
5         I hereby certify that the witness in the
6  foregoing deposition, named EUGENE AINSWORTH, was by
7  me duly sworn to testify the truth, the whole truth,
8  and nothing but the truth in the within-entitled
9  cause; that said deposition was taken at the time and
10 place therein stated; that the testimony of said
11 witness was reported by me,
12                    LESLIE CASTRO,
13 A Certified Shorthand Reporter and disinterested
14 person, and was thereafter transcribed into
15 typewriting; and that the pertinent provisions of the
16 applicable code or rules of civil procedure relating
17 to the notification of the witness and counsel for the
18 parties hereto of the availability of the original
19 transcript of deposition for reading, correcting and
20 signing have been complied with.
21        And I further certify that I am not of
22 counsel or attorney for either or any of the parties
23 to said deposition, nor in any way interested in the
24 outcome of the cause named in said caption.
25        IN WITNESS WHEREOF, I have hereunto set my
```

BONNIE L. WAGNER & ASSOCIATES
(415) 982-4849

67

1  hand and affixed my seal of office the 1st day of
2  June, 2008 .
3
4
5                    _____
6                              LESLIE CASTRO
                               C.S.R. No. 8876
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25