CLOSED, ICMS, REFDIS

## U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:97-cv-04310-TEH

Green v. San Francisco, City, et al
Assigned to: Judge Thelton E. Henderson
Referred to: Magistrate Judge Maria-Elena James
Demand: $0
Case in other court: Superior Ct SF, 990110
Cause: 28:1441 Petition for Removal- Civil Rights Act

Date Filed: 11/26/1997
Date Terminated: 01/15/1999
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Julia Green

represented by **Michael C. Cohen**
Law Offices of Michael C. Cohen
1814 Franklin St
Suite 900
Oakland, CA 94612
510-832-6436
Email: mcohen@cohenlegalfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

City and County of San Francisco

represented by **Martin L. Greenman**
City Attorney's Office
City and County of San Francisco
1 Dr. Carlton B. Goodlett
Room 234
San Francisco, CA 94102
(415) 554-4645
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

J. Serna

represented by **Martin L. Greenman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/1997 | 1 | NOTICE OF REMOVAL (no process) by defendant from Superior Court, San Francisco, Case Number: 990110; Summons, Complaint, Fee status pd entered on 11/26/97 in the amount of $ 150.00 (Receipt No. 44852) [3:97-cv-04310] (slh, COURT STAFF) (Entered: 11/26/1997) |

| | | |
|---|---|---|
| 11/26/1997 | 2 | ORDER RE COURT PROCEDURE and SCHEDULE (ADR Multi-Option) by Judge Thelton E. Henderson: counsels' case management statement to be filed by 3/23/98; initial case management conference will be held 3:00 3/31/98. (cc: all counsel) [3:97-cv-04310] (slh, COURT STAFF) (Entered: 11/26/1997) |
| 12/02/1997 | 3 | PROOF OF SERVICE by defendant San Francisco, City of removal complaint [1-1], ADR - Multi-Option Pilot order [2-1] [3:97-cv-04310] (slh, COURT STAFF) (Entered: 12/05/1997) |
| 12/10/1997 | 4 | ANSWER by defendants to complaint [1-1] [3:97-cv-04310] (slh, COURT STAFF) (Entered: 12/11/1997) |
| 02/20/1998 | 5 | CLERK'S NOTICE vacating the ADR phone conference set for 3/10/98 at 2:15pm [3:97-cv-04310] (bt, COURT STAFF) (Entered: 02/23/1998) |
| 03/23/1998 | 6 | JOINT CASE MANAGEMENT STATEMENT filed. [3:97-cv-04310] (slh, COURT STAFF) (Entered: 03/24/1998) |
| 04/01/1998 | 7 | MINUTES: (C/R not reported) Initial case management conference held 3/31/98; Further status conference set for 3:00 4/7/98 [3:97-cv-04310] (slh, COURT STAFF) (Entered: 04/01/1998) |
| 04/08/1998 | 8 | MINUTES: (C/R not reported) (Hearing Date: 4/7/98) case management conference held; Pretrial conference set for 3:00 11/30/98; Jury trial will be held 8:30 12/15/98; Discovery cutoff set for 9/11/98 ; Magistrate settlement ADR option selected ; referring case for settlement conference to Mag. Judge Maria-Elena James [3:97-cv-04310] (slh, COURT STAFF) (Entered: 04/09/1998) |
| 04/08/1998 | 9 | ORDER FOR PRETRIAL PREPARATION by Judge Thelton E. Henderson: Jury trial will be held 8:30 12/15/98; Discovery cutoff set for 9/11/98; Pretrial conference set for 3:00 11/30/98 ; referring case for settlement conference to Mag. Judge Maria-Elena James (Date Entered: 4/9/98) (cc: all counsel) [3:97-cv-04310] (slh, COURT STAFF) (Entered: 04/09/1998) |
| 04/10/1998 | 10 | PROOF OF SERVICE by defendant City and County San Francisco of order for pretrial preparation [9-3] [3:97-cv-04310] (slh, COURT STAFF) (Entered: 04/10/1998) |
| 05/19/1998 | 11 | NOTICE AND ORDER by Mag. Judge Maria-Elena James: Settlement conf. (Mag) set for 2:00 8/10/98 (Date Entered: 5/22/98 ) (cc: all counsel) [3:97-cv-04310] (slh, COURT STAFF) (Entered: 05/22/1998) |
| 09/11/1998 | 12 | DISCLOSURE OF EXPERT WITNESS by Plaintiff [3:97-cv-04310] (slh, COURT STAFF) (Entered: 09/16/1998) |
| 10/01/1998 | 13 | DISCLOSURE OF EXPERT WITNESSES by defendants [3:97-cv-04310] (slh, COURT STAFF) (Entered: 10/07/1998) |
| 11/18/1998 | 14 | JOINT STATEMENT submitted by Plaintiff summarizing pre-trial discussion. [3:97-cv-04310] (slh, COURT STAFF) (Entered: 11/19/1998) |
| 11/23/1998 | 15 | JOINT PRE-TRIAL CONFERENCE STATEMENT [3:97-cv-04310] (slh, COURT STAFF) (Entered: 11/25/1998) |
| 11/30/1998 | 16 | MINUTES: (C/R Rhonda Aquilina) (Hearing Date: 11/30/98) pretrial conf held 11/30/98 ; Trial will be held 8:30 12/15/98 ; Parties to attend the currently scheduled settlement conference with Mag. Judge James on 12/10/98. [3:97-cv-04310] (slh, COURT STAFF) (Entered: 12/02/1998) |
| 11/30/1998 | 17 | ORDER by Judge Thelton E. Henderson re: trial rules and procedures (Date Entered: 12/2/98) (cc: all counsel) [3:97-cv-04310] (slh, COURT STAFF) (Entered: 12/02/1998) |
| 12/03/1998 | 18 | MOTION before Judge Thelton E. Henderson by Plaintiff in limine that defendant be admonished not to mention plaintiff's criminal arrest record [3:97-cv-04310] (slh, COURT |

