CLOSED, ICMS, REFDIS

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:98-cv-00351-TEH

| | |
|---|---|
| Lewis v. SF City and County, et al | Date Filed: 01/30/1998 |
| Assigned to: Judge Thelton E. Henderson | Date Terminated: 12/01/2000 |
| Referred to: Magistrate Judge Joseph C. Spero | Jury Demand: None |
| Demand: $0 | Nature of Suit: 440 Civil Rights: Other |
| Case in other court: San Fran Superior Ct, 991857 | Jurisdiction: Federal Question |
| Cause: 28:1441 Petition for Removal- Civil Rights Act | |

**Plaintiff**

Anthony O. Lewis     represented by     **James L. Sims**
Law Offices of James L. Sims
703 Market St Ste 309
San Francisco, Ca 94103-2108
(415) 495-7179
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

San Francisco City and County     represented by     **George E. Akwo**
*TERMINATED: 07/28/2000*
City Attorney's Office
City and County of San Francisco
One Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 94102-0917
(415) 554-4700
*TERMINATED: 05/17/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean F. Connolly**
City Attorney's Office
City of San Francisco
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102
415-554-3863
Fax: 415-554-3837
Email: sean.connolly@sfgov.org
*TERMINATED: 07/28/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

E. Tapang     represented by **Sean F. Connolly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Serna     represented by **Sean F. Connolly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Thoshinsky
*TERMINATED: 07/28/2000*     represented by **Sean F. Connolly**
(See above for address)
*TERMINATED: 07/28/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/1998 | 1 | NOTICE OF REMOVAL (no process) by defendant SF City and County from San Francisco Superior Court, Case Number: 991857; Summons, Complaint, Fee status pd entered on 1/30/98 in the amount of $ 150.00 (Receipt No. 45849) [3:98-cv-00351] (slh, COURT STAFF) (Entered: 01/30/1998) |
| 01/30/1998 | 1 | ANSWER by defendant SF City and County to complaint [1-1] [3:98-cv-00351] (slh, COURT STAFF) (Entered: 01/30/1998) |
| 01/30/1998 | 2 | ORDER RE COURT PROCEDURE and SCHEDULE (ADR Multi-Option) by Judge Thelton E. Henderson: counsels' case management statement to be filed by 5/26/98; initial case management conference will be held 3:00 6/2/98. (cc: all counsel) [3:98-cv-00351] (slh, COURT STAFF) (Entered: 01/30/1998) |
| 02/02/1998 | 3 | PROOF OF SERVICE by defendant SF City and County of ADR - Multi-Option Pilot order [2-1] [3:98-cv-00351] (slh, COURT STAFF) (Entered: 02/03/1998) |
| 04/24/1998 | 4 | CLERK'S NOTICE vacating the ADR phone conference set for 5/14/98 [3:98-cv-00351] (bt, COURT STAFF) (Entered: 04/27/1998) |
| 05/13/1998 | 5 | NOTICE by defendant SF City and County of reassignment of attorneys. [3:98-cv-00351] (slh, COURT STAFF) (Entered: 05/14/1998) |
| 05/26/1998 | 6 | JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:98-cv-00351] (slh, COURT STAFF) (Entered: 05/28/1998) |
| 06/01/1998 | 7 | NOTICE by defendant SF City and County of reassignment of attorneys. [3:98-cv-00351] (slh, COURT STAFF) (Entered: 06/02/1998) |
| 06/03/1998 | 8 | MINUTES: (C/R not reported) Initial case management conference held 6/2/98; Magistrate settlement ADR option selected ; referring case for settlement conference to Mag. Judge Maria-Elena James ; Discovery is stayed. [3:98-cv-00351] (slh, COURT STAFF) Modified on 06/04/1998 (Entered: 06/04/1998) |
