CLOSED, ICMS, MEDIATION, REFDIS

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:98-cv-01610-MMC

| | |
|---|---|
| Pasene v. City & County of SF, et al | Date Filed: 04/20/1998 |
| Assigned to: Judge Maxine M. Chesney | Date Terminated: 11/30/1999 |
| Referred to: Magistrate Judge James Larson | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 440 Civil Rights: Other |
| Case in other court: | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Meafua Pasene**  represented by  **Ralph John Leardo**
Law Offices of Ralph J. Leardo
P.O. Box 90
Brisbane, CA 94005
415-468-2749
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City and County of San Francisco**  represented by  **Cheryl Susana Adams**
San Francisco City Attorney's Office
City Hall, Room 234
One Dr. Carl B. Goodlett Place
San Francisco, CA 94102
415-554-4707
Fax: 415-554-4745
Email: cheryl_adams@ci.sf.ca.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick John Mahoney**
City Attorney's Office
City and County of San Francisco
One Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 94102-0917
(415) 554-4700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jesse Serna**  represented by  **Cheryl Susana Adams**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**
Eric Tapang

represented by **Cheryl Susana Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Gary Peachy

represented by **Cheryl Susana Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Robert Guzman

**Defendant**
Franklin Winch

represented by **Cheryl Susana Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Lafe Fowler

represented by **Cheryl Susana Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Kenneth Ferrigno

represented by **Cheryl Susana Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Joan Scannell

represented by **Cheryl Susana Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Steven Xavier

represented by **Cheryl Susana Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Ronald Terry

represented by **Cheryl Susana Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | Teri Tussey | represented by | Cheryl Susana Adams<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/1998 | 1 | COMPLAINT No process; Fee status pd entered on 4/20/98 in the amount of $ 150.00 ( Receipt No. 47347); jury demand [3:98-cv-01610] (ab, COURT STAFF) (Entered: 04/21/1998) |
| 04/20/1998 | 2 | ORDER RE COURT PROCEDURE and SCHEDULE by Judge Maxine M. Chesney : Proof of service to be filed by 6/4/98 ; counsels' case management statement to be filed by 8/11/98 ; initial case management conference will be held 10:30 8/21/98 . (cc: all counsel) (ab, COURT STAFF) (Entered: 04/21/1998) |
| 06/18/1998 | | SUMMONS issued as to defendant City & County of SF [3:98-cv-01610] (ab, COURT STAFF) Modified on 06/23/1998 (Entered: 06/23/1998) |
| 06/22/1998 | 3 | RETURN OF SERVICE of summons and complaint executed upon defendant City & County of SF on 6/19/98 [3:98-cv-01610] (ab, COURT STAFF) (Entered: 06/23/1998) |
| 07/09/1998 | 4 | ANSWER by defendant City & County of SF to complaint [1-1] [3:98-cv-01610] (ab, COURT STAFF) (Entered: 07/10/1998) |
| 08/18/1998 | 5 | Paintiff's CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:98-cv-01610] (ab, COURT STAFF) (Entered: 08/19/1998) |
| 08/18/1998 | 6 | DECLARATION by Ralph Leardo on behalf of Plaintiff re failure to file joint case management conference statement [3:98-cv-01610] (ab, COURT STAFF) (Entered: 08/19/1998) |
| 08/20/1998 | 7 | Defendant's Separate CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:98-cv-01610] (ab, COURT STAFF) (Entered: 08/20/1998) |
| 08/21/1998 | 9 | ORDER by Judge Maxine M. Chesney Complaint may be served on defendants on or before 11/16/98 ( Date Entered: 8/25/98) (cc: all counsel) [3:98-cv-01610] (ab, COURT STAFF) (Entered: 08/25/1998) |
| 08/21/1998 | 10 | MINUTES: ( C/R not reported) ( Hearing Date: 8/21/98) Status conference set for 10:30 5/28/99 ; Discovery cutoff set for 5/28/99 ; Pretrial conference set for 3:00 8/3/99 ; Jury trial will be held 9:00 8/16/99 ; cutoff date for expert discovery is 6/21/99; for referral to mediation (ADR L.R.6) [3:98-cv-01610] (ab, COURT STAFF) (Entered: 08/25/1998) |
| 08/24/1998 | | REFERRAL: referring case for discovery to Mag. Judge James Larson [3:98-cv-01610] (lw, COURT STAFF) Modified on 08/26/1998 (Entered: 08/24/1998) |
| 08/24/1998 | 8 | ORDER by Judge Maxine M. Chesney Status conference set for 10:30 5/28/99 ; Discovery cutoff set for 5/28/99 ; Pretrial conference set for 3:00 8/3/99 ; Jury trial will be held 9:00 8/16/99 ; cutoff date for expert discovery is 6/21/99 ; for referral to mediation (ADR L.R.6) ( Date Entered: 8/24/98) (cc: all counsel) [3:98-cv-01610] (ab, COURT STAFF) (Entered: 08/24/1998) |
| 09/24/1998 | 11 | CLERK'S NOTICE of appointment of mediator, William N. Hebert [3:98-cv-01610] (kq, COURT STAFF) (Entered: 09/24/1998) |
| 10/07/1998 | 12 | LETTER dated 10/07/98 from Ralph J. Leardo from Meafua Pasene rejecting William Hebert as Mediator. [3:98-cv-01610] (kq, COURT STAFF) (Entered: 10/07/1998) |

