CLOSED, ICMS, PROTO, REFDIS

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:00-cv-00539-MEJ

Duthie, et al v. San Francisco C&C, et al
Assigned to: Magistrate Judge Maria-Elena James
Referred to: Magistrate Judge Elizabeth D. Laporte
Demand: $0
Cause: 42:1983 Civil Rights Act

Date Filed: 02/15/2000
Date Terminated: 06/05/2003
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**James Brooke Duthie**                    represented by   **Matthew William Kumin**
                                                            Law Offices of Matthew Kumin
                                                            870 Market Street, Suite 1262
                                                            San Francisco, CA 94102
                                                            415-434-8454
                                                            Fax: 415 434-8453
                                                            Email: matt@mattkuminlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Randolph Elliott Daar**
                                                            Pier 5 Law Offices
                                                            506 Broadway
                                                            San Francisco, CA 94133
                                                            415-986-5591
                                                            Fax: 415-421-1331
                                                            Email: rdaar@pier5law.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Duthie**                          represented by   **Matthew William Kumin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Randolph Elliott Daar**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alison Duthie**                          represented by   **Matthew William Kumin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                  **Randolph Elliott Daar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Garrity**      represented by    **Matthew William Kumin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randolph Elliott Daar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City and County of San Francisco**      represented by    **Jeffrey Rabkin**
US Attorney's Office (ND Cal)
Criminal Division
450 Golden Gate Avenue
11th Floor
San Francisco , CA 94102
415/436-7167
Email: jeffrey.rabkin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Berkowitz**
City Attorney's Office
City and County of San Francisco
1390 Market St., 6th Flr.
Fox Plaza
San Francisco , CA 94102-5408
415-554-8449
*TERMINATED: 03/14/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean F. Connolly**
City Attorney's Office
City of San Francisco
Fox Plaza
1390 Market Street, 6th Floor
San Francisco , CA 94102
415-554-3863
Fax: 415-554-3837
Email: sean.connolly@sfgov.org
*TERMINATED: 10/10/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case 3:07-cv-02718-MMC    Document 46-7    Filed 08/22/2008    Page 3 of 12

**Defendant**
Officer #1895 Jessie Serna     represented by   **Jeffrey Rabkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Lisa Berkowitz**
(See above for address)
*TERMINATED: 03/14/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Sean F. Connolly**
(See above for address)
*TERMINATED: 10/10/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Officer #1869 Eric Tapang     represented by   **Jeffrey Rabkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Lisa Berkowitz**
(See above for address)
*TERMINATED: 03/14/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Sean F. Connolly**
(See above for address)
*TERMINATED: 10/10/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Officer #1572 Louis Wong     represented by   **Sean F. Connolly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Officer # 1837 Marcus Bronfield     represented by   **Jeffrey Rabkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Lisa Berkowitz**
(See above for address)
*TERMINATED: 03/14/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

3 of 12    8/18/2008 12:48 PM

                                Sean F. Connolly
                                (See above for address)
                                *TERMINATED: 10/10/2002*
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

**Defendant**

Officer #11 Basurto               represented by  Lisa Berkowitz
*TERMINATED: 12/13/2001*                       (See above for address)
                                *TERMINATED: 03/14/2001*
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

                                Sean F. Connolly
                                (See above for address)
                                *TERMINATED: 12/13/2001*
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

**Defendant**

Lt. #1626 Foley                     represented by  Lisa Berkowitz
*TERMINATED: 12/13/2001*                       (See above for address)
                                *TERMINATED: 03/14/2001*
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

                                Sean F. Connolly
                                (See above for address)
                                *TERMINATED: 12/13/2001*
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

**Defendant**

Sgt. #1013 M. Hernandez        represented by  Lisa Berkowitz
*TERMINATED: 12/13/2001*                       (See above for address)
                                *TERMINATED: 03/14/2001*
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

                                Sean F. Connolly
                                (See above for address)
                                *TERMINATED: 12/13/2001*
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

