CLOSED, ENE, ICMS

## U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:00-cv-01501-WHO

Bell, et al v. Serna, et al  
Assigned to: Hon. William H. Orrick  
Demand: $2,000,000  
Case in other court: SF Superior Court, 310784  
Cause: 28:1441 Petition for Removal- Civil Rights Act  

Date Filed: 04/28/2000  
Date Terminated: 01/03/2001  
Jury Demand: Defendant  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Valerie Bell**  
*TERMINATED: 12/13/2000*

represented by **Ben Rosenfeld**  
3163 Mission Street  
San Francisco, CA 94110  
415-285-8091  
*TERMINATED: 12/13/2000*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Dennis Cunningham**  
Law Office of Dennis Cunningham  
115 A Bartlett Street  
San Francisco, CA 94110  
415-285-8091  
Fax: 415-285-8092  
Email: denniscunningham@juno.com  
*TERMINATED: 12/13/2000*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darryl Brown**

represented by **Ben Rosenfeld**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Dennis Cunningham**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SFPD#1895 Jesse Serna**

represented by **Gregory Roland Nevins**  
City Attorney's Office  
City and County of San Francisco  
1390 Market St., 6th Flr.

|  |  |  |
|---|---|---|
|  |  | Fox Plaza<br>San Francisco , CA 94102-5408<br>415-554-8449<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Louise Hornbeck Renne**<br>Renne Sloan Holtzman & Sakai, LLP<br>50 California Street, Suite 2100<br>San Francisco , CA 94111<br>415-678-3810<br>Fax: 415-5678-3838<br>Email: lrenne@publiclawgroup.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Patrick John Mahoney**<br>City Attorney's Office<br>City and County of San Francisco<br>One Dr. Carlton B. Goodlett Place<br>Room 234<br>San Francisco , CA 94102-0917<br>(415) 554-4700<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>#1869 Tapang<br>(FNU) | represented by | **Gregory Roland Nevins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Louise Hornbeck Renne**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick John Mahoney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>#1233 James Riordan | represented by | **Gregory Roland Nevins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Louise Hornbeck Renne**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick John Mahoney** |

(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

#394 Nocetti
(FNU)

represented by **Gregory Roland Nevins**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Louise Hornbeck Renne**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Patrick John Mahoney**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

#913 Hagan
(FNU)

represented by **Gregory Roland Nevins**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Louise Hornbeck Renne**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Patrick John Mahoney**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

#730 Wilson
(FNU)

represented by **Gregory Roland Nevins**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Louise Hornbeck Renne**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Patrick John Mahoney**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

| | | |
|---|---|---|
| City and County of San Francisco | represented by | **Gregory Roland Nevins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Louise Hornbeck Renne**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick John Mahoney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Appellee**

Robert T. Fries
TERMINATED: 12/28/2000

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2000 | 1 | NOTICE OF REMOVAL (no process) by defendant from SF Superior Court, Case Number: 310784 ; Summons, Complaint, Fee status pd entered on 4/28/00 in the amount of $ 150.00 ( Receipt No. 3310384); jury demand Other Civil Rights, $2,000,000 request. [3:00-cv-01501] (db, COURT STAFF) (Entered: 04/28/2000) |
| 04/28/2000 | 2 | ORDER RE COURT PROCEDURE and SCHEDULE by Senior Judge William H. Orrick : counsels' case management statement to be filed by 8/21/00 ; initial case management conference will be held 2:00 8/31/00 . (cc: all counsel) (db, COURT STAFF) (Entered: 04/28/2000) |
| 04/28/2000 | 3 | PROOF OF SERVICE by defendant of case management schedule order [2-1], removal complaint [1-1] [3:00-cv-01501] (db, COURT STAFF) (Entered: 05/01/2000) |
| 05/23/2000 | 4 | STIPULATION and ORDER by Senior Judge William H. Orrick : Case Management Conference set for 2:00 8/24/00 ; (cc: all counsel) [3:00-cv-01501] (db, COURT STAFF) (Entered: 05/23/2000) |
| 06/16/2000 | 5 | PROOF OF SERVICE by defendant of stipulation and order [4-2]changing case managment conference dates. [3:00-cv-01501] (db, COURT STAFF) (Entered: 06/19/2000) |
| 08/14/2000 | 6 | JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed filed by the defendants. [3:00-cv-01501] (db, COURT STAFF) (Entered: 08/15/2000) |
| 08/14/2000 | 7 | CERTIFICATION of discussion of ADR options by defendant San Francisco, City . [3:00-cv-01501] (db, COURT STAFF) (Entered: 08/15/2000) |
| 08/24/2000 | 8 | MINUTES: (C/R Diane Skillman) (Hearing Date: 8/24/00) Case management conference - held ; The judge request that counsel file a discovery schedule within one week. Mr. Nevins shall phone plaintiff's counsel and inform then of the further case management conference date and that a discovery schedule is due one week; Further case Management Conference set for 2:00 9/28/00 ; [3:00-cv-01501] (gba, COURT STAFF) (Entered: 08/30/2000) |

