1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3863
6 | Facsimile:      (415) 554-3837
E-Mail:          sean.connolly@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTHER HWANG, | Case No. C07-02718 MMC |
|---|---|
| Plaintiff, | **ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DECLARATION OF LT. DANIEL J. MAHONEY IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL. | |
| Defendants. | **DECLARATION OF SEAN F. CONNOLLY IN SUPPORT THEREOF** |
| | **[CIVIL L.R. 7-11]** |
| | Hearing Date: September 12, 2008<br>Time: 9:00 a.m.<br>Place: Judge Maxine M. Chesney, Courtroom 7, 19th Floor, San Francisco, CA |
| | Trial Date:   October 27, 2008 |

Pursuant to Civil Local Rules 79-5(b) and 7-11, defendants bring this Administrative Request to File Under Seal the following documents:

ADMIN. REQUEST TO FILE UNDER SEAL LT.
MAHONEY DECL.; CASE NO. C07-02718 MMC         1                    n:\lit\li2008\071511\00506303.doc

1 | Defendants City and County of San Francisco, et al., respectfully request that portions of the Declaration of Lt. Daniel J. Mahoney in Support of their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and/or Partial Summary Judgment be filed under seal as it contains information that is either private, subject to State confidentially laws regarding personnel records or otherwise considered confidential under State or federal law.

Specifically, defendants request an order permitting the following to be filed under seal:

1. Portions of the Declaration of Lt. Daniel J. Mahoney in Support of their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and/or Partial Summary Judgment. A redacted, public version of the brief has already been efiled.

2. Exhibit A to the declaration of Lt. Daniel J. Mahoney.

Defendants respectfully request that the Court grant their Administrative Request to File Under Seal.

Dated: August 29, 2008

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>
>By: ____s/*Sean F. Connolly*____
>SEAN F. CONNOLLY
>Deputy City Attorney
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO

**DECLARATION OF SEAN F. CONNOLLY**

I, Sean F. Connolly, declare as follows:

1. I am a Deputy City Attorney in the San Francisco City Attorney's Office, which is counsel of record for the Defendants in the above-captioned matter.

2. I have personal knowledge of the contents of this declaration and could and would testify competently thereto if called upon to do so.

3. I have reviewed the Declaration of Lt. Daniel J. Mahoney in Support of Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and/or Partial Summary Judgment, discussed *supra*, and determined that it is necessary to have sealed the certain portions of the Declaration of Lt. Daniel J. Mahoney as well as Exhibit A, as it contains information that is either private, subject to State confidentially laws regarding personnel records or otherwise considered confidential under State or federal law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 29, 2008 at San Francisco, California.

                    s/Sean F. Connolly
                    SEAN F. CONNOLLY