1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3863
6 | Facsimile:     (415) 554-3837
E-Mail:        sean.connolly@sfgov.org

8 | Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTHER HWANG, | Case No. C07-02718 MMC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DECLARATION OF LT. DANIEL J. MAHONEY IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL. | |
| Defendants. | |
| | **[CIVIL L.R. 7-11]** |
| | Hearing Date: September 12, 2008<br>Time: 9:00 a.m.<br>Place: Judge Maxine M. Chesney,<br>Courtroom 7, 19th Floor,<br>San Francisco, CA |
| | Trial Date: October 27, 2008 |

PROP. ORDER GRANTING ADMIN. REQUEST TO FILE UNDER SEAL MAHONEY DECL.;
CASE NO. C07-02718 MMC

1

n:\lit\li2008\071511\00506304.doc

1   Pursuant to the Administrative Request made under Civil Local Rules 79-5(b) and 7-11, IT IS
2   HEREBY ORDERED, that the portions of the Declaration of Lt. Daniel J. Mahoney in Support of
3   Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and/or
4   Partial Summary Judgment and its Exhibit A be filed under seal.
5   IT IS SO ORDERED.

Date:_____          _____
                                    The Honorable Maxine M. Chesney
                                    Judge of the United States District Court

PROP. ORDER GRANTING ADMIN. REQUEST TO          2          n:\lit\li2008\071511\00506304.doc
FILE UNDER SEAL MAHONEY DECL.;
CASE NO. C07-02718 MMC