DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863
Facsimile:    (415) 554-3837
E-Mail:    sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTHER HWANG,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>Defendants. | Case No. C07-02718 MMC<br><br>**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL, OBJECTION'S TO INCOMPETENT EVIDENCE USED IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  September 12, 2008<br>Time:          9:00 a.m.<br>Place:         Judge Maxine M. Chesney, Courtroom 7, 19th Floor, San Francisco, CA<br><br>Trial Date:    10/27/08 |
|---|---|

Defendants respectfully object to the use of the below itemized exhibits submitted by plaintiff in support of her opposition

| EVIDENCE | OBJECTIONS |
|---|---|
| **Exhibit "E"** (San Francisco Police Incident Report dated May, 12, 2007); | (1) **Fed. R. Evid. 401, 402, 403** (Relevancy)**;** (2) **FRE 801, 802** (Inadmissible Hearsay)**;** (3) **FRE** |

| EVIDENCE | OBJECTIONS |
|---|---|
| **Exhibit "I"** (San Francisco Police Incident Report dated Oct. 29, 2006) | **901** (Lacks Authentication or Identification); (4) Lacks Foundation. |
| **Exhibit "H"** (Civil Complaint for Damages, *Oliver v. City and County of San Francisco*, CO7-2460); <br> **Exhibit "P"** (Civil Complaint for Damages, *Jackson v. City and County of San Francisco*) | (1) **Fed. R. Evid. 401, 402, 403** (Relevancy); (2) **FRE 801, 802** (Inadmissible Hearsay); (3) **FRE 901** (Lacks Authentication or Identification); (4) Lacks Foundation; **FRE 404** (Inadmissible Character Evidence).  Additionally, these complaints are self-serving, contain untested allegations, and are generally unreliable. Furthermore, plaintiff has presented no competent evidence to support any of the allegations contained therein. |
| **Exhibit "J"** (Civil Case Docket, *Green v. City and County of San Francisco*, No. C97-04310); <br> **Exhibit "K"** (Civil Case Docket, *Lewis v. City and County of San Francisco*, No. C98-0351); <br> **Exhibit "L"** (Civil Case Docket, *Pasene v. City and County of San Francisco*, No. C98-1610); <br> **Exhibit "M"** (Civil Case Docket, *Duthie v. City and County of San Francisco*, No. C00-0539); <br> **Exhibit "N"** (Civil Case Docket, *Bell v. City and County of San Francisco*, No. C00-1501); <br> **Exhibit "Q"** (Civil Case Docket, *Myers v. City and County of San Francisco*, No. C08-1163). | (1) **Fed. R. Evid. 401, 402, 403** (Relevancy); (2) **FRE 801, 802** (Inadmissible Hearsay); (3) **FRE 901** (Lacks Authentication or Identification); (4) Lacks Foundation.  The relevancy of these dockets in support of plaintiff's opposition is a complete mystery. |

| EVIDENCE | OBJECTIONS |
|---|---|
| **Exhibit "O"** (Civil Case Pleading, Joint Case Management Conference Statement, *Alemozaffar v. City and County of San Francisco*, No. C07-4494; | (1) **Fed. R. Evid. 401, 402, 403** (Relevancy)**;** (2) **FRE 801, 802** (Inadmissible Hearsay)**;** (3) **FRE 901** (Lacks Authentication or Identification)**;** (4) Lacks Foundation. |
| **Exhibit "D"** (Deposition testimony of Mirko Buchwald). | **Fed. R. Evid. 701/702/703.** Improper Opinion Testimony. Expert testimony from the Club Doorman about plaintiff's state of sobriety and/or intoxication should be excluded as his job history as a part-time bartender fails to qualify him as an expert in the area of forensic toxicology. Additionally, this witness's "expert" testimony regarding the reasonableness or force used to effect the arrest of plaintiff should be excluded as his experience as a martial arts instructor fails to qualify him as an expert in the use of police practices regarding use of force under the Fourth Amendment. **FRCP Rule 26.** This witness was never disclosed as a purported expert in any area. |

Dated: August 29, 2008

                      DENNIS J. HERRERA
                      City Attorney
                      JOANNE HOEPER
                      Chief Trial Deputy
                      SEAN F. CONNOLLY
                      Deputy City Attorney

        By:  s/*Sean F. Connolly*
            SEAN F. CONNOLLY
            Attorneys for Defendants
            CITY AND COUNTY OF SAN FRANCISCO, et al.