1  ████████████████████████████████████████████████████████
2  ████████████████████████████████████████████

3      6.   In addition to the investigation and possible discipline into citizen complaints, the San Francisco Police Department has a long standing written policy that complaints of misconduct be taken seriously and that such complaints be systematically reviewed in order to learn of officer behavior or patterns that need to be addressed. The policy is contained in the Department General Order 3.19 (Counseling of Members/Early Warning System) and 5.01(N) (Reporting and Investigating Use of Force), which addresses San Francisco Police officers who receive complaints of *excessive* force. (The Department has recently implemented an updated "Early Intervention System" (2/07) that replaces the "Early Warning System.") The Early Warning System policy dictates the Department's handling and response to officers who fall within its guidelines. The policy identifies officers with a pattern of misconduct and requires an elevated course of counseling and training for those officers who meet certain criteria within the policy. Officers who receive three or more complaints of excessive force within a six-month period come within the criteria of the Early Warning System, as do officers who receive four or more complaints of excessive force within a 12-month period. The policy is attached hereto as Exhibit "B."

17     7.   ████████████████████████████████████████████████████
18  ████████████████████████████████████████████████████████
19  ████████████████████████████

20     8.   I declare under penalty of perjury under the laws of the United States that the preceding declaration is true, and that this declaration was executed on August 29, 2008, at San Francisco, California.

*[signature]*
LIEUTENANT DANIEL J. MAHONEY