1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Attorney
3   SEAN F. CONNOLLY, State Bar # 152235
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 6th Floor
5   San Francisco, California 94102-5408
    Telephone:     (415) 554-3863
6   Facsimile:     (415) 554-3837
    E-Mail:        sean.connolly@sfgov.org
7

8   Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
9

10

                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13  ESTHER HWANG,                          Case No. C07-02718 MMC

14          Plaintiff,                      [PROPOSED] ORDER GRANTING
                                            ADMINISTRATIVE REQUEST TO
                                            FILE UNDER SEAL DECLARATION
        vs.                                 OF LT. DANIEL J. MAHONEY IN
15                                          SUPPORT OF DEFENDANTS' REPLY
                                            TO OPPOSITION TO MOTION FOR
16  CITY AND COUNTY OF SAN                  SUMMARY JUDGMENT AND/OR
    FRANCISCO, ET AL.                       PARTIAL SUMMARY JUDGMENT
17          Defendants.
                                            [CIVIL L.R. 7-11]
18

19

20                                          Hearing Date:  September 12, 2008
                                            Time:          9:00 a.m.
21                                          Place:         Judge Maxine M. Chesney,
                                                           Courtroom 7, 19th Floor,
22                                                         San Francisco, CA

23                                          Trial Date:    October 27, 2008

24

25

26

27

28  PROP. ORDER GRANTING ADMIN. REQUEST TO          1        n:\lit\li2008\071511\00506304.doc
    FILE UNDER SEAL MAHONEY DECL.;
    CASE NO. C07-02718 MMC

1    Pursuant to the Administrative Request made under Civil Local Rules 79-5(b) and 7-11, IT IS

2   HEREBY ORDERED, that the portions of the Declaration of Lt. Daniel J. Mahoney in Support of

3   Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and/or

4   Partial Summary Judgment and its Exhibit A be filed under seal.

5       IT IS SO ORDERED.

6

7   Date:_ September 5, 2008 ___                          _____
                                                          The Honorable Maxine M. Chesney
8                                                         Judge of the United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   PROP. ORDER GRANTING ADMIN. REQUEST TO          2                    n:\lit\li2008\071511\00506304.doc
     FILE UNDER SEAL MAHONEY DECL.;
     CASE NO. C07-02718 MMC