**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ESTHER HWANG,                        No. C-07-2718 MMC

12          Plaintiff,                    **ORDER VACATING SEPTEMBER 12,**
                                          **2008 HEARING**
13      v.

14   CITY AND COUNTY OF SAN FRANCISCO,
     et al.,
15
            Defendants
16   _____/

17

18          Before the Court is defendants' Motion for Summary Judgment and/or Partial

19   Summary Judgment, filed July 25, 2008.  Plaintiff Esther Hwang has filed opposition, to

20   which defendants have replied.  Having read and considered the papers filed in support of

21   and in opposition to the motion, the Court deems the matter suitable for decision on the

22   parties' submissions, and VACATES the hearing scheduled for September 12, 2008.

23          **IT IS SO ORDERED.**

24

25   Dated: September 10, 2008                      _____
                                                    MAXINE M. CHESNEY
26                                                  United States District Judge

27

28