```
JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200     Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER HWANG, | Case No. C 07 2718 MCC |
| Plaintiff, | **ADMINISTRATIVE MOTION AND ~~(PROPOSED)~~ ORDER TO FILE DOCUMENTS UNDER SEAL** ; DIRECTIONS TO PLAINTIFF |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; NELSON ARTIGA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive, | Honorable Maxine M. Chesney |
| Defendants. / | |

## MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court for an Order to File Documents Under Seal, including Plaintiff's Supplemental Briefing in Opposition to Defendants' Motion for Summary Judgment. The document should be sealed pursuant to the terms of the

1  Stipulated Protective Order in the above-noted action, as it is based on and contains throughout the
2  motion references to Defendant Officer SERNA's internal records specifically protected from
3  disclosure by the Protective Order, as well as references to and quotations from sealed portions of the
4  previously-filed and sealed Declaration of Lt. Daniel J. Mahoney in support of Defendant's Reply to
5  Opposition to Motion for Summary Judgment.

Respectfully submitted,

Dated: September 19, 2008                    The Law Offices of John L. Burris

/s/ Benjamin Nisenbaum
Ben Nisenbaum
Attorney for Plaintiff

~~(PROPOSED)~~ ORDER

Because plaintiff has shown that portions of the Supplemental Briefing contain sealable matter, ~~PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER,~~ Plaintiff's Supplemental Briefing in Opposition to Defendants' Motion for Summary Judgment is herewith ordered filed under seal pursuant to Local Rule 79-5.

Because the filing contains non-sealable matter, however, plaintiff is ORDERED to file in the public record, no later than September 29, 2008, a redacted version thereof.

**IT IS SO ORDERED.**

Dated: September 23, 2008

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE