DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863
Facsimile:    (415) 554-3837
E-Mail:       sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

BENJAMIN NISENBAUM, State Bar # 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff
ESTHER HWANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTHER HWANG,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>  Defendants. | Case No. C07-02718 MMC<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO ENLARGE TIME TO FILE PRETRIAL SUBMISSIONS**<br><br>Pretrial Hrg:  October 14, 2008<br>Time:         3:00 p.m.<br>Place:        Courtroom 7, 19th Floor<br>Before:       Hon. M. M. Chesney<br><br>Trial Date:   October 27, 2008 |
|---|---|

STIP TO CONTINUE PRETRIAL SUBMISSIONS;           1
CASE NO.  C07-02718 MMC

1  The parties, through their undersigned counsel, hereby stipulate and request that the Court enlarge the time to file their pretrial submissions, as discussed in the Court's Pretrial Standing Order, until October 3, 2008. The submissions are currently due to be filed on September 29, 2008;

The parties make this request based on the following circumstances:

1. Due to Sean Connolly's involvement as lead defense counsel in the civil trial of *Vernon v. CCSF*, Case No. C07-01286, held before Judge Charles Breyer, and which concluded on September 26, 2008, and due to plaintiff's heavy litigation calendar, the parties have not completed meaningful meet and confer discussions for the purposes of preparation of the submissions.

2. The parties further certify that they do not believe that the extension requested herein would in any way impact the schedule in this case. The requested continuance will not disturb the pretrial conference and trial dates as presently set by the Court.

**WHEREFORE**, the parties respectfully stipulate and request that the Court enlarge the time to file their pretrial submissions to October 3, 2008,

IT IS HEREBY STIPULATED BY THE PARTIES:

Dated:  September 26, 2008            DENNIS J. HERRERA
                                       City Attorney
                                       SEAN F. CONNOLLY
                                       Deputy City Attorney


                                       By:   s/Sean F. Connolly
                                       SEAN F. CONNOLLY
                                       Attorneys for Defendants
                                       CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:  September 26, 2008            BENJAMIN NISENBAUM, ESQ.
                                       JOHN BURRIS, ESQ.
                                       Law Offices of John Burris


                                       By:  s/Ben Nisenbaum
                                       BENJAMIN NISENBAUM
                                       Attorney for Plaintiff
                                       ESTHER HWANG

**[PROPOSED] ORDER**

1  IT IS HEREBY ORDERED that the pretrial submissions presently due September 29, 2008 are now due October 3, 2008.  The pretrial conference and trial dates as presently set by the Court remain unchanged.

Further, any responses to motions in limine shall be filed no later than noon, October 8, 2008, and a chambers copy of each such response shall be provided no later than 4:00 p.m., October 8, 2008.

Dated:  September 26, 2008    
HONORABLE MAXINE CHESNEY