| | | |
|---|---|---|
| | | STAFF) (Entered: 12/11/1998) |
| 12/03/1998 | 19 | MOTION before Judge Thelton E. Henderson by defendant San Francisco, City in limine to exclude Officer Serna's peronnel records and testimony about unrelated alleged misconduct ; in limine to exclude reference to highly publicized events involving police officers ; in limine to exclude all evidence not disclosed before trial ; in limine to exclude all non-party witnesses from the courtroom ; in limine to exclude any reference to the disposition of the criminal charges against plaintiff ; in limine re: Officer Serna's entitlement to assert a qualified immunity defense ; in limine to preclude any evidence going to causes of action not raised in plaintiff's California Government Code claim [3:97-cv-04310] (slh, COURT STAFF) Modified on 12/11/1998 (Entered: 12/11/1998) |
| 12/07/1998 | 20 | PROPOSED JURY INSTRUCTIONS submitted by Plaintiff [3:97-cv-04310] (slh, COURT STAFF) (Entered: 12/11/1998) |
| 12/07/1998 | 21 | RESPONSE by defendants to plaintiff's proposed exhibits [3:97-cv-04310] (slh, COURT STAFF) (Entered: 12/11/1998) |
| 12/07/1998 | 22 | SUPPLEMENTAL PROPOSED EXHIBIT submitted by defendants [3:97-cv-04310] (slh, COURT STAFF) (Entered: 12/11/1998) |
| 12/07/1998 | 23 | PROPOSED JURY INSTRUCTIONS submitted by defendants [3:97-cv-04310] (slh, COURT STAFF) (Entered: 12/11/1998) |
| 12/09/1998 | 24 | OPPOSITION by Plaintiff to defendants' motions in limine [19-1], [19-2], [19-3], [19-4], [19-5], [19-6], [19-7] [3:97-cv-04310] (slh, COURT STAFF) (Entered: 12/11/1998) |
| 12/10/1998 | 25 | SETTLEMENT CONFERENCE MINUTES: ( TAPE: 98-S30) ( Hearing Date: 12/10/98) Settlement conference held. Case settled. [3:97-cv-04310] (RS, COURT STAFF) (Entered: 12/16/1998) |
| 12/10/1998 | 26 | Statement by defendant J. Serna, defendant San Francisco, City in NON-Opposition to motion in limine that defendant be admonished not to mention plaintiff's criminal arrest record [18-1] [3:97-cv-04310] (RS, COURT STAFF) (Entered: 12/16/1998) |
| 01/15/1999 | 27 | ORDER OF DISMISSAL by Judge Thelton E. Henderson dismissing case with prejudice; parties settled however, that if any party hereto shall certify to this court, with proof of service of a copy to opposing counsel, within 90 days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. ( Date Entered: 1/20/99) (cc: all counsel) [3:97-cv-04310] (cs, COURT STAFF) (Entered: 01/20/1999) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/18/2008 12:18:54 | | | |
| PACER Login: | jb0674 | Client Code: | Hwang |
| Description: | Docket Report | Search Criteria: | 3:97-cv-04310-TEH |
| Billable Pages: | 3 | Cost: | 0.24 |