| 07/30/1998 | 9 | NOTICE AND ORDER by Mag. Judge Maria-Elena James: Settlement conf. (Mag) set for 2:00 9/10/98 (Date Entered: 7/31/98) (cc: all counsel) [3:98-cv-00351] (slh, COURT STAFF) (Entered: 07/31/1998) |

| | | |
|---|---|---|
| 09/15/1998 | 10 | SETTLEMENT CONFERENCE MINUTES: (C/R not reported) (Hearing Date: 9/10/98) Settlement conference held before Mag. Judge James ; Further settlement conf. (Mag) set for 2:00 11/2/98 [3:98-cv-00351] (slh, COURT STAFF) (Entered: 09/21/1998) |
| 11/02/1998 | 11 | SETTLEMENT CONFERENCE MINUTES: (C/R not reported) (Hearing Date: 11/2/98) Settlement conference held before Mag. Judge James ; case not settled. [3:98-cv-00351] (slh, COURT STAFF) (Entered: 11/03/1998) |
| 11/03/1998 | 12 | CLERK'S NOTICE: Case Management Conference set for 3:00 12/1/98 [3:98-cv-00351] (slh, COURT STAFF) (Entered: 11/04/1998) |
| 11/25/1998 | 13 | JOINT UPDATED CASE MANAGEMENT STATEMENT filed. [3:98-cv-00351] (slh, COURT STAFF) (Entered: 12/01/1998) |
| 12/02/1998 | 14 | ORDER FOR PRETRIAL PREPARATION by Judge Thelton E. Henderson: Jury trial will be held 8:30 8/17/99; Discovery cutoff set for 5/4/99; plaintiff shall designate experts 100 days prior to pretrial conference; defendant shall designate experts 85 days prior to pretrial conference; pretrial conference statement due 7/2/99; Pretrial conference set for 3:00 8/2/99 (Date Entered: 12/7/98) (cc: all counsel) [3:98-cv-00351] (slh, COURT STAFF) (Entered: 12/07/1998) |
| 12/03/1998 | 15 | MINUTES: (C/R not reported) (Hearing Date: 12/1/98) Case management conference held; Pretrial conference set for 3:00 8/2/99; Jury trial will be held 8:30 8/17/99; Discovery cutoff set for 5/4/99 [3:98-cv-00351] (slh, COURT STAFF) (Entered: 12/07/1998) |
| 04/05/1999 | 16 | STIPULATION and ORDER by Judge Thelton E. Henderson: RE records and for protective order (cc: all counsel) [3:98-cv-00351] (cs, COURT STAFF) (Entered: 04/06/1999) |
| 07/12/1999 | 17 | STATUS REPORT by defendant, Plaintiff re pretrial conference meet and confer [3:98-cv-00351] (RS, COURT STAFF) (Entered: 07/14/1999) |
| 07/23/1999 | 18 | JOINT PRE-TRIAL STATEMENT filed by defendant [3:98-cv-00351] (slh, COURT STAFF) (Entered: 07/26/1999) |
| 07/23/1999 | 19 | EXHIBIT list by defendants [3:98-cv-00351] (slh, COURT STAFF) (Entered: 07/26/1999) |
| 07/23/1999 | 20 | PROPOSED JURY INSTRUCTIONS submitted by defendants [3:98-cv-00351] (slh, COURT STAFF) (Entered: 07/26/1999) |
| 07/26/1999 | 21 | PROPOSED JURY INSTRUCTIONS submitted by Plaintiff [3:98-cv-00351] (slh, COURT STAFF) (Entered: 07/28/1999) |
| 07/27/1999 | 22 | SUPPLEMENTAL PRE-TRIAL STATEMENT by defendant SF City and County [3:98-cv-00351] (slh, COURT STAFF) (Entered: 07/28/1999) |
| 08/03/1999 | 23 | TRIAL MINUTES: ( C/R Kathy Wyatt) ( Hearing Date: 8/2/99) pretrial conf held 8/2/99 , for jury trial set for 8:30 8/18/99 [3:98-cv-00351] (ab, COURT STAFF) (Entered: 08/16/1999) |
| 08/06/1999 | 24 | MOTION before Judge Thelton E. Henderson by defendant in limine [3:98-cv-00351] (ab, COURT STAFF) (Entered: 08/16/1999) |
| 08/06/1999 | 25 | DECLARATION by George Akwo on behalf of defendant re request to continue trial and request for further status conference [3:98-cv-00351] (ab, COURT STAFF) (Entered: 08/16/1999) |
| 08/11/1999 | 26 | MINUTES: (C/R not reported) (Hearing Date: 8/11/99) Status conference held; trial setting conference set for 3:00 9/21/99 ; 8/18/99 trial date VACATED; counsel are to submit an affidavit within 15 days indicating that they have read and understand this Court's Order for pretrial preparation and the Local Rules. [3:98-cv-00351] (slh, COURT STAFF) Modified on 08/16/1999 (Entered: 08/16/1999) |

| Date | No. | Description |
|---|---|---|
| 08/13/1999 | | RECEIVED Proposed Order after case management conference (submitted by defendants) [3:98-cv-00351] (slh, COURT STAFF) (Entered: 08/16/1999) |
| 08/16/1999 | 27 | ORDER by Judge Thelton E. Henderson Case Management Conference held and continued to 3:00 p.m. on 9/21/99, Trial date of 08/18/99 is vacated ( Date Entered: 08/19/99) (cc: all counsel) [3:98-cv-00351] (mmr, COURT STAFF) (Entered: 08/19/1999) |
| 08/17/1999 | 28 | NOTICE by Anthony Bedwell-Coll of having read the Court rules [3:98-cv-00351] (mmr, COURT STAFF) (Entered: 08/19/1999) |
| 08/19/1999 | 30 | NOTICE of entry of order by defendant [3:98-cv-00351] (ab, COURT STAFF) (Entered: 08/27/1999) |
| 08/25/1999 | 29 | CERTIFICATION by defendant of having read the Court rules [3:98-cv-00351] (ab, COURT STAFF) (Entered: 08/27/1999) |
| 09/09/1999 | 31 | CLERK'S NOTICE Case Management Conference continued to 1:30 9/27/99 ; [3:98-cv-00351] (cs, COURT STAFF) (Entered: 09/13/1999) |
| 09/17/1999 | 32 | JOINT UPDATED CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:98-cv-00351] (cs, COURT STAFF) (Entered: 09/22/1999) |
| 09/27/1999 | 33 | DECLARATION by James L. Sims on behalf of Plaintiff. [3:98-cv-00351] (cs, COURT STAFF) (Entered: 09/30/1999) |
| 09/27/1999 | 34 | MINUTES: (C/R not reported) (Hearing Date: 9/27/99) Case management conference held 9/27/99; Further Case Management Conference set for 1:30 11/22/99 Declaration from Plaintiff's counsel RE the Local Rules, etc. is submitted. Counsel are strongly admonished about late filings. The parties have stipulated to conduct additional discovery and expect to be finished by the end of December. A further CMC is set to check on the status of the discovery. A CMC statement should be filed with the clerk 10 days prior to the date of the conference. [3:98-cv-00351] (cs, COURT STAFF) (Entered: 09/30/1999) |
| 10/26/1999 | 35 | STIPULATION and ORDER by Judge Thelton E. Henderson : for discovery (cc: all counsel) [3:98-cv-00351] (cs, COURT STAFF) (Entered: 10/28/1999) |
| 11/12/1999 | 36 | JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:98-cv-00351] (cs, COURT STAFF) (Entered: 11/15/1999) |
| 11/22/1999 | 37 | MINUTES: (C/R not reported) (Hearing Date: 11/22/99) further Case Management Conference set for 1:30pm on 3/20/00 ; medical records are slow in being produced by plaintiff; counsel are to continue to get the various complete records; the court orders that no neurological IME will be performed at this time; if plaintiff decides to use this claim in the trial then the court will allow the IME to go forward; a psych IME of the plaintiff will be scheduled in the near future; a joint update CMC statement should be filed 10 days prior to the next conference [3:98-cv-00351] (bug, COURT STAFF) (Entered: 11/29/1999) |
| 02/23/2000 | 38 | MINUTES: ( C/R not reported) ( Hearing Date: 2/23/00) referring discovery to the Mag. Judge until further order of this court [3:98-cv-00351] (scu, COURT STAFF) (Entered: 02/25/2000) |
| 02/25/2000 | | REFERRAL: referring case for discovery to Magistrate Judge Joseph C. Spero [3:98-cv-00351] (lw, COURT STAFF) (Entered: 02/25/2000) |
| 02/29/2000 | 39 | ORDER by Magistrate Judge Joseph C. Spero for discovery procedures Date Entered: 3/1/00) (cc: all counsel) [3:98-cv-00351] (db, COURT STAFF) (Entered: 03/01/2000) |
| 03/10/2000 | 40 | CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:98-cv-00351] (db, COURT STAFF) (Entered: 03/13/2000) |
| 03/20/2000 | 41 | MINUTES: ( C/R not reported) ( Hearing Date: 3/20/00) Discovery cutoff set for 5/9/00 ; Deadline for all motion filings is 5/30/00 ; All motions will be heard by 7/3/00 ; Pretrial |

| | | |
|---|---|---|
| | | conference set for 3:00 8/7/00 ; Jury trial will be held 8:30 8/22/00 ; [3:98-cv-00351] (db, COURT STAFF) (Entered: 03/21/2000) |
| 03/20/2000 | 42 | ORDER by Judge Thelton E. Henderson Pretrial Preparation. For dates leading to trial see #41 entry. ( Date Entered: 3/21/00) (cc: all counsel) [3:98-cv-00351] (db, COURT STAFF) (Entered: 03/21/2000) |
| 03/22/2000 | 43 | ORDER by Judge Thelton E. Henderson Plaintiff to submit to a psychiatric IME, to be administered by Stuart M. Pickel, MD within 30 days. ( Date Entered: 3/24/00) (cc: all counsel) [3:98-cv-00351] (db, COURT STAFF) (Entered: 03/24/2000) |
| 05/17/2000 | | RECEIVED Proposed Order for subsitution of attorneys ( defendant) [3:98-cv-00351] (db, COURT STAFF) (Entered: 05/18/2000) |
| 05/17/2000 | 44 | ATTORNEY SUBSTITUTION: terminating attorney George E. Akwo for SF City and County as counsel for by defendant and substituting attorney Sean F. Connolly [3:98-cv-00351] (db, COURT STAFF) (Entered: 05/18/2000) |
| 05/30/2000 | 45 | NOTICE OF MOTION AND MOTION before Judge Thelton E. Henderson by defendant for partial summary judgment with Notice set for 7/10/00 at 10 AM [3:98-cv-00351] (db, COURT STAFF) (Entered: 05/31/2000) |
| 05/30/2000 | 46 | STATEMENT of facts by defendant in support of motion for partial summary judgment [45-1] [3:98-cv-00351] (db, COURT STAFF) (Entered: 05/31/2000) |
| 05/30/2000 | 47 | DECLARATION by Oren Rae on behalf of defendant re motion for partial summary judgment [45-1] [3:98-cv-00351] (db, COURT STAFF) (Entered: 05/31/2000) |
| 05/30/2000 | 48 | DECLARATION by Sean F. Connolly on behalf of defendant re motion for partial summary judgment [45-1] [3:98-cv-00351] (db, COURT STAFF) (Entered: 05/31/2000) |
| 05/31/2000 | 49 | PROOF OF SERVICE by defendant of declaration [48-1], declaration [47-1], statement [46-1], motion for partial summary judgment [45-1] [3:98-cv-00351] (db, COURT STAFF) (Entered: 06/01/2000) |
| 07/05/2000 | 50 | ORDER TO SHOW CAUSE re Plaintiff's failure to file opposition brief: by Judge Thelton E. Henderson ; hearing set for 3:00 8/7/00, Mr. Sims is ordered to appear in person to show cause why he should not be subjected to monetary sanctions for his behavior as describe above. ; Mr. Sims shall file a written response to this Order to Show Casue, deadline set for 8/3/00 (cc: all counsel) [3:98-cv-00351] (db, COURT STAFF) (Entered: 07/06/2000) |
| 07/05/2000 | 51 | ORDER by Judge Thelton E. Henderson granting motion for partial summary judgment [45-1] Plaintiffs following causes of action are dismissed with prejudice. 1. First Cause of Action for Violation of 42:USC sec 1983 for illegal detention. 2. 2nd Cause of Action for Conspiracy: 3. 4th Cause of Action for Negligence: 5. 6th Cause of Action for False Imprisonment. The hearing on defendants' Motion for Partial Summary Judgment, set 7/10/00 is cancelled.( Date Entered: 7/6/00) (cc: all counsel) [3:98-cv-00351] (db, COURT STAFF) (Entered: 07/06/2000) |
| 07/14/2000 | 52 | NOTICE: Meet and Confer Summary, by defendant [3:98-cv-00351] (db, COURT STAFF) (Entered: 07/17/2000) |
| 07/21/2000 | 53 | STIPULATION by defendant City and County of San Francisco compelling plaintiff Anthony Lewis to attend independent medical examination on 8/8/20 at 10 am at the office of Dr. Richard Gravina, San Mateo. [3:98-cv-00351] (db, COURT STAFF) (Entered: 07/25/2000) |
| 07/21/2000 | 54 | ORDER by Judge Thelton E. Henderson granting stipulation [53-1], Plaintiff is advised that this action shall be dismissed with prejudice should he, without good and sufficient reason, fail to attend and submit to and cooperate in the afor said examination. Ordered. Judg Henderson ( Date Entered: 7/25/00) (cc: all counsel) [3:98-cv-00351] (db, COURT STAFF) (Entered: 07/25/2000) |

| Date | # | Description |
|---|---|---|
| 07/24/2000 | 55 | PROOF OF SERVICE by defendant SF City and County of order [54-1] [3:98-cv-00351] (db, COURT STAFF) (Entered: 07/25/2000) |
| 07/28/2000 | 56 | JURY INSTRUCTIONS submitted by Plaintiff Anthony O. Lewis [3:98-cv-00351] (db, COURT STAFF) (Entered: 07/31/2000) |
| 07/28/2000 | 57 | PRE-TRIAL STATEMENT by defendants. [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/01/2000) |
| 07/28/2000 | 58 | JURY INSTRUCTIONS submitted by defendant [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/01/2000) |
| 07/28/2000 | 59 | ORDER by Judge Thelton E. Henderson dismissing party SF City and County, party Thoshinsky ( Date Entered: 8/1/00) (cc: all counsel) [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/01/2000) |
| 07/28/2000 | 60 | STIPULATION re order [59-2] for dismissal of two defendants City and County of SF and Sgt. Peter Thoshinski. [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/01/2000) |
| 07/31/2000 | 61 | EXHIBIT list by defendants [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/01/2000) |
| 08/01/2000 | 62 | NOTICE by defendant [59-1] Scheduling order dismissing party SF City and County, party Thoshinsky [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/02/2000) |
| 08/01/2000 | 63 | PROOF OF SERVICE by defendant of list [61-1] [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/02/2000) |
| 08/02/2000 | 64 | MOTION before Judge Thelton E. Henderson by defendant Serna, defendant E. Tapang in limine to exclude any evidence or argument related to any cause of action that was dismissed by the court [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/02/2000) |
| 08/02/2000 | 65 | PROOF OF SERVICE by defendants of Exhibit List [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/03/2000) |
| 08/03/2000 | 66 | RESPONSE by Plaintiff Anthony O. Lewis re order to show cause [50-1] [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/04/2000) |
| 08/07/2000 | 68 | DESIGNATION OF WITNESS(ES) submitted by defendant [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/10/2000) |
| 08/07/2000 | 69 | MOTION before Judge Thelton E. Henderson by defendant in limine to have court instruct the jury that the detention of plaintiff by defendants was reasonable and lawfully justified. [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/10/2000) |
| 08/08/2000 | 67 | MINUTES: ( C/R Rosita Flores) ( Hearing Date: 8/7/00) Jury trial will be held 8/22/00 at 8:30 am; Notes of Proceedings: Thoshinsky testimony re: training shall be discussed with the court prior to being presented to the jury. Defendant adds 3 witnesses to his list. Plaintiff is to revise his jury instructions and resubmit them to the court on 8/14/00. Agreed upon jury instructions to be filed 8/21/00 [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/10/2000) |
| 08/14/2000 | 70 | JURY INSTRUCTIONS submitted by Plaintiff Anthony O. Lewis [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/15/2000) |
| 08/16/2000 | 71 | 2nd Set of JURY INSTRUCTIONS submitted by defendant [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/17/2000) |
| 08/16/2000 | 72 | OBJECTIONS by defendant to plaintiff's jury instructions [70-1] [3:98-cv-00351] (db, COURT STAFF) (Entered: 08/17/2000) |
| 08/22/2000 | 73 | MOTION before Judge Thelton E. Henderson by defendant Thoshinsky, defendant Serna, defendant E. Tapang, defendant SF City and County in limine Preclude Maureen O'Connor |

| | | |
|---|---|---|
| | | from testifying as she is not qualified to testify as an expert , and in limine Preclude Dr. Latch from testifying as she is not qualified [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/23/2000) |
| 08/22/2000 | 74 | SUPPLEMENT by defendant Thoshinsky, defendant Serna, defendant E. Tapang, defendant SF City and County re list [61-1] [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/23/2000) |
| 08/22/2000 | 75 | Third set of proposed JURY INSTRUCTIONS submitted by defendant Thoshinsky, defendant Serna, defendant E. Tapang, defendant SF City and County [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/23/2000) |
| 08/22/2000 | 76 | Parties relative positions on previously submitted jury instructions by defendant Thoshinsky, defendant Serna, defendant E. Tapang, defendant SF City and County [70-1] jury [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/23/2000) |
| 08/22/2000 | 77 | TRIAL MINUTES: ( C/R JoAnn Bryce) ( Hearing Date: 8/22/00) granting motion in limine to exclude any evidence or argument related to any cause of action that was dismissed by the court [64-1] Jury trial began , Jury trial will be held 8:30 8/23/00 ; [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/24/2000) |
| 08/23/2000 | 78 | TRIAL MINUTES: ( C/R JoAnn Bryce) ( Hearing Date: 8/23/00)Testimony from Anthony O. Lewis and Dr. Oscar J. Jackson Jury trial will be held 8:30 8/24/00 ; [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/24/2000) |
| 08/24/2000 | 79 | TRIAL MINUTES: Defendant's Rule 50 motion is denied; Testimony from Elaine Chu, Maureen O'Connor, Officer Eric Tapang and Officer Jesse Serna ( C/R JoAnn Bryce) ( Hearing Date: 8/24/00) [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/28/2000) |
| 08/25/2000 | 80 | TRIAL MINUTES: ( C/R JoAnn Bryce) ( Hearing Date: 8/28/00) Testimony from Sgt. Theshinaki, Dr. Richard Gravina, Plaintiff's rebuttal witness Anthony Lewis; Jury trial will be held 8/29/00 ; [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/28/2000) |
| 08/28/2000 | 81 | MOTION before Judge Thelton E. Henderson by defendant Thoshinsky, defendant Serna, defendant E. Tapang, defendant SF City and County to reconsider excluding therapist O'Connor's written report from evidence [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/29/2000) |
| 08/29/2000 | 82 | TRIAL MINUTES: ( C/R JoAnn Bryce) ( Hearing Date: 8/29/00) Jury trial ended Verdict: For defendants, defendant to prepare judgment [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/30/2000) |
| 08/29/2000 | 83 | TRIAL Sheet jury attendance record [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/30/2000) |
| 08/29/2000 | 84 | EXHIBIT list by Plaintiff Anthony O. Lewis [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/30/2000) |
| 08/29/2000 | 85 | EXHIBIT list by defendant Serna, defendant E. Tapang [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/30/2000) |
| 08/29/2000 | 86 | VERDICT for defendant Serna, defendant E. Tapang against Plaintiff Anthony O. Lewis [3:98-cv-00351] (lal, COURT STAFF) (Entered: 08/30/2000) |
| 08/30/2000 | 87 | FINAL JURY INSTRUCTIONS submitted by the Court [3:98-cv-00351] (lal, COURT STAFF) (Entered: 09/01/2000) |
| 09/01/2000 | | RECEIVED Proposed Order ( defendant Serna, defendant E. Tapang ) re notice of entry of judgment [3:98-cv-00351] (lal, COURT STAFF) (Entered: 09/05/2000) |
| 09/05/2000 | 88 | Notice of entry of judgment on special verdict after trial by jury and ORDER by Judge Thelton E. Henderson ( Date Entered: 9/7/00) (cc: all counsel) [3:98-cv-00351] (lal, COURT STAFF) |

| | | |
|---|---|---|
| | | (Entered: 09/07/2000) |
| 09/05/2000 | | Docket Modification (Administrative) to order [88-1] terminating case [3:98-cv-00351] (rbe, COURT STAFF) (Entered: 12/14/2000) |
| 09/06/2000 | | EXHIBIT LOCATION for Plf & Dft: stored at bin 7A and bin 008; ( No. charts: 2 and 1 envelope) [3:98-cv-00351] (lal, COURT STAFF) (Entered: 09/07/2000) |
| 09/18/2000 | 89 | NOTICE OF MOTION AND MOTION before Judge Thelton E. Henderson by defendant Thoshinsky, defendant Serna, defendant E. Tapang, defendant SF City and County for attorney fees with Notice set for 10/23/00 at 10:00 a.m. [3:98-cv-00351] (lal, COURT STAFF) (Entered: 09/20/2000) |
| 09/18/2000 | 90 | DECLARATION by Sean F. Connolly on behalf of defendant Thoshinsky, defendant Serna, defendant E. Tapang, defendant SF City and County re motion for attorney fees [89-1] [3:98-cv-00351] (lal, COURT STAFF) (Entered: 09/20/2000) |
| 09/18/2000 | 91 | BILL OF COSTS submitted by defendant Thoshinsky, defendant Serna, defendant E. Tapang, defendant SF City and County [3:98-cv-00351] (lal, COURT STAFF) (Entered: 09/20/2000) |
| 09/18/2000 | 92 | CERTIFICATE OF COUNSEL SUPPORTING BILL OF COSTS by defendant Thoshinsky, defendant Serna, defendant E. Tapang, defendant SF City and County [3:98-cv-00351] (lal, COURT STAFF) (Entered: 09/20/2000) |
| 10/24/2000 | 93 | MINUTES: ( C/R Rosita Flores) ( Hearing Date: 10/23/00) granting motion for attorney fees [89-1] [3:98-cv-00351] (lal, COURT STAFF) (Entered: 10/25/2000) |
| 10/24/2000 | | RECEIVED Proposed Order ( defendant Thoshinsky, defendant Serna, defendant E. Tapang, defendant SF City and County ) re: motion for attorney fees [89-1] [3:98-cv-00351] (lal, COURT STAFF) (Entered: 10/25/2000) |
| 12/01/2000 | 94 | ORDER by Judge Thelton E. Henderson granting motion for attorney fees [89-1] in the amount of $10,000. Defendants' motion for an award of costs is granted in part. The following costs are allowed: $1,181.00 for service of summons and subpoena, $2,601.14 for exemplification and copies of papers necessarily obtained for use in the case, and, $1,393.03 for preparation of trial exhibits. In sum, $5,175.17 The total award of attorney's fees and costs in favor of Defendants against Plaintiff is $15,175.17 ( Date Entered: 12/1/00) (cc: all counsel) [3:98-cv-00351] (db, COURT STAFF) (Entered: 12/01/2000) |
| 03/18/2004 | 95 | CLERK'S NOTICE regarding disposal of exhibits. Disposal date of 4/18/04. Exhibits are located in bin #8. [3:98-cv-00351] (db, COURT STAFF) (Entered: 03/18/2004) |
| 03/31/2004 | 96 | MAIL [95-1] addressed to James Sims returned from Post Office [3:98-cv-00351] (rcs, COURT STAFF) (Entered: 04/02/2004) |
| 02/03/2005 | | CLERK'S NOTICE of destruction of all trial exhibits on 4/19/04 after due notice was served upon all counsel of record. [3:98-cv-00351] (db, COURT STAFF) (Entered: 02/03/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/18/2008 12:54:55 | | | |
| PACER Login: | jb0674 | Client Code: | Hwang |
| Description: | Docket Report | Search Criteria: | 3:98-cv-00351-TEH |
| Billable Pages: | 7 | Cost: | 0.56 |