| Date | No. | Description |
|---|---|---|
| 10/07/1998 | | Docket Modification (Administrative) to REJECTING Mediator William N. Hebert [3:98-cv-01610] (kq, COURT STAFF) (Entered: 10/07/1998) |
| 10/08/1998 | 13 | CLERK'S NOTICE of appointment of mediator, Luella Nelson [3:98-cv-01610] (kq, COURT STAFF) (Entered: 10/08/1998) |
| 11/03/1998 | 14 | MEDIATOR'S Letter to Counsel Mediation phone conference set for 4:00 11/4/98 [3:98-cv-01610] (kq, COURT STAFF) (Entered: 11/03/1998) |
| 11/09/1998 | 15 | MEDIATOR'S Letter to Counsel MED hearing will be held 1:00 2/23/99 ; [3:98-cv-01610] (kq, COURT STAFF) (Entered: 11/09/1998) |
| 12/01/1998 | 16 | ORDER by Judge Maxine M. Chesney extending time to file and serve amended complaint by 1/15/98; ( Date Entered: 12/2/98) (cc: all counsel) [3:98-cv-01610] (ga, COURT STAFF) (Entered: 12/02/1998) |
| 01/14/1999 | 17 | AMENDED COMPLAINT [1-1] by Plaintiff Meafua Pasene; jury demand; adding Jesse Serna, Eric Tapang, Gary Peachy, Robert Guzman, Franklin Winch, Lafe Fowler, Kenneth Ferrigno, Joan Scannell, Steven Xavier, Ronald Terry, Teri Tussey [3:98-cv-01610] (ga, COURT STAFF) (Entered: 01/15/1999) |
| 01/14/1999 | | SUMMONS issued as to defendant Jesse Serna, defendant Eric Tapang, defendant Gary Peachy, defendant Robert Guzman, defendant Franklin Winch, defendant Lafe Fowler, defendant Kenneth Ferrigno, defendant Joan Scannell, defendant Steven Xavier, defendant Ronald Terry, defendant Teri Tussey [3:98-cv-01610] (ga, COURT STAFF) (Entered: 01/15/1999) |
| 02/19/1999 | 18 | ANSWER by City & County of SF, Jesse Serna, Eric Tapang, Gary Peachy, Franklin Winch, Lafe Fowler, Kenneth Ferrigno, Joan Scannell, Steven Xavier, Ronald Terry, Teri Tussey to amended complaint [17-1] [3:98-cv-01610] (ga, COURT STAFF) (Entered: 02/23/1999) |
| 02/22/1999 | 19 | STIPULATION and ORDER by Judge Maxine M. Chesney : ADR process will conclude by 4/14/99 ; (cc: all counsel) [3:98-cv-01610] (ga, COURT STAFF) (Entered: 02/24/1999) |
| 03/01/1999 | 20 | MEDIATOR'S Letter to Counsel MED hearing will be held 9:30 4/19/99 ; [3:98-cv-01610] (kq, COURT STAFF) (Entered: 03/01/1999) |
| 03/11/1999 | 21 | ANSWER by defendant City & County of SF to amended complaint [17-1] [3:98-cv-01610] (ga, COURT STAFF) (Entered: 03/12/1999) |
| 04/08/1999 | 22 | LETTER dated 3/29/99 from Cheryl Adams requesting that the individual defendants in this action be excused from attending the ENE, instead be substituted by the attendance of one representative of SF Police Dept and one representative of the SF Sheriffi's Dept. [3:98-cv-01610] (bt, COURT STAFF) (Entered: 04/09/1999) |
| 04/08/1999 | 23 | ORDER by Judge Maxine M. Chesney granting letter [22-1] re attendance of defendants at ENE session Date Entered: 4/9/99) (cc: all counsel) [3:98-cv-01610] (bt, COURT STAFF) (Entered: 04/09/1999) |
| 04/22/1999 | 24 | CERTIFICATION OF ADR SESSION Mediation session held on 9:30 4/19/99 ; process continuing filed by neutral Mediator Luella Nelson. Another session expected to occur. (kq, COURT STAFF) (Entered: 04/22/1999) |
| 05/13/1999 | 25 | STIPULATION and ORDER by Judge Maxine M. Chesney : ADR process will conclude by 7/16/99 ; (cc: all counsel) [3:98-cv-01610] (ga, COURT STAFF) (Entered: 05/18/1999) |
| 05/25/1999 | 26 | CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:98-cv-01610] (ga, COURT STAFF) (Entered: 05/26/1999) |
| 05/28/1999 | 27 | MINUTES: ( C/R none) ( Hearing Date: 5/28/99) Discovery cutoff set for 9/24/99 ; Pretrial conference set for 3:00 11/30/99 ; Jury trial will be held 9:00 12/13/99 ; , ADR process will |

| | | |
|---|---|---|
| | | conclude by 8/27/99 ; [3:98-cv-01610] (ga, COURT STAFF) (Entered: 06/04/1999) |
| 06/09/1999 | 28 | MEDIATOR'S Letter to Counsel MED hearing will be held 9:30 7/28/99 ; [3:98-cv-01610] (kq, COURT STAFF) (Entered: 06/09/1999) |
| 07/23/1999 | 29 | LETTER from ADR unit to parties dated 07/22/99 confirming rescheduling Mediation session to July 28, 1999, at 9:30a.m. [3:98-cv-01610] (kq, COURT STAFF) (Entered: 07/23/1999) |
| 07/23/1999 | | ADR session scheduling: ENE hearing set for 9:30 7/28/99 [3:98-cv-01610] (kq, COURT STAFF) (Entered: 07/23/1999) |
| 07/28/1999 | 30 | LETTER dated 07/27/99 from Cheryl Adams from City & County of confirming that the case is resolved. [3:98-cv-01610] (kq, COURT STAFF) (Entered: 07/28/1999) |
| 07/28/1999 | | Docket Modification (Administrative) to terminating party Luella Nelson [3:98-cv-01610] (kq, COURT STAFF) (Entered: 07/28/1999) |
| 11/30/1999 | 31 | STIPULATION and ORDER by Judge Maxine M. Chesney : dismissing case with prejudice ; appeal filing ddl 1/3/00 (cc: all counsel) [3:98-cv-01610] (ab, COURT STAFF) (Entered: 12/03/1999) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/18/2008 12:24:15 | | | |
| PACER Login: | jb0674 | Client Code: | Hwang |
| Description: | Docket Report | Search Criteria: | 3:98-cv-01610-MMC |
| Billable Pages: | 4 | Cost: | 0.32 |