**Defendant**

Polly Esther's NightClub

**Defendant**

Daniel Ming

**Defendant**

Jason Myer

**Defendant**
Charles Brigham

**Defendant**
Mehdi Rabii

**Defendant**
Alex Henry

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2000 | 1 | COMPLAINT Summons(es) issued; Fee status pd entered on 2/15/00 in the amount of $ 150.00 ( Receipt No. 3308440); jury demand [3:00-cv-00539] (ga, COURT STAFF) (Entered: 02/25/2000) |
| 02/15/2000 | 2 | ORDER RE COURT PROCEDURE and SCHEDULE (ADR Multi-Option) by Mag. Judge Maria-Elena James : counsels' case management statement to be filed by 6/5/00 ; initial case management conference will be held 10:00 6/14/00 . (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 02/25/2000) |
| 03/27/2000 | 3 | ANSWER by defendant San Francisco C&C, defendant Marcus Bronfield, defendant Basurto to complaint [1-1]; jury demand [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/03/2000) |
| 04/04/2000 | 4 | PROOF OF SERVICE by defendant San Francisco C&C of answer [3-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/05/2000) |
| 04/05/2000 | 5 | ANSWER by defendant Jessie Serna, defendant Eric Tapang, defendant Foley, defendant M. Hernandez to complaint [1-1]; jury demand [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/06/2000) |
| 04/06/2000 | 6 | RETURN OF SERVICE executed upon defendant Basurto on 3/10/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/07/2000) |
| 04/06/2000 | 7 | RETURN OF SERVICE executed upon defendant Eric Tapang on 3/10/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/07/2000) |
| 04/06/2000 | 8 | RETURN OF SERVICE executed upon defendant Jessie Serna on 3/10/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/07/2000) |
| 04/06/2000 | 9 | RETURN OF SERVICE executed upon defendant Marcus Bronfield on 3/16/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/07/2000) |
| 04/06/2000 | 10 | RETURN OF SERVICE executed upon defendant San Francisco C&C on 3/7/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/07/2000) |
| 04/06/2000 | 11 | RETURN OF SERVICE executed upon defendant M. Hernandez on 3/19/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/07/2000) |
| 04/06/2000 | 12 | EX-PARTE APPLICATION before Mag. Judge Maria-Elena James by Plaintiff to extend time to serve summons and complaint and file proofs of service [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/07/2000) |
| 04/06/2000 | 13 | DECLARATION by Matthew Kumin on behalf of Plaintiff re motion to extend time to serve summons and complaint and file proofs of service [12-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/07/2000) |
| 04/10/2000 | 14 | ORDER by Mag. Judge Maria-Elena James granting motion to extend time to serve summons and complaint and file proofs of service [12-1] () (cc: all counsel) [3:00-cv-00539] (ga, |

| | | |
|---|---|---|
| | | COURT STAFF) (Entered: 04/12/2000) |
| 04/11/2000 | 15 | CONSENT to proceed before magistrate judge by Plaintiff James Brooke Duthie [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/12/2000) |
| 04/12/2000 | 16 | RETURN OF SERVICE executed upon defendant Jason Myer on 3/30/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/12/2000) |
| 04/12/2000 | 17 | RETURN OF SERVICE executed upon defendant Mehdi Rabii on 3/30/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/12/2000) |
| 04/12/2000 | 18 | RETURN OF SERVICE executed upon defendant Daniel Ming on 3/30/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/12/2000) |
| 04/12/2000 | 19 | RETURN OF SERVICE executed upon defendant Alex Henry on 3/30/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/12/2000) |
| 04/12/2000 | 20 | RETURN OF SERVICE executed upon defendant Charles Brigham on 3/30/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/12/2000) |
| 04/13/2000 | 21 | PROOF OF SERVICE by defendant San Francisco C&C of answer [3-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/21/2000) |
| 04/21/2000 | 22 | RETURN OF SERVICE executed upon defendant Polly Esther's Night on 3/30/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/25/2000) |
| 05/30/2000 | 23 | CONSENT to proceed before magistrate judge by defendant San Francisco C&C [3:00-cv-00539] (ga, COURT STAFF) (Entered: 06/01/2000) |
| 06/01/2000 | 24 | CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:00-cv-00539] (ga, COURT STAFF) (Entered: 06/02/2000) |
| 06/29/2000 | 25 | ADR CERTIFICATION by Plaintiff Joshua Duthie [3:00-cv-00539] (far, COURT StafF) (Entered: 07/06/2000) |
| 07/03/2000 | 26 | ADR CERTIFICATION by Plaintiff James Brooke Duthie [3:00-cv-00539] (far, COURT StafF) (Entered: 07/06/2000) |
| 07/11/2000 | 27 | CASE MANAGEMENT ORDER by Mag. Judge Maria-Elena James Expert Witness disclosure by 11/16/00; Rebuttal Expert Witnesses by 11/30/00; Discovery cutoff (mag): 12/11/00 ; Dispositive motions shall be filed by 1/11/01 ; Dispositive motion hearing date 2/15/01 ; Meet and Confer by 4/12/01; Any opposition to motions in limine to be filed by 5/3/01; Pre-trial conference will be held 10:00 5/11/01 ; Final pretrial conference to be held 6/7/01; The trial shall commence with jury selection taking place on 6/11/01 through 6/14/01 and 6/18/01 and 6/21/01 . (cc: all counsel) [3:00-cv-00539] (far, COURT StafF) (Entered: 07/13/2000) |
| 07/11/2000 | 28 | ORDER by Mag. Judge Maria-Elena James bifurcating the trial , and staying discovery on Plaintiff's Monell claim ( Date Entered: 7/13/00) (cc: all counsel) [3:00-cv-00539] (far, COURT StafF) (Entered: 07/13/2000) |
| 07/24/2000 | 29 | CERTIFICATION of discussion of ADR options by Plaintiff. [3:00-cv-00539] (ga, COURT STAFF) (Entered: 07/26/2000) |
| 08/02/2000 | 30 | STIPULATION and ORDER by Mag. Judge Maria-Elena James : for protective order (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/03/2000) |
| 08/09/2000 | 31 | CERTIFICATION of discussion of ADR options by Plaintiff James Brooke Duthie . [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/10/2000) |
| 08/14/2000 | 32 | RETURN OF SERVICE executed upon defendant Foley on 3/20/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/16/2000) |

| Date | # | Description |
|---|---|---|
| 08/14/2000 | 33 | RETURN OF SERVICE executed upon defendant Louis Wong on 3/17/00 [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/16/2000) |
| 12/15/2000 | 34 | EXPEDITED MOTION before Mag. Judge Maria-Elena James by defendant San Francisco C&C for relief case management order [3:00-cv-00539] (ga, COURT STAFF) Modified on 02/23/2001 (Entered: 12/19/2000) |
| 12/19/2000 | 35 | ORDER by Mag. Judge Maria-Elena James Status conference re parties motion set for 10:00 1/11/01 ; () (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 12/20/2000) |
| 01/09/2001 | 36 | ORDER by Mag. Judge Maria-Elena James Status conference set for 9:15 1/11/01 ; () (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 01/17/2001) |
| 01/11/2001 | 37 | MINUTES: ( C/R tape 01-7) ( Hearing Date: 1/11/01) CMC dates to be amended [3:00-cv-00539] (ga, COURT STAFF) (Entered: 01/17/2001) |
| 01/18/2001 | 38 | ORDER by Mag. Judge Maria-Elena James Discovery cutoff set for 4/13/01 ; Deadline for all motion filings is 5/14/01 ; All motions will be heard by 10:00 6/14/01 ; Pretrial conference set for 10:00 9/13/01 ; Jury trial will be held 1:30 10/15/01 ; pre-trial filings due by 9/4/01 ; , referring case for settlement () (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 01/19/2001) |
| 01/18/2001 | | Docket Modification (Administrative) to order [38-3] granting motion for relief case management order [34-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 02/23/2001) |
| 03/14/2001 | 39 | ATTORNEY SUBSTITUTION: terminating attorney Lisa Berkowitz for M. Hernandez, attorney Lisa Berkowitz for Foley, attorney Lisa Berkowitz for Basurto, attorney Lisa Berkowitz for Marcus Bronfield, attorney Lisa Berkowitz for Eric Tapang, attorney Lisa Berkowitz for Jessie Serna, attorney Lisa Berkowitz for San Francisco C&C as counsel for by defendant San Francisco C&C, defendant Jessie Serna, defendant Eric Tapang, defendant Louis Wong, defendant Marcus Bronfield, defendant Basurto, defendant Foley, defendant M. Hernandez and substituting attorney Sean F. Connolly [3:00-cv-00539] (ga, COURT STAFF) (Entered: 03/20/2001) |
| 03/19/2001 | 41 | REQUEST by defendant San Francisco C&C for continuance of Case Management Conference [3:00-cv-00539] (ga, COURT STAFF) (Entered: 03/22/2001) |
| 03/22/2001 | 40 | ORDER by Mag. Judge Maria-Elena James Case Management Conference set for 10:00 3/29/01 ; ( Date Entered: 3/22/01) (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 03/22/2001) |
| 03/29/2001 | 42 | MINUTES: ( C/R tape 01-20) INITIAL CASE MANAGEMENT CONFERENCE HELD. [3:00-cv-00539] (ga, COURT STAFF) (Entered: 04/04/2001) |
| 05/22/2001 | 43 | CASE MANAGEMENT ORDER by Mag. Judge Maria-Elena James Discovery cutoff 12/12/01 ; All motions will be filed by 11/12/01 ; All motions hearing date 10:00 12/13/01 ; deadline for pre-trial filings is 3/1/02 ; Pre-trial conference will be held 10:00 3/14/02 ; Jury Trial set for 1:30 4/15/02 ; . (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 05/29/2001) |
| 05/23/2001 | | REFERRAL: referring case for settlement to Mag. Judge Elizabeth D. Laporte [3:00-cv-00539] (wh, COURT STAFF) (Entered: 05/23/2001) |
| 07/11/2001 | 44 | ORDER by Mag. Judge Elizabeth D. Laporte Settlement conf. (Mag) at 9:30 9/28/01 ; (cc: all counsel) [3:00-cv-00539] (gba, COURT STAFF) (Entered: 07/16/2001) |
| 07/30/2001 | 45 | MOTION before Mag. Judge Maria-Elena James by Plaintiff for entry of default as to Polly Esther's Night, Daniel Ming, Jason Myer, Charles Brigham, Mehdi Rabii, Alex Henry [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/07/2001) |

| Date | # | Description |
|---|---|---|
| 07/30/2001 | 46 | DECLARATION by Matthew Kumin on behalf of Plaintiff re motion for entry of default as to Polly Esther's Night, Daniel Ming, Jason Myer, Charles Brigham, Mehdi Rabii, Alex Henry [45-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/07/2001) |
| 07/30/2001 | 47 | PROOF OF SERVICE by Plaintiff of declaration [46-1], motion for entry of default as to Polly Esther's Night, Daniel Ming, Jason Myer, Charles Brigham, Mehdi Rabii, Alex Henry [45-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/07/2001) |
| 08/20/2001 |  | DEFAULT ENTERED as to defendant Polly Esther's Night, defendant Daniel Ming, defendant Jason Myer, defendant Charles Brigham, defendant Mehdi Rabii, defendant Alex Henry (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/20/2001) |
| 09/12/2001 | 48 | SCHEDULING ORDER by Mag. Judge Elizabeth D. Laporte : ; stlmnt conf set for 1:30 10/30/01 EDL (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/14/2001) |
| 09/13/2001 | 49 | LETTER dated 9/13/01 from Matthew Kumin for plaintiffs re having boyfriend at deposition of Alison Duthie [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/18/2001) |
| 09/14/2001 | 50 | MINUTES: ( C/R none) ( Hearing Date: 9/14/01) Deposition of Alison Duthie to proceed; she may have non-party sit next to her during deposition who is not a potential witness; [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/18/2001) |
| 09/14/2001 | 51 | ORDER by Mag. Judge Maria-Elena James - Plaintiff Alison Duthie may have a non-party, who is not a potential witness in the case, present during her deposition; ( Date Entered: 9/14/01) (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/18/2001) |
| 10/01/2001 | 52 | NOTICE by Plaintiff James Brooke Duthie, Plaintiff Joshua Duthie, Plaintiff Alison Duthie of change of address [3:00-cv-00539] (ga, COURT STAFF) (Entered: 10/05/2001) |
| 10/30/2001 | 53 | SCHEDULING ORDER by Mag. Judge Elizabeth D. Laporte : ; stlmnt conf set for 1:30 11/14/01 EDL (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 11/02/2001) |
| 11/07/2001 | 54 | MOTION before Mag. Judge Maria-Elena James by defendant's San Francisco C&C, Jessie Serna, Eric Tapang, Louis Wong, Marcus Bronfield, Basurto, Foley to extend time to file dispositive motions set for [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 11/08/2001) |
| 11/07/2001 | 55 | ORDER AMENDING CASE MANAGEMENT ORDER by Mag. Judge Maria-Elena James granting motion to extend time to file dispositive motions [54-1] Discovery cutoff (magistrate) 12/11/01 ; All motions will be heard by 10:00 1/17/02 ; Pretrial conference set for 3/14/02 ; Jury trial will be held 1:30 4/15/02 ; pre-trial filings due by 3/1/02 ; ( Date Entered: 11/9/01) (cc: all counsel) [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 11/09/2001) |
| 11/14/2001 | 56 | SETTLEMENT CONFERENCE MINUTES: ( Hearing Date: 11/14/01) Settlement conference held , Further Settlement conf. (Mag) at 1:30 1/10/02 ; [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 11/15/2001) |
| 11/15/2001 | 57 | Notice and ORDER by Mag. Judge Elizabeth D. Laporte Settlement conf. (Mag) at 1:30 1/10/02 ; Updated confidential settlement conference statements shall be lodged with the Court by January 3, 2002 ( Date Entered: 11/19/01) (cc: all counsel) [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 11/19/2001) |
| 12/07/2001 |  | RECEIVED (defendant) Parties Stipulation to dismiss Plaintiff's sixth cause of action, and Officer Hector Basurto, Sgt. Mark Hernandez, and Lt. Tim Foley as Defendants in this action; Proposed Order. [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 12/11/2001) |
| 12/13/2001 | 58 | NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES before Mag. Judge Maria-Elena James by defendant's for partial summary judgment on Plaintiffs' eight cause of action and claims against Defendant's with Notice set for 1/17/02 at 10:00 am [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 12/14/2001) |

CAND-ECF  https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?131082132737593-L_...
Case 3:07-cv-02718-MMC   Document 46-7   Filed 08/22/2008   Page 9 of 12

| | | |
|---|---|---|
| 12/13/2001 | 59 | DECLARATION by Jeffrey Rabkin on behalf of defendant re motion for partial summary judgment on Plaintiffs' eight cause of action and claims against Defendant's [58-1] [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 12/14/2001) |
| 12/13/2001 | 60 | STATEMENT of facts by defendant San Francisco C&C, defendant Jessie Serna, defendant Eric Tapang, defendant Louis Wong, defendant Marcus Bronfield, defendant Basurto in support of motion for partial summary judgment on Plaintiffs' eight cause of action and claims against Defendant's [58-1] [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 12/14/2001) |
| 12/13/2001 | | RECEIVED Parties' Stipulation and Proposed Order to dismiss additional causes of actions and individual Defendant's ( defendant) [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 12/14/2001) |
| 12/13/2001 | 61 | STIPULATION and ORDER by Mag. Judge Maria-Elena James : dismissing party M. Hernandez, party Foley, party Basurto (cc: all counsel) [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 12/17/2001) |
| 12/14/2001 | 62 | STIPULATION and ORDER by Mag. Judge Maria-Elena James : to dismiss additional causes of actions and individual defendant's (cc: all counsel) [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 12/17/2001) |
| 12/17/2001 | 63 | NOTICE of Entry of Order by defendant [62-2]. [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 12/18/2001) |
| 12/27/2001 | 65 | DECLARATION by Matthew Kumin on behalf of Plaintiff re motion reply [64-1] [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 01/02/2002) |
| 12/27/2001 | 66 | AFFIDAVIT of John G. Peters, Ph.D. regarding motion reply [64-1] [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 01/02/2002) |
| 12/27/2001 | 67 | PROOF OF SERVICE by Plaintiff of affidavit [66-1], declaration [65-1], motion reply [64-1] [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 01/02/2002) |
| 12/27/2001 | 64 | OPPOSITION by Plaintiff to motion for partial summary judgment on Plaintiffs' eight cause of action and claims against Defendant's [58-1] [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 01/04/2002) |
| 01/03/2002 | 68 | ORDER for parties to comply with local rule 79-5. Parties are to file joint statement of undisputed facts and separate statements of disputed facts by January 18, 2002. Re-scheduling hearing on motion for partial summary judgment on Plaintiffs' eight cause of action and claims against Defendant's [58-1] 10:00 2/7/02 by Magistrate Judge Maria-Elena James ( Date Entered: 1/8/02) (cc: all counsel) [3:00-cv-00539] (hdj, COURT STAFF) Modified on 01/08/2002 (Entered: 01/08/2002) |
| 01/03/2002 | 69 | REPLY by defendant to opposition to motion for partial summary judgment on Plaintiffs' eight cause of action and claims against Defendant's [58-1] [3:00-cv-00539] (hdj, COURT STAFF) Modified on 01/08/2002 (Entered: 01/08/2002) |
| 01/03/2002 | 70 | DECLARATION by Sean Connolly on behalf of defendant re motion reply [69-1] [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 01/08/2002) |
| 01/08/2002 | 71 | MINUTES: ( Hearing Date: 1/8/02) Discovery Proceedings Re:Plts Expert's Report-Phone conference [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 01/11/2002) |
| 01/09/2002 | 72 | CLERK'S NOTICE Settlement conf. (Mag) at 9:30 1/18/02 ; Updated confidential settlement conference statements shall be lodged with the Court on January 16, 2002 by 5:00 p.m. [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 01/11/2002) |
| 01/14/2002 | 73 | ORDER by Mag. Judge Maria-Elena James The Court AMENDS its January 3, 2002 Order as follows: The parties must file a joint statement of undisputed facts and separate statements of |

| | | |
|---|---|---|
| | | disputed facts by January 22, 2002; Plaintiff must comply with Civil Local Rule 79-5 in filing envelopes received by the Court on December 27, 2001 by January 22, 2002. ( Date Entered: 1/15/02) (cc: all counsel) [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 01/15/2002) |
| 01/18/2002 | 74 | SETTLEMENT CONFERENCE MINUTES: Tape No. SC 02-02 ( Hearing Date: 1/18/02) Settlement conference held; SETTLED [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 01/22/2002) |
| 04/11/2002 | 75 | NOTICE of Orders Re: Stay of Action and Moratorium on Payment of Claims by defendant Polly Esther's Night. [3:00-cv-00539] (hdj, COURT STAFF) (Entered: 04/11/2002) |
| 07/11/2002 | 76 | NOTICE by Plaintiff James Brooke Duthie, Plaintiff Joshua Duthie, Plaintiff Alison Duthie, Plaintiff Christopher Garrity of change of address [3:00-cv-00539] (ga, COURT STAFF) (Entered: 07/12/2002) |
| 07/22/2002 | 77 | NOTICE by defendant Polly Esther's Night [75-1] notice [3:00-cv-00539] (ga, COURT STAFF) (Entered: 07/23/2002) |
| 07/29/2002 | 78 | ORDER by Mag. Judge Maria-Elena James staying of action to 9-27-02 ( Date Entered: 8/5/02) (cc: all counsel) [3:00-cv-00539] (db, COURT STAFF) (Entered: 08/05/2002) |
| 08/09/2002 | 79 | NOTICE OF MOTION AND MOTION before Mag. Judge Maria-Elena James by Plaintiff to enforce settlement with Notice set for 9/19/02 at 10:00am [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/13/2002) |
| 08/09/2002 | 80 | MEMORANDUM by Plaintiff in support of motion to enforce settlement [79-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/13/2002) |
| 08/09/2002 | 81 | DECLARATION by Matthew Kumin on behalf of Plaintiff re motion to enforce settlement [79-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/13/2002) |
| 08/09/2002 | 82 | PROOF OF SERVICE by Plaintiff of declaration [81-1], memorandum [80-1], motion to enforce settlement [79-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 08/13/2002) |
| 08/29/2002 | 83 | OPPOSITION by defendant San Francisco C&C to motion to enforce settlement [79-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/05/2002) |
| 08/29/2002 | 84 | DECLARATION by Sean Connolly on behalf of defendant San Francisco C&C re opposition [83-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/05/2002) |
| 08/29/2002 | 85 | DECLARATION by John S. Williamson III on behalf of defendant San Francisco C&C re opposition [83-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/05/2002) |
| 08/29/2002 | 86 | DECLARATION by Greg Langfeld on behalf of defendant San Francisco C&C re opposition [83-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/05/2002) |
| 09/05/2002 | 87 | REPLY by Plaintiff re motion to enforce settlement [79-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/10/2002) |
| 09/05/2002 | 88 | SUPPLEMENT by Plaintiff re declaration [81-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/10/2002) |
| 09/05/2002 | 89 | PROOF OF SERVICE by Plaintiff of [88-1], reply [87-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/10/2002) |
| 09/19/2002 | 90 | MINUTES: ( C/R Katherine Wyatt) ( Hearing Date: 9/19/02) Plaintiffs motion to enforce settlement [79-1] held; Status conference set for 10:30 10/3/02 ;Defense counsel Williamson, will provide web site information re status of Legion by this afternoon [3:00-cv-00539] (ga, COURT STAFF) (Entered: 09/23/2002) |

| Date | # | Description |
|---|---|---|
| 10/03/2002 | 91 | MINUTES: ( C/R Peppina Thompson) ( Hearing Date: 10/3/02) Status conference set for 10:30 11/21/02 ; Jury trial will be held 1:30 3/17/03 ; [3:00-cv-00539] (ga, COURT STAFF) (Entered: 10/08/2002) |
| 10/04/2002 | 92 | ORDER by Mag. Judge Maria-Elena James denying motion to enforce settlement [79-1] ( Date Entered: 10/8/02) (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 10/08/2002) |
| 10/10/2002 | 93 | ATTORNEY SUBSTITUTION: terminating attorney Sean F. Connolly for Marcus Bronfield, attorney Sean F. Connolly for Eric Tapang, attorney Sean F. Connolly for Jessie Serna, attorney Sean F. Connolly for San Francisco C&C as counsel for by defendant San Francisco C&C, defendant Jessie Serna, defendant Eric Tapang, defendant Marcus Bronfield and substituting attorney Jeffrey Rabkin [3:00-cv-00539] (ga, COURT STAFF) (Entered: 10/16/2002) |
| 10/18/2002 | 94 | NOTICE by defendant Polly Esther's Night of Continuance of Stay [3:00-cv-00539] (ga, COURT STAFF) (Entered: 10/23/2002) |
| 11/21/2002 | 95 | MINUTES: ( C/R Joan M. Columbini) ( Hearing Date: 11/21/02) further status conference held motion for partial summary judgment will be heard by 10:00 12/12/02 ; , referring case back for settlement to Mag. Judge Elizabeth D. Laporte [3:00-cv-00539] (ga, COURT STAFF) (Entered: 11/25/2002) |
| 11/26/2002 | 96 | CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:00-cv-00539] (ga, COURT STAFF) (Entered: 12/02/2002) |
| 11/27/2002 | 97 | RESPONSE by Plaintiff to Defendants objections to Plaintiffs Evidence [3:00-cv-00539] (ga, COURT STAFF) (Entered: 12/02/2002) |
| 11/27/2002 | 98 | PROOF OF SERVICE by Plaintiff of response [97-1] [3:00-cv-00539] (ga, COURT STAFF) (Entered: 12/02/2002) |
| 12/04/2002 | 99 | SCHEDULING ORDER by Mag. Judge Elizabeth D. Laporte : ; stlmnt conf set for 9:30 12/18/02 EDL (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 12/09/2002) |
| 12/04/2002 | 100 | ORDER of Settlement Conference by Telephone by Mag. Judge Elizabeth D. Laporte ( Date Entered: 12/9/02) (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 12/09/2002) |
| 12/13/2002 | 101 | NOTICE OF SETTLEMENT filed by defendant San Francisco C&C [3:00-cv-00539] (ga, COURT STAFF) (Entered: 12/16/2002) |
| 01/16/2003 | 102 | NOTICE by defendant Polly Esther's Night and Request for Continuance of Stay [3:00-cv-00539] (ga, COURT STAFF) (Entered: 02/05/2003) |
| 02/13/2003 | 103 | REQUEST by defendant Polly Esther's Night for Continuance of Stay of action and Moratorium on Payment of Claims [3:00-cv-00539] (ga, COURT STAFF) (Entered: 02/18/2003) |
| 02/28/2003 | 104 | NOTICE by defendant San Francisco C&C of Unavailability [3:00-cv-00539] (ga, COURT STAFF) (Entered: 03/03/2003) |
| 03/12/2003 | 105 | REQUEST by defendant Polly Esther's Night for continuance of Stay of Action and Moratorium on Payment of Claims [3:00-cv-00539] (ga, COURT STAFF) (Entered: 03/12/2003) |
| 05/13/2003 | 106 | NOTICE by defendant Polly Esther's Nightclub of Order Appointing Insurance Commissioner as Liquidator to Legion Insurance Company and Restraining Orders [3:00-cv-00539] (ga, COURT STAFF) (Entered: 05/14/2003) |

| 06/05/2003 | 107 | ORDER by Mag. Judge Maria-Elena James dismissing case with prejudice ; appeal filing ddl 7/7/03 ( Date Entered: 6/6/03) (cc: all counsel) [3:00-cv-00539] (ga, COURT STAFF) (Entered: 06/06/2003) |

### PACER Service Center
#### Transaction Receipt

08/18/2008 12:45:11

| PACER Login: | jb0674 | Client Code: | Hwang |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:00-cv-00539-MEJ |
| Billable Pages: | 10 | Cost: | 0.80 |