| | | |
|---|---|---|
| 08/24/2000 | 9 | SCHEDULING ORDER by Senior Judge William H. Orrick: pretrial conference set for 8/9/01 ; jury trial set for 8/20/01 (cc: all counsel) [3:00-cv-01501] (gba, COURT STAFF) (Entered: 08/30/2000) |
| 08/29/2000 | 10 | ORDER FOR CIVIL PRETRIAL CONFERENCE by Senior Judge William H. Orrick: pretrial conference set for 2:00 8/9/01 ; jury trial set 8:30 8/20/01 (cc: all counsel) [3:00-cv-01501] (gba, COURT STAFF) (Entered: 09/01/2000) |
| 09/06/2000 | 11 | EX-PARTE APPLICATION before Senior Judge William H. Orrick by Plaintiff to extend to file stipulted discovery order [3:00-cv-01501] (db, COURT STAFF) (Entered: 09/07/2000) |
| 09/06/2000 | 12 | ORDER by Judge William H. Alsup granting motion to extend to file stipulted discovery order [11-1]. Parties have until 9/18/00 to file a stipulated proposed discovery order. Counsel for plaintiffs shall serve this order on defendants ( Date Entered: 9/7/00) (cc: all counsel) [3:00-cv-01501] (db, COURT STAFF) (Entered: 09/07/2000) |
| 09/18/2000 | 13 | STATUS REPORT re joint discovery and proposed order by defendant [3:00-cv-01501] (db, COURT STAFF) (Entered: 09/19/2000) |
| 09/26/2000 | 14 | ORDER by Senior Judge William H. Orrick for discovery dates, see order ( Date Entered: 9/26/00) (cc: all counsel) [3:00-cv-01501] (db, COURT STAFF) (Entered: 09/26/2000) |
| 09/28/2000 | 15 | PROOF OF SERVICE by Plaintiff, defendant of joint discovery management statement and proposed order [3:00-cv-01501] (db, COURT STAFF) (Entered: 10/02/2000) |
| 09/28/2000 | 16 | MINUTES: ( C/R Diane Skillman) INITIAL CASE MANAGEMENT CONFERENCE HELD. Ordered after hearing: Counsel agree with the dates in the civil pretrial order. Counsel informs the court that they are talking about partial settlement of the case. [3:00-cv-01501] (db, COURT STAFF) (Entered: 10/02/2000) |
| 11/02/2000 | 17 | MINUTES: ( C/R Raynee Mercado) ( Hearing Date: 11/2/00) for referral to Early Neutral Evaluation (ADR L.R.5) , and Status conference set for 2:00 1/18/01 ; [3:00-cv-01501] (db, COURT STAFF) (Entered: 11/03/2000) |
| 12/13/2000 | 18 | STIPULATION and ORDER by Senior Judge William H. Orrick : dismissing party Plaintiff Valerie Bell with prejudice, each side to bear its own costs and fees. (cc: all counsel) [3:00-cv-01501] (db, COURT STAFF) (Entered: 12/13/2000) |
| 12/27/2000 | 19 | ADR CLERK'S NOTICE of appointment of evaluator, Robert T. Fries [3:00-cv-01501] (cmf, COURT STAFF) (Entered: 12/27/2000) |
| 12/28/2000 | | Docket Modification (Administrative) terminating party Robert T. Fries [3:00-cv-01501] (cmf, COURT STAFF) (Entered: 12/28/2000) |
| 12/28/2000 | 20 | LETTER dated 12/27/00 from Gregory R. Nevins to ADR Case Administrator advising that the parties have resolved the case among themselves. Court's ADR services are not needed. [3:00-cv-01501] (cmf, COURT STAFF) (Entered: 12/28/2000) |
| 01/03/2001 | 21 | ORDER by Senior Judge William H. Orrick dismissing case with prejudice, due to settlement Date Entered: 1/4/01) (cc: all counsel) [3:00-cv-01501] (db, COURT STAFF) (Entered: 01/04/2001) |
| 01/10/2001 | 22 | ORDER by Senior Judge William H. Orrick dismissing case with prejudice due to settlement Date Entered: 1/11/01) (cc: all counsel) [3:00-cv-01501] (db, COURT STAFF) (Entered: 01/11/2001) |

**PACER Service Center**

**Transaction Receipt**

| 08/18/2008 12:43:27 | | | |
|---|---|---|---|
| **PACER Login:** | jb0674 | **Client Code:** | Hwang |
| **Description:** | Docket Report | **Search Criteria:** | 3:00-cv-01501-WHO |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |